**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter    **11**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Deqser LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-4018269** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **c/o Cooperative Laundry** <br> **1 Eastern Road** <br> **Kearny, NJ 07032** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Hudson** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Deqser LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_5511_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor **Deqser LLC**
_____
Name

Case number (*if known*) _____

| | | | | |
|---|---|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor | **KNY 26671 LLC** | Relationship | **Affiliate** |
| | District | **Delaware** | When **4/10/25** | Case number, if known |

**11. Why is the case filed in this district?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
          Contact name _____
          Phone _____

---

█  **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor **Deqser LLC**
Name

Case number (*if known*) _____

▌ **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    09/10/2025
                MM / DD / YYYY

X _____          Sang Cho
Signature of authorized representative of debtor          Printed name

Title    **Authorized Signatory for Managing Member**

**18. Signature of attorney**

X _____          Date    04/10/2025
Signature of attorney for debtor                        MM / DD / YYYY

**Ronald S. Gellert**
Printed name

**Gellert Seitz Busenkell & Brown, LLC**
Firm name

**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone    **(302) 425-5806**          Email address    **rgellert@gsbblaw.com**

**4259 DE**
Bar number and State

## ACTION BY WRITTEN CONSENT

## OF THE MANAGER OF

## DEQSER LLC

## April 9, 2025

The undersigned, being the Manager (the "**Manager**") of  Deqser LLC, a Delaware limited liability company (the "**Company**"), acting by written consent, does hereby consent and agree to the adoption of the resolutions set forth below taking or authorizing the action specified therein with the same force and effect as if such resolutions were approved and adopted at a duly constituted meeting of the members of the Company.

**WHEREAS**, the Company has experienced extreme financial distress due to the effects of  the coronavirus pandemic and a fire at the operating company it manages, KNY 26671 LLC ("**KNY**");

**WHEREAS**, the Company has made sustained efforts to restructure or sell KNY, but has not succeeded in doing so;

**WHEREAS**, the Manager  believes the Company will be best positioned to deal with KNY's problems by utilizing the tools available through the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq*. (the "**Bankruptcy Code**") and has determined to file a chapter 11 petition for KNY;

**WHEREAS**, the Company has guaranteed much of the debt of KNY (the "**KNY Debt**"), which debt would be called as soon as KNY files chapter 11;

**WHEREAS**, the Company would not be able to operate if all of the  KNY Debt is called, nor give proper attention to managing KNY through a difficult reorganization if it is fighting with most of its creditors due to the KNY Debt being called;

**WHEREAS**, it is imperative that the Company be in a position to give its full attention to managing KNY through this crisis, and the Member believes that the Company can best do so by also filing Chapter 11 and obtaining breathing space from the creditors to whom the KNY Debt is owed;

**WHEREAS**, the Manager has a good faith belief that the Company can successfully reorganize and provide greater value to all constituencies through a chapter 11 reorganization proceeding then by any other action;

 **WHEREAS**, the Manager has reviewed and considered materials presented by legal counsel, as well as by management of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it, and the impact of the foregoing on the Company and its constituents, the availability of financing both in and outside of chapter 11, as well as the impact of the proposed filing on the business of  KNY and the Company;

**WHEREAS**, the Manager has received advice from the legal advisors of the Company and the Company's management regarding the possible need to wind up, liquidate or to restructure its debt, and especially options to resolve the situation at KNY, and has fully considered each of the strategic alternatives available to the Company, and the impact of the foregoing on the business, the assets, and the stakeholders of the Company;

**WHEREAS**, the Manager has arranged and approved the terms of a debtor-in-possession financing in the case of a chapter 11 filing, and believes that the Company has arranged sufficient financing for a successful reorganization through Chapter 11;

**WHEREAS**, the Manager, based on advice from legal advisors and management, has determined that in order to preserve the assets and going concern value of the Company, it is in the best interests of the Company and all of its stakeholders for the Company to file a petition under chapter 11, title 11, of the United States Code ;

**WHEREAS**, the Manager has further reviewed and considered the recommendations of the legal advisors to and management of the Company regarding the relief that would be necessary and advisable to obtain from a Bankruptcy Court to allow the Company to effectively transition into a chapter 11 under title 11 of the United States Code (collectively, the "**First Day Relief**");

**WHEREAS,** the Manager has determined in a proper exercise of its business judgment, and after numerous opportunities to question the Company's legal advisors and management, that it is fair, appropriate, advisable, necessary, and in the best interests of the Company, its creditors, equity holders, and other stakeholders that the Company file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of the Bankruptcy Code and to seek the First Day Relief;

**WHEREAS**, pursuant to the Operating Agreement of the Company, the Manager acting alone has the right to file for relief under the provisions of chapter 11 of the Bankruptcy Code;

**WHEREFORE**, the Manager desires to hereby adopt the following resolutions:

**RESOLVED**, it is desirable and in the best interests of the Company, its creditors, equity holders, and other stakeholders, that Deqser LLC file or cause to be filed a voluntary petition for relief pursuant to the provisions of chapter 11 of the Bankruptcy Code in the District of Delaware as soon as practicable;

**RESOLVED**, that Sang Cho and/or Benjamin Gerut (the "**Individuals** "), each acting alone or together, be, and hereby are, authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists and other motions, papers or documents which either deems to be necessary or advisable, and to take any and all actions that either deems necessary or proper to obtain relief pursuant to chapter 11 of the Bankruptcy Code and to obtain the First Day Relief;

**RESOLVED**, that the Individuals be, and hereby are, authorized and directed to serve as an Authorized Signatory on behalf of the Company, and to take any actions which either of the Individuals deems necessary or advisable in connection with any case commenced by the Company under the Bankruptcy Code, and all related matters, including, without limitation, appointing additional Authorized Signatories as either sees fit without further resolution, and any such prior actions taken by either of the Individuals or any other party in furtherance of the resolutions herein are hereby ratified in their entirety;

**RESOLVED**, that the Authorized Signatories acting singly or together be, and hereby are, authorized and directed in the name and on behalf of the Company to employ the law firm of Mayerson & Hartheimer, PLLC ("**M & H**"), as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code upon such terms and conditions as either Authorized Signatory deems appropriate, and any prior actions in connection with the employment of Mayerson & Hartheimer, PLLC, are hereby ratified in their entirety;

**RESOLVED**, that the Authorized Signatories acting singly or together be, and hereby are, authorized and directed in the name and on behalf of the Company to employ the law firm of Gellert Seitz Busenkell and Brown, LLC ("**GSBB**"), as its local Delaware bankruptcy counsel to assist M&H in carrying out its duties as general bankruptcy counsel and to advise the Company with respect to Delaware law and custom upon such terms and conditions as either Authorized Signatory deems appropriate, and any prior actions in connection with the employment of GSBB are hereby ratified in their entirety;

**RESOLVED**, that the Authorized  Signatories acting singly or together be, and hereby are, authorized and directed in the name and on behalf of the Company to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the rights, duties and obligations of the Company, including, without limitation, counsel, accountants, financial advisors, appraisers, and claims agents, upon such terms and such conditions as an Authorized Signatory deems appropriate, subject to the jurisdiction of the Bankruptcy Court;

**RESOLVED**, that the Authorized Signatories acting singly or together be, and  hereby are, authorized and directed in the name and on behalf of the Company to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed all appropriate applications for authority to retain the services of the foregoing professionals as necessary or appropriate;

**RESOLVED**, that the Authorized Signatories acting singly or together be, and  hereby are, authorized and directed on behalf of and in the name of  the Company to negotiate, finalize, and execute, in his or their sole discretion, all documents relating to the debtor-in-possession financing and use of cash collateral previously approved by the Manager, and all actions previously taken with respect to such debtor-in-possession financing and use of cash collateral are hereby ratified and approved;

**RESOLVED**, that the Authorized Signatories acting singly or together are  hereby authorized and directed to open such  debtor-in-possession bank account or accounts in the name of the Company at such bank as he or they deem appropriate and with such signatories as he or they deem appropriate, and to transfer any or all funds currently in bank accounts of  the Company to the debtor-in-possession bank account (s) in accordance with any orders entered by the Bankruptcy Court with respect to the Company's cash management, if any;

**RESOLVED**, that all acts, actions and transactions relating to the matters contemplated by the foregoing Resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing Resolutions except that such acts were taken before these Resolutions were adopted, are hereby in all respects approved and ratified in their entirety;

**RESOLVED**, that the execution by any Authorized Signatory of any document authorized by the foregoing resolutions, or any document executed by an Authorized Signatory in the accomplishment of any action or actions so authorized, is the enforceable and binding  obligation of the Company; and

**RESOLVED**, that any member of senior management of the Company may certify a copy of these Resolutions as being in full force and effect until they are withdrawn in writing by an Authorized Signatory, and a copy of these Resolutions shall be filed in the records of the Company.

This Action by Written Consent of the Manager may be delivered via facsimile or electronic mail with the intention that it shall have the same force and effect as the original executed counterpart thereof.

**IN WITNESS WHEREOF**, the undersigned has duly executed this Action by Written Consent

of the Manager of Deqser LLC as of the date first above written.

KUZARI GROUP LLC, as Manager of DEQSER LLC

By: _____

Sang Cho

Its Authorized Signatory

Fill in this information to identify the case:

Debtor name       **Deqser LLC , et al.**

United States Bankruptcy Court for the:

Case number (if known): _____

⌐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Eastern Funding 213 W 35th Street • Suite 2W • New York, NY 10001 | Michael Fanger (212) 819-2000 mfanger@easternfunding.com | Lender | | 5,948,356.00 | 1,284,500.00 | $4,663,856.00 |
| 2 | Kannegiesser GmbH | David Hashmall, 612-373-8518, dhashmall@felhaber.com | Supplies | D | 4,637,673.00 | 3,165,000.00 | $1,472,673.00 |
| 3 | Kannegeisser - eTech 2425 109th Street Grand Prairie TX 75050 | Phil Hart, 972-877-7465, phil.hart@kannegiesser-etech.com | Supplies | D | | | $1,004,864.34 |
| 4 | MCA Servicing  Company 333 W Commercial Street, Suite 324 East Rochester, NY 14445 | Isaac Kastner, 786-294-4888, isaac@piekarski-law.com | Lender | D | | | $631,906.96 |
| 5 | KPIP Urban Renewal I LLC c/o Hugo Neu Kearny Development LLC 78 John Miller Way Suite 102 Kearny NJ 07032 | Steve Nislick, 201-306-8453, snislick@hugoneu.com | Lease | D | | | $625,223.31 |
| 6 | Amtrust Audit United States 800 Superior Avenue East Cleveland OH 44114 | Christopher De Poy, 602-671-7142, cdepoy@bethunelaw.com | Workerman's Comp Insuance | | | | $573,514.30 |
| 7 | Wynwood Capital Group 20200 W Dixie Highway Miami, FL 33180 | Sol Teitel, 305-487-8893, sol@wynwoodcapitalgroup.com | Lender | D | | | $347,695.41 |
| 8 | PIRS Capital, LLC 1688 Meridian Ave. Ste 700 Miami Beach, FL 33139 | Eric Mallenger, 646.762.8051, Eric.Mallinger@PIRSCapital.com | Lender | D | | | $330,829.00 |
| 9 | Parkside Funding Group 1615 Ave. I, Apt 22 Brooklyn, NY 11230 | Elliot Setton, 516-900-6752, elliot@landklegal.com | Lender | D | | | $327,319.16 |
| 10 | Avendra, LLC P.O. Box 715019 Philadelphia PA 19171-5019 | Jeanmarie Rall, 631-291-2895, jeanmarie.rall@aramark.com | GPO Fees | | | | $267,268.88 |

Debtor     **Deqser LLC  , et al.**
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or | Unsecured claim |
| 11   North Shore Linen Inc<br>20 Rider Pl<br>Freeport NY 11520-4612 | Larry Gentile, 516-442-7274, Larry@northshorelinen.com | Outsource Laundry Services | | | | $218,062.95 |
| 12   PSE&G<br>PO Box 14444<br>New Brunswick NJ 08906-4444 | 888-234-9209 Markeve.Exum@pseg.com | Utilities | D | | | $203,551.42 |
| 13   Horizon BlueCross Blue Shield of NJ<br>PO Box 10130<br>Newark NJ 07101-3130 | 973-466-4316 Jacqueline_Mejia@horizonblue.com | Health  insurance | | | | $200,621.83 |
| 14   Direct Energy Business<br>P.O. Box 32179<br>New York NY 10087-2179 | (888) 925-9115 tyrone.haynes@mhllp.com | Utilities | | | | $190,752.76 |
| 15   HUB Truck<br>94 Gazza Blvd<br>Farmingdale NY 11735 | Joe Golia, 516-319-5294, JGolia@hubtruck.com | Truck Lease Services | | | | $174,296.53 |
| 16   Jackson Lewis<br>200 Connell Drive<br>Suite 2000<br>Berkeley Heights NJ 7922 | (908) 795-5200 Jeffrey.Corradino@jacksonlewis.com | Legal services | D | | | $172,804.19 |
| 17   Safety Facility Services<br>5 West 37th Street #803<br>New York NY 10018 | Sam Herzfeld, 646-524-2192, sherzfeld@safetyfacilityservices.com | Service | | | | $165,473.88 |
| 18   Diamond Chemical Co., Inc.<br>PO Box 51021<br>East Rutherford NJ 07101-5121 | Harold Diamond, 201-935-4300, hdiamond@diamondchem.com | Supplies | | | | $69,341.19 |
| 19   Sax LLP<br>P.O. Box 51049, Newark, NJ 07101-5149 | Joshua Chananie, 973-554-6160, jchananie@saxllp.com | Accounting Services | | | | $67,000.00 |
| 20   Atlantic - Tomorrow's Office<br>PO Box 5149<br>White Plains NY 10602-5149 | (212) 741-6400 wthomas@tomorrowsoffice.com | IT Services | D | | | $53,200.89 |

Fill in this information to identify the case:

Debtor name      **Deqser LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   4/10/25          x _____
                              Signature of individual signing on behalf of debtor

                              **Sang Cho**
                              Printed name

                              **Authorized Signatory for Managing Member**
                              Position or relationship to debtor

# United States Bankruptcy Court
### District of Delaware

In re   **Deqser LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Deqser LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

4/10/2025

Date

*/s/ Ronald S. Gellert*

**Ronald S. Gellert**
Signature of Attorney or Litigant
Counsel for   **Deqser LLC**
**Gellert Seitz Busenkell & Brown, LLC**
**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
**(302) 425-5806**
**rgellert@gsbblaw.com**

# United States Bankruptcy Court
### District of Delaware

In re  **Deqser LLC**

Debtor(s)

Case No. _____

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Signatory for Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: _____ 4/ 10/25 _____

_____

**Sang Cho/Authorized Signatory for Managing Member**
Signer/Title

ACS Testing, LLC
2000 Mallory Lane #130-250
Franklin, TN 37077

Adobe
345 Park Avenue
San Jose, CA 95110-2704

ADT
1501 Yamato Road
Boca Raton, FL 33431

Air Center Inc
675 Rahway Avenue Unit #2
Union, NJ 07083

Air Group
1 Prince Road
Whippany, NJ 078981-2100

Amec Electric LLC
125 Liberty Street
Metuchen, NJ 08840

American Boiler Company
1025 Commerce Av
Union, NJ 7083

Amtrust Audit
800 Superior Avenue East
Cleveland , OH 44114

AmTrust North America
Cleveland OH 44114
Cleveland, OH 44101

AmTrust North America
United States
Cleveland, OH 44101

Arc Group USA LLC
1 Prince Road
Whippany, NJ 07981-2100

Atlantic - Tomorrow's Office
PO Box 5149
White Plains, NY 10602-5149

Avendra, LLC
P.O. Box 715019
Philadelphia, PA 19171-5019

BJS Wholesale
180 Passaic Avenue,
Kearny, NJ 07632

Bogush Mechanical Service Company
190 Main Avenue
Wallington , NJ 07057

Cali Carting
PO Box 440
10017, NJ 7032

Chemaqua Inc
23261Place
Chicago, IL 60673-1232

Chempac Suppliers
28 Harrison Avenue Suite 914
Englishtown, NJ 07032

Cleaners Supply
1059 Powers Rd.
Conklin, NY 13748

Coffee Distributing Corp.
200 Broadway
New Hyde Park, NY 11040

Cogency Global Inc.
122 E 42ND St
New York, NY 10168

Comcast Cable
1701 JFK Boulevard
Philadelphia, PA 19103

Commercial Laundry Corp.
601 S. Longwood St
Baltimore, MD 21223

Concentra
PO Box 8750
Elkridge, MD 21075-8750

Concrete Floor
6801 Tilghman St #113
Allentown, PA 18106

Constellation Newenergy -
Gas Division, Llc
PO Box 54
Carol Stream, IL 60197-5471

Coop By Ryder
PO Box 748526
Atlanta, GA 30374-8526

Core Staffing Services
463 7th Ave #1800
New York, ny 10018

Corporate Casuals
52 Domino Dr
Concord , MA 01742

Crown Castle
PO Box 28730
New York, NY 10087-8730

Cuates GT Transportation LLC
418 Clifton Avenue
Clifton, NJ 7011

DavEd Fire Systems,
307 West Pleasantview Avenue
Hackensack, NJ 7601

Delaware Secretary of State
PO Box 5509
Binghsmyon, NY 13902-5509

Diamond Chemical
PO Box 51021
60603, NJ 07101-5121

Dicay & Marble Tile Serv Corp
132 Shaw Ave
Valley Stream, NY 11580

Dilworth Paxson
PO BOX 825921
Philadelphia, PA 19182-5921

Direct Energy
Philadelphia, PA 19182-5921
New York, NY 10087-2179

EAM-Mosca Corporation
675 Jaycee Drive
Hazle Township, PA 18202

Eastern Funding
PO Box 5441
White Plains, NY 10602-5441

Eco Plumbing Heating & Air
Conditioning
217 OVERMOUNT AVE
Little Falls, NJ 7424

Empire Commercial Services Lp.
203 Main Street
Metuchen, NJ 08840

EMS Repairs
907 E. Hazelwood Avenue
Rahway, NJ 07065

ERC Wiping Products
19 Bennett Street
Lynn, MA 1905

Exair
11510 Goldcoast Drive
Cincinnati, OH  45249-1621

FedEx
465 Kearny Ave
Kearny, NJ  07032

Feenix Payment Systems LLC
1201 Broadway,
New York, NY 10001

Fleetwash, Inc
273 Passaic Ave,
Fairfield, , NJ 07004

FMX Facilities Management Express
LLC
800 Yard St.
Columbus, OH 43212

Folgore Mobile Welding, Inc.
526 Roosevelt Ave PO Box 190
Carteret, NJ 07008

Freehand Fabrication LLC
1174 Roberts Blvd
Vineland, NJ 08360

Global Expositions Inc
2600 West Olive 5th floor
Burbank , CA 91505

Global Industrial
2505 MILL CENTER PARKWAY
SUITE 100
BUFORD, GA 30518

Grainger
100 Grainger Parkway,
Lake Forest,,  IL  60045–5201.

Great American Gas & Electric LLC
550 Mamaroneck Ave
Harrison, NY 10528

HACH
2207 Collections Center Drive
Chicago, IL 60693

Hale Trailer
PO Box 1400
Voorhees, NJ 08043

Health & Safety Institute
PO Box 809321
Chicago, IL 60680-9321

Hollie Yanaga Ltd
10430 Tomkinson Drive
Scotts, MI 49088

Horizon Blue Cross
PO Box 10130
Newark, NJ 07101-3130

HPC Pest Services
6204 Park Avenue
West New York, NJ 07093

HR Direct
PO Box 669390
Pompano Beach, FL 33066-9390

HUB Truck
94 Gazza Blvd
Farmingdale, NY 11735

Hudson Regional Health Commission
595 County Avenue
Secaucus, NJ 07094

Hugo Neu Kearny Development LLC
78 John Miller Way Suite 102
Kearny, NJ 7032

HVAC Metals
183 Garfield Ave.
Kearny, NJ 07032

Indeed Inc
200 West 6th Street, Floor 36,
Austin, , TX  78701

Integrated Scale Systems
20-B Kulick Road
Fairfield, NJ 07004

Internal Revenue Service
20 Washington Pl,
Newark, , NJ  07102

IPFS Corporation
170 NORTHPOINTE PKWY SUITE 300
Amherst, NY  14228

Irazauk
443 Park Ave South, 8th
New York, NY 10016

Jackson Lewis
200 Connell Drive, Suite 2000
Berkeley Heights, NJ 7922

John Duffy Energy Services
465 Mulberry Street
Newark, NJ 07114

JP Morgan Chase
250 Pehle Ave, Floor 1
Saddle Brook, NJ  07663

JP's Plumbing & Heating Corp
116 Linner Street
Bayonne, NJ 07002

K&L Gates
P.O. Box 844255
Boston, MA 02284-4255

K&S Kitchen
520 White Plains Rd,
Tarrytown,, NY  10591

K.W. Rastall, LLC
PO Box 7174
North Brunswick, NJ 08902

Kannegeisser - eTech
2425 109th Street
Grand Prairie, TX 75050

Kapture Pest Control
48 Bi-State Plaza 560
Old Tappan, NJ 07675

Kearny Municipal  Utilities  Authority
39 Central Ave.,
Kearny ,  NJ  07032

Kemco Systems Co. LLC
11500 47th St,
Clearwater,,  FL  33762

Ken's Marine Service, Inc
1 Ingham Avenue- PO Box 4001
Bayonne, NJ 07002

Kimball Midwest
Dept, L-2780
Columbus, OH 43260-2780

Lease Admin Center
4680 Parkway Dr Ste 300,
Mason, , OH 45040,

LI Clean Water
202 Bethpage-Sweet Hollow Rd,
Old Bethpage, , NY  11804

LinenTech by Nextek Systems
1601 N Oak Street #308
Myrtle Beach, SC 29577

Little Red Kitchen NJ
603 4th Avenue
Brooklyn, , NY  11215

Lieberman & Klestzick
381 Sunrise Highway, Suite 302
Lynbrook, NY 11563

Mackk Mechanical
114 Beach Road, Mount Laurel NJ 08054
Mount Laurel,  NJ  08054

Mandelbaum Salsburg P.C
3 Becker Farm Rd Suite 105
Roseland, NJ   07068

Master Group HVAC
3400 NJ-35
Hazlet, NJ  07730

Maxi-Press
80 Turnpike Drive
Middlebury, CT 6762

Mayersn and Hartheimer
845 3rd Ave 11th floor
New York, NY 10022

McMaster-Carr
PO Box 7690
Chicago, IL 60680-7690

Merchant Financial Group
1441 Broadway 17th Floor,
New York, , NY   10018

Metlife
PO Box 783895
Philadelphia, PA 19178-3895

Metro Fire and Safety
509 Washington Avenue
Carlstadt, NJ 07072

Metro Hydraulic Jack Co.
1271 McCarter Highway
Newark, NJ 7104

Minda Supply
380 Franklin Turnpike
Mahwah, NJ  07430

Miura America CO . LTD
PO Box 936203
Atlanta, GA 31193

Morrison and Tenenbaum Law
87 Walker Street,
New York, NY 10013

Motion Industries NJ
141 Market St
Kenilworth, NJ   07033

New York IT Services
650 Halstead Ave
Mamaroneck, NY  10543

New York State  Tax
PO Box 61000
Albany, NY  12261-0001

Nextiva
2975 Regent Blvd -Ste 100
Irving, TX  75063

NFPA National Fire Protect
1 Batterymarch Park
Quincy, MA 02169-7471

NJ Division of Taxation
PO Box 999
Trenton, NJ 08646-0999

NJ Ezpass
375 NJ-21
Newark, NJ  07114

NJ Government Services
20 Washington Place
Newark, NJ  07102

North Shore Linen, Inc.
20Rider Pl
Freeport, NY 11520-4612

NYC Finance Parking
Church Street Station, P.O. Box 3640,
New York, , NY  10008-3640

NYIT
650 Halstead Ave
Mamaroneck, , NY  10543

Oracle Netsuite
15612 Collections Center Drive
Chicago, IL 60693

Overhead Door Company of Central Jersey
952 Route 202
South Branchburg, NJ  08876

PA Division of Taxation
PO BOX 280646
Harrisburg, PA 17128

Parkside Funding Group
1615 Avenue I , Apt 122
Brooklyn, , NY 11230

Passaic Valley Sewerage Commission
P.O.BOX 28444
Brooklyn, NY 10087-8444

Pedernales Electric
P.O. Box 1
Johnson City, TX 78636-0001

Penske Truck Leasing
P.O. Box 563
Reading, PA 19603-0563

MCA Servicing Company
333 W Commercial Street, Suite 324
East Rochester, NY 4445

Petroleum Shell
1000 Communipaw Ave
Jersey City, NJ 07304

Pirs Capital LLC
1688 Meridian Ave., Ste 700,
Miami Beach, , FL  33139

Precision Electric Motor Works, Inc
18 Sebago St
Clifton, NJ 07013

Prestige Poly LLC
121 15th Street
Brooklyn, NY 11215

Principal
PO BOX 77202
Minneapolis, MN 55480-7200

Professional Search Network
900 Lanidex Plaza Suite 245
Parsippany, NJ 07054

PSE&G
PO Box 14444
New Brunswick, NJ 08906-4444

Pump Express
190 Main Avenue
Wellington, NJ 7057

PVSC Annual Permit
600 Wilson Avenue
Newark, NJ 07105

Raich Ende Malter & Co. LLP
100 Campus Dr #106
Florham Park, NJ 07932

Randstad
140 Broadway #3630
New York, NY 10005

Raymond of New Jersey LLC
1000 Brighton St
Union, NJ 07083

Redirect Health
13430 North Scottsdale Road
Scottsdale, AZ 85254

REFUEL OPERATING CO., LLC
4105 Faber Place Dr, Ste 300
North Charleston, SC 29405

Regency Group
251 W 39th St,
New York, NY 10018

Saf-Gard
Nixon Plaza, 2058 NJ-27
Edison, NJ  08817

Safety Facility Services
5 West 37th Street #803
New York, NY 10018

Safety NJ LLC
33 West St #101
Bloomfield, NJ  07003

Safety Skills
519 NW 23rd St Suite #200
Oklahoma City, OK 73103

Sang Cho
12 Foxboro Road
Hampton Bays, NY 11946

Sax LLP
P.O. Box 51049,
Newark, , NJ  07101-5149

SBA Loan Payment
14925 Kingsport Rd,
Fort Worth, , TX 76155.

SEM/BDS
756 Phillips Street
Stroudsburg, PA 18360

Skyline Equipment, LLC
6525 Cunningham Rd Building C,
Houston, , TX 77041

Smartsign
300 Cadman Plz W #1303
Brooklyn, NY 11201

Sobel Westex Pool Inventory
PO Box 848933
Los Angeles, CA 90084-8933

Southside Complete Inc
30 Broad St Suite 1407
New York, NY 10004

Stadium Pizza
321 NJ-440
Jersey City, NJ  07305

Staff  Benefits  Management
Administration
2307 Fenton Parkway #107-126
San Diego, CA 92108

Standard Internet Services LLC
PO Box 772273
Detroit, MI 48177-2273

Standard Textile
PO BOX 772273
Detroit, MI 48277-2273

State of New Hampshire
109 Pleasant Street
Concord, NH 03302-3718

Steadyflow Services Inc
PO Box 294
Basking Ridge , NJ 07920

Superior Oil Company
10 Mary Street
Newark, NJ 07105

T-Mobile
P.O. Box 742596
Cincinnati, OH 45274-2596

Talay Trailer Sales & Rentals
275 Feldman Court
Bay Shore, NY 11706

Taqueria Los Gueros
93 N 17 South
East Rutherford, NJ 07073

TASC account
PO Box 7308
Madison, WI  53704-7308

The Hartford
1 Pennsylvania Plaza Ste 50
New York, NY 10119

The Labor Pros
424 E Central Blvd
Orlando, FL 32801

The Regency Group
32 West 39th Street
New York, NY 10018

Thermopatch Corp
2204 Erie Blvd
Syracuse, NY 13224

Tingue
PO Box 824619
Philadelphia, PA 19182-4619

Tolls by Mail
PO Box 15183
Albany, NY 12212-5183

Travelers Insurance
PO Box 660317
Dallas, TX 75266-0317

Treasurer, State of New Jersey
PO Box 663
Trenton, NJ 08646-0663

Triton Benefits & HR Solutions
1460 Route 9 North
Woodbridge, NJ 07095

TSIBF Holdings
50 Biscayne Blvd, Apt 1710
Miami, FL 33132

Uline
PO Box 88741
Chicago, IL 60680-1741

URBY
200 Angelo Cifelli Dr
Harrison, NJ 07029

US Coffee
51 Alpha Plaza
Hicksville, NY 11801

USPS
427 Harrison Ave
Harrison, NJ 07029

Veckridge Chemical
60 Central Av
Kearny, NJ 07032

Wachtel Missry
885 2nd Ave
New York, NY 10017

Wadley Donovan Gutshaw
Consulting, LLC
991 US-22
Bridgewater. NJ  08807

Walmart
150 Harrison Ave
Kearny, NJ  07032

Water Works Laboratory
P.O. Box 1780
Bloomfield, NJ 07003-1780

Weishaupt
2587 Millennium Dr., Unit A
Elgin, IL  60124

William R. Seide Agency, LLC
Pompton Plains
, NJ 07444

Wynwood Capital Group LLC
20200 W Dixie Highway
Miami, FL 33180

Y-pers Inc
PO BOX 9559
Philadelphia, PA 19124

Zurich American
300 Interpace Pkwy building b
Parsippany, NJ 07054