Fill in this information to identify the case:

Debtor name **KNY 26671 LLC**

United States Bankruptcy Court for the: **District of Delaware**

Case number (if known): **25-10688 (CTG)**

❑ Check if this is an amended filing

# Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

❑ *Amended Schedule* ____________________

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration **Declaration filed pursuant to Local Law 1007-2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/15/2025**
MM/ DD/ YYYY

✗ */s/ Sang Cho*
Signature of individual signing on behalf of debtor

**Sang Cho**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name KNY 26671 LLC

United States Bankruptcy Court for the: District of Delaware

Case number (if known): 25-10688 (CTG) Chapter 11

❑ Check if this is an amended filing

# Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

1a. **Real Property:**
Copy line 88 from *Schedule A/B*.......... **$4,779,559.00**

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*.......... **$7,742,778.00**

1c. **Total of all property:**
Copy line 92 from *Schedule A/B*.......... **$12,522,337.00**

## Part 2: Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.......... **$17,150,256.35**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......... **$953,019.45**

3b. **Total amount of claims of non-priority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......... **+ $4,766,570.20**

4. **Total liabilities**.......... **$22,869,846.00**
Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor Name **KNY 26671 LLC**

United States Bankruptcy Court for the: District of **Delaware** (State)

Case number (If known): **25-10688 (CTG)**

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|
| 2. **Cash on hand** | | | **$0.00** |
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. **JPMorgan Chase Bank** | **Checking account** | **1 9 3 3** | **$150,000.00** |
| 3.2. **JPMorgan Chase Bank** | **Checking account** | **7 9 0 1** | **$1,000.00** |
| 3.3. **JPMorgan Chase Bank** | **Checking account** | **0 2 8 9** | **$610.00** |
| 3.4. **JPMorgan Chase Bank** | **Checking account** | **1 9 5 8** | **$0.00** |
| 3.5. **JPMorgan Chase Bank** | **Savings account** | **1 9 6 4** | **$600.00** |
| 4. **Other cash equivalents** *(Identify all)* | | | |
| 4.1 | | | |
| 4.2 | | | |
| 5. **Total of Part 1**<br>Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | | **$152,210.00** |

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

**Current value of debtor's interest**

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1 **KPIP Urban Renewal I LLC holds letter of credit** **$450,000.00**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1

8.2

9. **Total of Part 2** **$450,000.00**
Add lines 7 through 8. Copy the total to line 81.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

❑ No. Go to Part 4.
☑ Yes. Fill in the information below.

| | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| **11. Accounts receivable** | | | | | |
| 11a. 90 days old or less: | **$2,500,000.00** | - | **$250,000.00** | =..... ➔ | **$2,250,000.00** |
| 11b. Over 90 days old: | | - | | =..... ➔ | |

12. **Total of Part 3** **$2,250,000.00**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
❑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1 | | |
| 14.2 | | |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| 15.1. | | | |

Debtor KNY 26671 LLC Case number (if known) 25-10688 (CTG)
Name

15.2. ______

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 ______

16.2 ______

17. **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| | | MM / DD / YYYY | | | |
| 20. | **Work in progress** | | | | |
| | | MM / DD / YYYY | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| | | MM / DD / YYYY | | | |
| 22. | **Other inventory or supplies** | | | | |
| | | MM / DD / YYYY | | | |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes. Book value ______ Valuation method ______ Current value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| 33. **Total of Part 6** Add lines 28 through 32. Copy the total to line 85. | | | |

34. **Is the debtor a member of an agricultural cooperative?**

☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes. Book value ______ Valuation method ______ Current value ______

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | **Office Furniture** | **$96,279.00** | **SL** | **$85,963.00** |
| 40. | **Office fixtures** | | | |
| | | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | **Computers** | **$228,164.00** | **SL** | **$227,735.00** |
| | **Computer Equipment** | **$3,304.00** | **SL** | **$551.00** |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1 | | | |
| | 42.2 | | | |
| | 42.3 | | | |
| 43. | **Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | **$314,249.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | 47.1 **Hyundai / Hyundai Scissor Lift** | **$14,389.00** | **5.0 SL** | **$34,533.00** |
| 48. | **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

Debtor **KNY 26671 LLC**
Name

Case number *(if known)* **25-10688 (CTG)**

48.1 ______

48.2 ______

49. **Aircraft and accessories**

49.1 ______

49.2 ______

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **All Plant Laundry Equipment** | **unknown** | **Appraisal Fair Market** | **$3,795,000.00** |
| **All Other Equipment** | **unknown** | **Appraisal Fair Market** | **$654,500.00** |

51. **Total of Part 8**
Add lines 47 through 50. Copy the total to line 87. **$4,484,033.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No
☑ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1 **Leasehold Improvement /** **1 Eastern Rd 2 Kearny, NJ 07032** | **Lease** | **$12,400.00** | **9.0 SL** | **$44,478.00** |
| 55.2 **Office Construction /** **1 Eastern Rd Kearny, NJ 07032** | **Lease** | **$1,126,940.00** | **9.0 SL** | **$4,042,545.00** |
| 55.3 **Land lord improvement - K /** **1 Eastern Rd Kearny, NJ 07032** | **Lease** | **$404,475.00** | **40.0 SL** | **$482,955.00** |
| 55.4 **Land lord improvement - P /** **1 Eastern Rd Kearny, NJ 07032** | **Lease** | **$150,442.00** | **40.0 SL** | **$179,632.00** |
| 55.5 **Flooring /** **1 Eastern Rd Kearny, NJ 07032** | **Lease** | **$5,760.00** | **10.0 SL** | **$8,749.00** |

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

| | | | | |
|---|---|---|---|---|
| 55.6 **1 Eastern Rd Kearny, NJ 07032** | **Lease** | **$11,837.00** | **10.0 SL** | **$21,200.00** |

56. **Total of Part 9**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. **$4,779,559.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
❑ No
☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
❑ Yes

**Part 10:** Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
❑ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| **COOPERATIVELAUNDRY.COM** | **unknown** | | **unknown** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |
| **Goodwill** | **unknown** | | **unknown** |

66. **Total of Part 10**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☑ No
❑ Yes

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☑ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)
_______ Total face amount – doubtful or uncollectible amount = ➔ _______

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
_______ Tax year _______ _______
_______ Tax year _______ _______
_______ Tax year _______ _______

73. **Interests in insurance policies or annuities**
_______ _______

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Claims for tortious interference of business contracts and claims for unpaid insurance claims** — **unknown**
**Nature of claim** _______
**Amount requested** **Not less than $3,000,000.00**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
**The Debtor has been sued in multiple State Court actions. Should any of these proceed, the Debtor has counterclaims. In addition, the Debtor has claims of equitable subordination against Herbert Kannegiesser GmbH.** — **unknown**
**Nature of claim** _______
**Amount requested** **$0.00**

76. **Trusts, equitable or future interests in property**

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**Spare Parts-Machineries** **$92,286.00**

78. **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90. **$92,286.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

- ☑ No
- ☐ Yes

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$152,210.00** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$450,000.00** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$2,250,000.00** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$314,249.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$4,484,033.00** | |
| 88. | **Real property.** *Copy line 56, Part 9.* ........ ➔ | | **$4,779,559.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **unknown** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$92,286.00** | |
| 91. | **Total.** *Add lines 80 through 90 for each column*............................91a. | **$7,742,778.00** | + 91b. **$4,779,559.00** |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........ **$12,522,337.00**

**Fill in this information to identify the case:**

Debtor name **KNY 26671 LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **25-10688 (CTG)**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| 2.1 **CSV Capital Partners LLC, as assignee of Feenix Venture Partners**<br>Creditor's Name<br>**443 Park Ave. South<br>8th Floor<br>New York, NY 10016**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br>**Date debt was incurred**<br>**4/20/22**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**See all other 'All Asset' secured creditors.** | **Describe debtor's property that is subject to a lien**<br>**All Assets**<br><br>**Describe the lien**<br>**UCC State of New Jersey Filing No. 55901042**<br>**Is the creditor an insider or related party?**<br>☐ No<br>☑ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,602,900.00** | **Unknown** |
| 2.2 **Eastern Funding**<br>Creditor's Name<br>**213 West 35th St 2W<br>New York, NY 10001**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br>**Date debt was incurred**<br>**Beginning 10/19/21**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>**All Assets**<br><br>**Describe the lien**<br>**UCC- State of New Jersey Filing No. 56244452**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | **$5,326,137.00** | **Unknown** |

Debtor **KNY 26671 LLC** Case number (if known) **25-10688 (CTG)**
Name

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**See all other 'All Asset' secured creditors.**

☐ Contingent
☐ Unliquidated
☑ Disputed

---

2.3 **Herbert Kannegiesser GmbH**
Creditor's Name
**Kannegiesserring 8**
**32602 Vlotho**
**GERMANY**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**1/24/18**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**See all other 'All Asset' secured creditors.**

**Describe debtor's property that is subject to a lien**
**All equipment, goods and personal property listed on the UCC filed in the State of New Jersey, filing number 52611452**

**Describe the lien**
**UCC - State of New Jersey, Filing No. 52611452**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

**$3,767,759.35** **$3,100,000.00**

---

2.4 **CSV Capital Partners LLC, as assignee of Irazuk LLC**
Creditor's Name

**443 Park Ave. S, 8 Fl**
**New York, NY 10016**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**See all other 'All Asset' secured creditors.**

**Describe debtor's property that is subject to a lien**
**All Assets**

**Describe the lien**
**UCC - State of New Jersey Filing No. 56702532**
**Is the creditor an insider or related party?**
☐ No
☑ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,974,000.00** **Unknown**

---

2.5 **JPMorgan Chase Bank N.A.**
Creditor's Name

**250 Pehle Ave, Floor 1**
**Saddle Brook, NJ 07663**

**Describe debtor's property that is subject to a lien**
**Proceeds of Account**

**$99,460.00** **Unknown**

Debtor **KNY 26671 LLC** Case number (if known) **25-10688 (CTG)**
Name

Creditor's mailing address

**Describe the lien**
**Control**

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- [x] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [x] Yes. Specify each creditor, including this creditor and its relative priority.

**CSV Capital Partners LLC, as assignee of Feenix Venture Partners**

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

---

2.6 **MCA Servicing Co**
Creditor's Name
**333 W Commercial Street**
**Suite 324**
**East Rochester, NY 14445**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All Assets**

**$750,000.00** **$0.00**

**Describe the lien**
**UCC - State of New Jersey Filing No. 57529341**

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- [ ] No
- [x] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/17/2024**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [x] Yes. Specify each creditor, including this creditor and its relative priority.

**See all other 'All Asset' secured creditors.**

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

---

2.7 **Merchant Financial Corporation**
Creditor's Name
**Attn Michael Marks**
**1441 Broadway 17th Floor**
**New York, NY 10018**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All Assets**

**$3,250,000.00** **Unknown**

**Describe the lien**
**UCC State of New Jersey Filing No. 52970274**

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- [ ] No
- [x] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/31/18**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor **KNY 26671 LLC** Case number (if known) **25-10688 (CTG)**
Name

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**See all other 'All Asset' secured creditors.**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.8 **Parkside Funding Group LLC**
Creditor's Name

**1615 Ave. I Apt 22**
**Brooklyn, NY 11230**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**01/14/2025**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**See all other 'All Asset' secured creditors.**

**Describe debtor's property that is subject to a lien**
**Accounts Receivable and Proceeds**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

**$380,000.00** **Unknown**

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$17,150,256.35**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **David Hashmall**<br>**220 South 6th Street**<br>**Suite 2200**<br>**Minneapolis, MN 55402** | Line **2.3** | |
| **Joseph DiOrio**<br>**1301 Atwood Ave.**<br>**Suite 215 N**<br>**Johnston, RI 02919-4933** | Line **2.2** | |
| **Lauren Friend McKelvey**<br>**Reitler Kailas & Rosenblatt LLP**<br>**885 Third Avenue, 20th Floor**<br>**New York, NY 10022** | Line **2. 1** | |

Debtor **KNY 26671 LLC** Case number (if known) **25-10688 (CTG)**
Name

| | |
|---|---|
| **Zachary I. Shapiro**<br>**Richards, Layton & Finger, P.A.**<br>**920 N. King Street**<br>**Wilmington, DE 19801** | Line **2. 5** |
| **Sheryl P. Giugliano**<br>**Ruskin Moscou Faltischek P.C.**<br>**1425 RXR Plaza**<br>**East Tower, 15th Floor**<br>**Uniondale, NY 11556** | Line **2.7** |
| **Mendy Piekarski - New York, NY**<br>**335 Madison Avenue**<br>**12th Floor**<br>**New York, NY 10017 - 4611** | Line **2. 6** |

Fill in this information to identify the case:

Debtor name **KNY 26671 LLC**

United States Bankruptcy Court for the: **District of Delaware**

Case number (if known): **25-10688 (CTG)**

❑ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   - ❑ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Connecticut State**<br>**Department of Revenue Services**<br>**450 Columbus Blvd. Suite 1**<br>**Hartford, CT 06103**<br><br>**Date or dates debt was incurred** ____<br><br>**Last 4 digits of account number** ____<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)** | *Check all that apply.*<br>❑ Contingent<br>❑ Unliquidated<br>❑ Disputed<br><br>**Basis for the Claim:** **Taxes**<br><br>**Is the claim subject to offset?**<br>☑ No<br>❑ Yes | **$0.00** | **$0.00** |
| 2.2 | **Internal Revenue Service**<br>**20 Washington Pl**<br>**Newark, NJ 07102**<br><br>**Date or dates debt was incurred** ____<br><br>**Last 4 digits of account number** ____<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)** | *Check all that apply.*<br>❑ Contingent<br>❑ Unliquidated<br>❑ Disputed<br><br>**Basis for the Claim:** **Taxes**<br><br>**Is the claim subject to offset?**<br>☑ No<br>❑ Yes | **$312,717.28** | **$0.00** |

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

**Part 1:** Additional Page

**2.3** **Priority creditor's name and mailing address**
New Jersey Division of Taxation
PO Box 999
Trenton, NJ 08646-0999

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$622,802.17** **$0.00**

**Date or dates debt was incurred**

**Basis for the Claim:** Taxes

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**2.4** **Priority creditor's name and mailing address**
New York State Tax
PO Box 61000
Albany, NY 12261-0001

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**unknown** **unknown**

**Date or dates debt was incurred**

**Basis for the Claim:** Taxes

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**2.5** **Priority creditor's name and mailing address**
Pennsylvania Division of Taxation
PO Box BOX 280646
Harrisburg, PA 17128

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$0.00** **$0.00**

**Date or dates debt was incurred**

**Basis for the Claim:** Taxes

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

**Part 1:** Additional Page

| | | | |
|---|---|---|---|
| **2.6** **Priority creditor's name and mailing address**<br>**Sang Cho**<br>**12 Foxboro Road**<br>**Hampton Bays, NY 11946**<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number** ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the Claim:**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **$17,500.00** | **$17,500.00** |

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**
**ACS Testing, LLC**
**2000 Mallory Lane #130-250**
**Hendersonville, TN 37077**

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** service to debtor

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

**3.2 Nonpriority creditor's name and mailing address**
**Adobe**
**345 Park Avenue**
**San Jose, CA 95110-2704**

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** service for debtor

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

**3.3 Nonpriority creditor's name and mailing address**
**ADT**
**1501 Yamato Road**
**Boca Raton, FL 33431**

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

**3.4 Nonpriority creditor's name and mailing address**
**Air Center Inc**
**675 Rahway Avenue Unit #2**
**Union, NJ 07083**

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** service for debtor

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

Debtor **KNY 26671 LLC** Case number (if known) **25-10688 (CTG)**
Name

**Part 2:** Additional Page

**3.5 Nonpriority creditor's name and mailing address**
**Air Group**
**1 Prince Road**
**Whippany, NJ 07981**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** service for debtor

**Date or dates debt was incurred** ______
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.6 Nonpriority creditor's name and mailing address**
**Amec Electric LLC**
**125 Liberty Street**
**Metuchen, NJ 08840**

**As of the petition filing date, the claim is:** **$1,804.13**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** service for debtor

**Date or dates debt was incurred** ______
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.7 Nonpriority creditor's name and mailing address**
**American Boiler Company**
**1025 Commerce Av**
**Union, NJ 07083**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** service to debtor

**Date or dates debt was incurred** ______
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.8 Nonpriority creditor's name and mailing address**
**American Laundry**
**421 E 16th St**
**Paterson, NJ 07514-2640**

**As of the petition filing date, the claim is:** **$10,263.13**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** service for debtor

**Date or dates debt was incurred** ______
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

**Part 2:** Additional Page

**3.9** **Nonpriority creditor's name and mailing address**
**Amtrust Audit**
**800 Superior Avenue East**
**Cleveland, OH 44114**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$494,216.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** service to debtor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.10** **Nonpriority creditor's name and mailing address**
**AmTrust North America**
**800 Superior Ave**
**Cleveland, OH 44114**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$79,298.30**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** service for debtor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.11** **Nonpriority creditor's name and mailing address**
**Arc Group USA LLC**
**1 Prince Road**
**Whippany, NJ 07981-2100**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** service for debtor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.12** **Nonpriority creditor's name and mailing address**
**Atlantic - Tomorrow's Office**
**PO Box 5149**
**White Plains, NY 10602-5149**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$53,200.89**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** lease service for debtor

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

**Part 2:** Additional Page

**3.13** **Nonpriority creditor's name and mailing address**
**Avendra, LLC**
**P.O. Box 715019**
**Philadelphia, PA 19171-5019**

**Date or dates debt was incurred** ________

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$257,618.32**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** service for debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.14** **Nonpriority creditor's name and mailing address**
**BJS Wholesale**
**180 Passaic Avenue**
**Kearny, NJ 07632**

**Date or dates debt was incurred** ________

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** service to debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.15** **Nonpriority creditor's name and mailing address**
**Bogush Mechanical Service Company**
**190 Main Avenue**
**Wallington, NJ 07057**

**Date or dates debt was incurred** ________

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Service for debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.16** **Nonpriority creditor's name and mailing address**
**Cali Carting**
**PO Box 440**
**Kearny, NJ 07032**

**Date or dates debt was incurred** ________

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$4,841.46**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Service for debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

**Part 2:** Additional Page

**3.17** **Nonpriority creditor's name and mailing address**
**Chemaqua Inc.**
**23261 Place**
**Chicago, IL 60673-1232**

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$11,230.54**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** service to debtor

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.18** **Nonpriority creditor's name and mailing address**
**Chempac Suppliers**
**28 Harrison Avenue Suite 914**
**Englishtown, NJ 07726**

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$9,548.44**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** suppliers to debtor

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.19** **Nonpriority creditor's name and mailing address**
**Cleaners Supply**
**1059 Powers Rd.**
**Conklin, NY 13748**

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Suppliers for debtor

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.20** **Nonpriority creditor's name and mailing address**
**Coffee Distributing Corp.**
**200 Broadway**
**New Hyde Park, NY 11040**

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** suppliers for debtor

**Is the claim subject to offset?**
☑ No
❑ Yes

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

**Part 2:** Additional Page

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.21 | **Cogency Global Inc.**<br>**122 E 42ND St.**<br>**New York, NY 10168**<br>Date or dates debt was incurred ____<br>Last 4 digits of account number ____ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: service for debtor<br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $88.00 |
| 3.22 | **Comcast Cable**<br>**1701 JFK Boulevard**<br>**Philadelphia, PA 19103**<br>Date or dates debt was incurred ____<br>Last 4 digits of account number ____ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: service for debtor<br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $0.00 |
| 3.23 | **Commercial Laundry Corp.**<br>**601 S. Longwood St.**<br>**Baltimore, MD 21223**<br>Date or dates debt was incurred ____<br>Last 4 digits of account number ____ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: service for debtor<br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $0.00 |
| 3.24 | **Concentra**<br>**PO Box 8750**<br>**Elkridge, MD 21075-8750**<br>Date or dates debt was incurred ____<br>Last 4 digits of account number ____ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: service for debtor<br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $127.00 |

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

**Part 2:** Additional Page

**3.25** **Nonpriority creditor's name and mailing address**
**Concrete Floor**
**6801 Tilghman St #113**
**Allentown, PA 18106**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** service for debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.26** **Nonpriority creditor's name and mailing address**
**Constellation Newenergy**
**Gas Division, LLC**
**PO Box 54**
**Carol Stream, IL 60197-5471**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** supplier for debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.27** **Nonpriority creditor's name and mailing address**
**Coop By Ryder**
**PO Box 748526**
**Atlanta, GA 30374-8526**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** leasing service

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.28** **Nonpriority creditor's name and mailing address**
**Cooperative Laundry SMS LLC**
**1225 Fortuna Rd.**
**San Marcos, TX 78666**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** intercompany relation

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

**Part 2:** Additional Page

**3.29** **Nonpriority creditor's name and mailing address**
**Core Staffing Services**
**463 7th Ave #1800**
**New York, NY 10018**

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** service for debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.30** **Nonpriority creditor's name and mailing address**
**Corporate Casuals**
**52 Domino Dr.**
**Concord, MA 01742**

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** supplier for debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.31** **Nonpriority creditor's name and mailing address**
**Crown Castle**
**PO Box 28730**
**New York, NY 10087-8730**

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$5,481.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** service for debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.32** **Nonpriority creditor's name and mailing address**
**Cuates GT Transportation LLC**
**418 Clifton Avenue**
**Clifton, NJ 07011**

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Service for debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

**Part 2:** Additional Page

**3.33** **Nonpriority creditor's name and mailing address**
**DavEd Fire Systems**
**307 West Pleasantview Avenue**
**Hackensack, NJ 07601**

**Date or dates debt was incurred** 12/1/2022
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$5,407.76**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.34** **Nonpriority creditor's name and mailing address**
**Delaware Secretary of State**
**Po Box 5509**
**Binghamton, NY 13902-5509**

**Date or dates debt was incurred**
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$600.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** government service

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.35** **Nonpriority creditor's name and mailing address**
**Diamond Chemical**
**PO Box 51021**
**Newark, NJ 07101-5121**

**Date or dates debt was incurred**
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$69,341.19**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Supplier for debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.36** **Nonpriority creditor's name and mailing address**
**Dicay & Marble Tile Serv Corp**
**132 Shaw Ave**
**Valley Stream, NY 11580**

**Date or dates debt was incurred**
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Service for debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

**Part 2:** Additional Page

**3.37 Nonpriority creditor's name and mailing address**
**Dilworth Paxson**
**PO Box 825921**
**Philadelphia, PA 19182-5921**

**As of the petition filing date, the claim is:** **$9,455.65**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Legal service

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.38 Nonpriority creditor's name and mailing address**
**Direct Energy**
**P.O. Box 32179**
**New York, NY 10087-2179**

**As of the petition filing date, the claim is:** **$190,752.76**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Utilities service

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.39 Nonpriority creditor's name and mailing address**
**EAM-Mosca Corporation**
**675 Jaycee Drive**
**Hazleton, PA 18202**

**As of the petition filing date, the claim is:** **$1,425.32**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** supplier for debtor

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.40 Nonpriority creditor's name and mailing address**
**Eco Plumbing Heating & Air Conditioning**
**217 OVERMOUNT AVE**
**Little Falls, NJ 07424**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** service for debtor

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

**Part 2:** Additional Page

**3.41** **Nonpriority creditor's name and mailing address**
**Ecolab**
**PO Box 32027**
**New York, NY 10087-2027**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$38,469.30**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** supplier for debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.42** **Nonpriority creditor's name and mailing address**
**Empire Commercial Services Lp.**
**203 Main Street**
**Metuchen, NJ 08840**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$787.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** service for debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.43** **Nonpriority creditor's name and mailing address**
**EMS Repairs**
**907 E. Hazelwood Avenue**
**Rahway, NJ 07065**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.44** **Nonpriority creditor's name and mailing address**
**ERC Wiping Products**
**19 Bennett Street**
**Lynn, MA 01905**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** supplier for debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

## Part 2: Additional Page

**3.45 Nonpriority creditor's name and mailing address**
**Exair**
**11510 Goldcoast Drive**
**Cincinnati, OH 45249-1621**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$876.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** service to debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.46 Nonpriority creditor's name and mailing address**
**FedEx**
**465 Kearny Ave**
**Kearny, NJ 07032**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** service for debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.47 Nonpriority creditor's name and mailing address**
**Fleetwash, Inc.**
**273 Passaic Ave**
**Fairfield, NJ 07004**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Service for debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.48 Nonpriority creditor's name and mailing address**
**FMX Facilities Management Express LLC**
**800 Yard St.**
**Columbus, OH 43212**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** service debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

**Part 2:** Additional Page

**3.49** **Nonpriority creditor's name and mailing address**
**Folgore Mobile Welding, Inc.**
**526 Roosevelt Ave**
**Carteret, NJ 07008**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$8,650.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** service to debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.50** **Nonpriority creditor's name and mailing address**
**Freehand Fabrication LLC**
**1174 Roberts Blvd**
**Vineland, NJ 08360**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** supplier to debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.51** **Nonpriority creditor's name and mailing address**
**Global Expositions Inc.**
**2600 West Olive 5th floor**
**Burbank, CA 91505**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.52** **Nonpriority creditor's name and mailing address**
**Global Industrial**
**2505 Mill Center Parkway Suite 100**
**Buford, GA 30518**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** supplier to debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

**Part 2:** Additional Page

**3.53** **Nonpriority creditor's name and mailing address**
Grainger
100 Grainger Parkway
Lake Forest, IL 60045

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** supplier to debtor

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.54** **Nonpriority creditor's name and mailing address**
Great American Gas & Electric LLC
550 Mamaroneck Ave
Harrison, NY 10528

**As of the petition filing date, the claim is:** **$28,187.07**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ____

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.55** **Nonpriority creditor's name and mailing address**
HACH
2207 Collections Center Drive
Chicago, IL 60693

**As of the petition filing date, the claim is:** **$1,962.53**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** service to debtor

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.56** **Nonpriority creditor's name and mailing address**
Hale Trailer
PO Box 1400
Voorhees, NJ 08043

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** leased service

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

**Part 2:** Additional Page

**3.57** **Nonpriority creditor's name and mailing address**
**Health & Safety Institute**
**PO Box 809321**
**Chicago, IL 60680-9321**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** service to debtor
**Is the claim subject to offset?**
☑ No
☐ Yes

**3.58** **Nonpriority creditor's name and mailing address**
**Hollie Yanaga Ltd**
**10430 Tomkinson Drive**
**Scotts, MI 49088**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** service for debtor
**Is the claim subject to offset?**
☑ No
☐ Yes

**3.59** **Nonpriority creditor's name and mailing address**
**Horizon Blue Cross Blue Shield**
**PO Box BOX 10130**
**Newark, NJ 07101-3130**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$200,621.83**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** insurance service
**Is the claim subject to offset?**
☑ No
☐ Yes

**3.60** **Nonpriority creditor's name and mailing address**
**HPC Pest Services**
**6204 Park Avenue**
**West New York, NJ 07093**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** service for debtor
**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **KNY 26671 LLC**
Name

Case number *(if known)* **25-10688 (CTG)**

**Part 2:** Additional Page

**3.61 Nonpriority creditor's name and mailing address**
HR Direct
PO Box 669390
Pompano Beach, FL 33066-9390

Date or dates debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** service for debtor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.62 Nonpriority creditor's name and mailing address**
Hub Truck Leasing & Rentals
94 Gazza Blvd,
Farmingdale, NY 11735

Date or dates debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** $174,296.53
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** leased service

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.63 Nonpriority creditor's name and mailing address**
Hudson Regional Health Commission
595 County Avenue
Secaucus, NJ 07094

Date or dates debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** service for provider

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.64 Nonpriority creditor's name and mailing address**
Hugo Neu Kearny Development LLC
78 John Miller Way, Suite 102
Kearny, NJ 07032

Date or dates debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** $605,193.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Real Estate Lease

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

**Part 2:** Additional Page

**3.65** **Nonpriority creditor's name and mailing address**
**HVAC Metals**
**183 Garfield Ave.**
**Kearny, NJ 07032**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** supplier for debtor

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.66** **Nonpriority creditor's name and mailing address**
**Indeed Inc.**
**200 West 6th Street, Floor 36**
**Austin, TX 78701**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** service for debtor

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.67** **Nonpriority creditor's name and mailing address**
**Integrated Scale Systems**
**20-B Kulick Road**
**Fairfield, NJ 07004**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** supplier for debtor

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.68** **Nonpriority creditor's name and mailing address**
**IPFS Corporation**
**170 Northpointe Parkway Suite 300**
**Amherst, NY 14228**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** trade creditor

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

**Part 2:** Additional Page

**3.69** **Nonpriority creditor's name and mailing address**
**Jackson Lewis**
**200 Connell Drive Suite 2000**
**Berkeley Heights, NJ 07922**

**Date or dates debt was incurred** ____________
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$172,804.19**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** legal service to debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.70** **Nonpriority creditor's name and mailing address**
**John Duffy Energy Services**
**465 Mulberry Street**
**Newark, NJ 07114**

**Date or dates debt was incurred** ____________
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** supplier for debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.71** **Nonpriority creditor's name and mailing address**
**JP Morgan Chase**
**250 Pehle Ave, Floor 1**
**Saddle Brook, NJ 07663**

**Date or dates debt was incurred** ____________
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** service for debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.72** **Nonpriority creditor's name and mailing address**
**JP's Plumbing & Heating Corp**
**116 Linner Street**
**Bayonne, NJ 07002**

**Date or dates debt was incurred** ____________
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Service to Debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

**Part 2:** Additional Page

**3.73** **Nonpriority creditor's name and mailing address**
**K&S Kitchen**
**520 White Plains Rd.**
**Tarrytown, NY 10591**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** supplier for debtor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.74** **Nonpriority creditor's name and mailing address**
**K.W. Rastall, LLC**
**PO Box 7174**
**North Brunswick, NJ 08902**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$714.44**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** supplier for debtor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.75** **Nonpriority creditor's name and mailing address**
**Kannegeisser - eTech**
**2425 109th Street**
**Grand Prairie, TX 75050**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$1,004,864.34**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** supplier for debtor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.76** **Nonpriority creditor's name and mailing address**
**Kapture Pest Control**
**48 Bi-State Plaza 560**
**Old Tappan, NJ 07675**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$639.75**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** service for provider

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

**Part 2:** Additional Page

**3.77** **Nonpriority creditor's name and mailing address**
**Kearny Municipal Utilities Authority**
**39 Central Ave.**
**Kearny, NJ 07032**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **service for debtor**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.78** **Nonpriority creditor's name and mailing address**
**Kemco Systems Co. LLC**
**11500 47th St.**
**Clearwater, FL 33762**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **supplier for debtor**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.79** **Nonpriority creditor's name and mailing address**
**Ken's Marine Service, Inc.**
**1 Ingham Avenue**
**Bayonne, NJ 07002**

**Date or dates debt was incurred** **8/29/2024**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$4,776.79**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **service for debtor**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.80** **Nonpriority creditor's name and mailing address**
**Kimball Midwest**
**Dept, L-2780**
**Columbus, OH 43260-2780**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$2,520.20**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **supplier for debtor**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

**Part 2:** Additional Page

**3.81** **Nonpriority creditor's name and mailing address**
**Lease Admin Center**
**4680 Parkway Dr Ste 300**
**Mason, OH 45040**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** service for debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.82** **Nonpriority creditor's name and mailing address**
**LI Clean Water**
**202 Bethpage-Sweet Hollow Rd.**
**Old Bethpage, NY 11804**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** supplier

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.83** **Nonpriority creditor's name and mailing address**
**Lieberman & Klestzick**
**381 Sunrise Highway Suite 302**
**Lynbrook, NY 11563**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** legal service

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.84** **Nonpriority creditor's name and mailing address**
**LinenTech by Nextek Systems**
**1601 N Oak Street #308**
**Myrtle Beach, SC 29577**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** service for provider

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

**Part 2:** Additional Page

**3.85 Nonpriority creditor's name and mailing address**
**Little Red Kitchen NJ**
**603 4th Avenue**
**Brooklyn, NY 11215**

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **supplier for debtor**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.86 Nonpriority creditor's name and mailing address**
**Mackk Mechanical**
**114 Beach Road**
**Mount Laurel, NJ 08054**

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **service for debtor**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.87 Nonpriority creditor's name and mailing address**
**Mandelbaum Salsburg P.C**
**3 Becker Farm Rd. Suite 105**
**Roseland, NJ 07068**

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **legal services for debtor**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.88 Nonpriority creditor's name and mailing address**
**Master Group HVAC**
**3400 NJ-35**
**Hazlet, NJ 07730**

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **service debtor**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

**Part 2:** Additional Page

**3.89** **Nonpriority creditor's name and mailing address**
**MAXI-PRESS**
**80 Turnpike Dr Ste 4**
**Middlebury, CT 06762**

**As of the petition filing date, the claim is:** **$5,872.25**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** supplier for debtor

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.90** **Nonpriority creditor's name and mailing address**
**McMaster-Carr**
**PO Box 7690**
**Chicago, IL 60680-7690**

**As of the petition filing date, the claim is:** **$1,035.13**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** supplier for debtor

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.91** **Nonpriority creditor's name and mailing address**
**Metlife**
**PO Box 783895**
**Philadelphia, PA 19178-3895**

**As of the petition filing date, the claim is:** **$41,726.82**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** service debtor

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.92** **Nonpriority creditor's name and mailing address**
**Metro Fire and Safety**
**509 Washington Avenue**
**Carlstadt, NJ 07072**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** supplier for debtor

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

## Part 2: Additional Page

**3.93 Nonpriority creditor's name and mailing address**
**Metro Hydraulic Jack Co.**
**1271 McCarter Highway**
**Newark, NJ 07104**

**Date or dates debt was incurred** ____________
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** service for debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.94 Nonpriority creditor's name and mailing address**
**Minda Supply**
**380 Franklin Turnpike**
**Mahwah, NJ 07430**

**Date or dates debt was incurred** ____________
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** supplier for debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.95 Nonpriority creditor's name and mailing address**
**Miura America CO . LTD**
**PO Box 936203**
**Atlanta, GA 31193**

**Date or dates debt was incurred** ____________
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$8,754.77**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** supplier for debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.96 Nonpriority creditor's name and mailing address**
**Morrison and Tenenbaum Law**
**87 Walker Street**
**New York, NY 10013**

**Date or dates debt was incurred** ____________
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** legal service

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

**Part 2:** Additional Page

**3.97** **Nonpriority creditor's name and mailing address**
**Motion Industries NJ**
**141 Market St**
**Kenilworth, NJ 07033**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** supplier for debtor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.98** **Nonpriority creditor's name and mailing address**
**New York IT Services**
**650 Halstead Ave**
**Mamaroneck, NY 10543**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$4,500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** service for debtor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.99** **Nonpriority creditor's name and mailing address**
**New York State Attorney General**
**Managing Attorney's Office**
**Empire State Plaza**
**Justice Building 2nd Floor**
**Albany, NY 12224**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** government agency

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.100** **Nonpriority creditor's name and mailing address**
**NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE**
**BANKRUPTCY SECTION**
**PO BOX 5300**
**Albany, NY 12205-0300**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$1,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Quarterly highway use tax

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

**Part 2:** Additional Page

**3.101 Nonpriority creditor's name and mailing address**
**Nextiva**
**2975 Regent Blvd Suite 100**
**Irving, TX 75063**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** service for debtor

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.102 Nonpriority creditor's name and mailing address**
**NFPA National Fire Protect**
**1 Batterymarch Park**
**Quincy, MA 02169-7471**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** service for debtor

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.103 Nonpriority creditor's name and mailing address**
**NJ Ezpass**
**375 NJ-21**
**Newark, NJ 07114**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** service for provider

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.104 Nonpriority creditor's name and mailing address**
**NJ Government Services**
**20 Washington Place**
**Newark, NJ 07102**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** government service

**Is the claim subject to offset?**
☑ No
❑ Yes

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

Part 2: Additional Page

**3.105 Nonpriority creditor's name and mailing address**
North Shore Linen, Inc.
20 Rider Pl
Freeport, NY 11520-4612

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$218,062.95**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** service for debtor
**Is the claim subject to offset?**
☑ No
☐ Yes

**3.106 Nonpriority creditor's name and mailing address**
NYC Finance Parking
Church Street Station
P.O. Box 3640
New York, NY 10008-3640

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$150.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** government service
**Is the claim subject to offset?**
☑ No
☐ Yes

**3.107 Nonpriority creditor's name and mailing address**
Office of Attorney General
Commonwealth of Pennsylvania
16th Floor, Strawberry Square
Harrisburg, PA 17120

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** government service
**Is the claim subject to offset?**
☑ No
☐ Yes

**3.108 Nonpriority creditor's name and mailing address**
Office of the Attorney General
State of Connecticut
165 Capitol Avenue
Hartford, CT 06106

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** government service
**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

**Part 2:** Additional Page

**3.109** **Nonpriority creditor's name and mailing address**
**Office of the U.S. Attorney for District of Delaware**
**1313 N Market Street**
**PO Box 2046**
**Wilmington, DE 19801**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** government service

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.110** **Nonpriority creditor's name and mailing address**
**Oracle Netsuite**
**15612 Collections Center Drive**
**Chicago, IL 60693**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** service for debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.111** **Nonpriority creditor's name and mailing address**
**Overhead Door Company of Central Jersey**
**952 Route 202**
**Somerville, NJ 08876**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** service for debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.112** **Nonpriority creditor's name and mailing address**
**Passaic Valley Sewerage Commission**
**P.O.BOX 28444**
**New York, NY 10087-8444**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** service for debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

## Part 2: Additional Page

**3.113 Nonpriority creditor's name and mailing address**
**Penske Truck Leasing**
**P.O. Box 563**
**Reading, PA 19603-0563**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** leased service

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.114 Nonpriority creditor's name and mailing address**
**Petroleum Shell**
**1000 Communipaw Ave**
**Jersey City, NJ 07304**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** supplier for debtor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.115 Nonpriority creditor's name and mailing address**
**PIRS Capital LLC**
**1688 Meridian Ave Ste 700**
**Miami Beach, FL 33139**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.116 Nonpriority creditor's name and mailing address**
**Precision Electric Motor Works, Inc.**
**18 Sebago St**
**Clifton, NJ 07013**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$10,229.62**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** supplier for debtor

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

**Part 2:** Additional Page

**3.117** **Nonpriority creditor's name and mailing address**
**Prestige Poly LLC**
**121 15th Street**
**Brooklyn, NY 11215**

**As of the petition filing date, the claim is:** **$5,040.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** supplier for debtor

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.118** **Nonpriority creditor's name and mailing address**
**Principal**
**PO Box 77202**
**Minneapolis, MN 55480-7200**

**As of the petition filing date, the claim is:** **$947.57**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** service for debtor

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.119** **Nonpriority creditor's name and mailing address**
**Professional Search Network**
**900 Lanidex Plaza Suite 245**
**Parsippany, NJ 07054**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** service for debtor

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.120** **Nonpriority creditor's name and mailing address**
**PSE&G**
**PO Box 14444**
**New Brunswick, NJ 08906-4444**

**As of the petition filing date, the claim is:** **$203,551.42**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** supplier for debtor

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

**Part 2:** Additional Page

**3.121** **Nonpriority creditor's name and mailing address**
**Pump Express**
**190 Main Avenue**
**Wallington, NJ 07057**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** supplier for debtor

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.122** **Nonpriority creditor's name and mailing address**
**PVSC Annual Permit**
**600 Wilson Avenue**
**Newark, NJ 07105**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** service for debtor

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.123** **Nonpriority creditor's name and mailing address**
**Raich Ende Malter & Co. LLP**
**100 Campus Dr #106**
**Florham Park, NJ 07932**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** legal service for debtor

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.124** **Nonpriority creditor's name and mailing address**
**Randstad**
**140 Broadway #3630**
**New York, NY 10005**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** service for debtor

**Is the claim subject to offset?**
☑ No
❑ Yes

Debtor **KNY 26671 LLC**
Name

Case number *(if known)* **25-10688 (CTG)**

**Part 2:** Additional Page

**3.125 Nonpriority creditor's name and mailing address**
**Raymond of New Jersey LLC**
**1000 Brighton St.**
**Union, NJ 07083**

**Date or dates debt was incurred** ________
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$2,892.56**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** supplier for debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.126 Nonpriority creditor's name and mailing address**
**Redirect Health**
**13430 North Scottsdale Road**
**Scottsdale, AZ 85254**

**Date or dates debt was incurred** ________
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** service for debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.127 Nonpriority creditor's name and mailing address**
**REFUEL OPERATING CO., LLC**
**4105 Faber Place Dr. Suite 300**
**North Charleston, SC 29405**

**Date or dates debt was incurred** ________
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** supplier for debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.128 Nonpriority creditor's name and mailing address**
**Regency Group**
**251 W 39th St.**
**New York, NY 10018**

**Date or dates debt was incurred** ________
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** service for debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

## Part 2: Additional Page

**3.129 Nonpriority creditor's name and mailing address**
**Safety Facility Services**
**5 West 37th Street #803**
**New York, NY 10018**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$165,473.88**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** service for debtor

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.130 Nonpriority creditor's name and mailing address**
**Safety NJ LLC**
**33 West St #101**
**Bloomfield, NJ 07003**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** service for debtor

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.131 Nonpriority creditor's name and mailing address**
**Safety Skills**
**519 NW 23rd St Suite #200**
**Oklahoma City, OK 73103**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** service for debtor

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.132 Nonpriority creditor's name and mailing address**
**Saf-Gard**
**Nixon Plaza**
**2058 NJ-27**
**Edison, NJ 08817**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** supplier for debtor

**Is the claim subject to offset?**
☑ No
❑ Yes

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

**Part 2:** Additional Page

**3.133 Nonpriority creditor's name and mailing address**
**Sax LLP**
**P.O. Box 51049**
**Newark, NJ 07101-5149**

**As of the petition filing date, the claim is:** **$67,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** service for debtor

**Date or dates debt was incurred** ________
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.134 Nonpriority creditor's name and mailing address**
**SEM/BDS**
**756 Phillips Street**
**Stroudsburg, PA 18360**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** supplier for debtor

**Date or dates debt was incurred** ________
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.135 Nonpriority creditor's name and mailing address**
**Skyline Equipment, LLC**
**6525 Cunningham Rd. Building C**
**Houston, TX 77041**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** supplier for debtor

**Date or dates debt was incurred** ________
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.136 Nonpriority creditor's name and mailing address**
**Smartsign**
**300 Cadman Plz W #1303**
**Brooklyn, NY 11201**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** supplier for debtor

**Date or dates debt was incurred** ________
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

**Part 2:** Additional Page

**3.137 Nonpriority creditor's name and mailing address**
**Sobel Westex Pool Inventory**
**PO Box 848933**
**Los Angeles, CA 90084-8933**

Date or dates debt was incurred ____
Last 4 digits of account number ____

**As of the petition filing date, the claim is:** **$46,913.91**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** supplier for debtor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.138 Nonpriority creditor's name and mailing address**
**Southside Complete Inc.**
**30 Broad St. Suite 1407**
**New York, NY 10004**

Date or dates debt was incurred ____
Last 4 digits of account number ____

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** supplier for debtor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.139 Nonpriority creditor's name and mailing address**
**Stadium Pizza**
**321 NJ-440**
**Jersey City, NJ 07305**

Date or dates debt was incurred ____
Last 4 digits of account number ____

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** trade creditor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.140 Nonpriority creditor's name and mailing address**
**Staff Benefits Management**
**2307 Fenton Parkway #107-126**
**San Diego, CA 92108**

Date or dates debt was incurred ____
Last 4 digits of account number ____

**As of the petition filing date, the claim is:** **$6,013.57**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** service for debtor

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

## Part 2: Additional Page

**3.141 Nonpriority creditor's name and mailing address**
**Standard Internet Services LLC**
**PO Box 772273**
**Detroit, MI 48177-2273**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** service for debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.142 Nonpriority creditor's name and mailing address**
**Standard Textile**
**PO Box 772273**
**Detroit, MI 48277-2273**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$33,127.75**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** supplier for debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.143 Nonpriority creditor's name and mailing address**
**State of New Hampshire**
**109 Pleasant Street**
**Concord, NH 03302-3718**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** government service

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.144 Nonpriority creditor's name and mailing address**
**State of New Jersey**
**Office of the Attorney General**
**25 Market Street**
**Trenton, NJ 08625**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** government service

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

**Part 2:** Additional Page

**3.145** **Nonpriority creditor's name and mailing address**
**Steadyflow Services Inc.**
**PO Box 294**
**Basking Ridge, NJ 07920**
**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$638.75**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** service for debtor
**Is the claim subject to offset?**
☑ No
☐ Yes

**3.146** **Nonpriority creditor's name and mailing address**
**Superior Oil Company**
**10 Mary Street**
**Newark, NJ 07105**
**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$15,532.24**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** supplier for debtor
**Is the claim subject to offset?**
☑ No
☐ Yes

**3.147** **Nonpriority creditor's name and mailing address**
**Talay Trailer Sales & Rentals**
**275 Feldman Court**
**Bay Shore, NY 11706**
**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$2,530.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** leased service
**Is the claim subject to offset?**
☑ No
☐ Yes

**3.148** **Nonpriority creditor's name and mailing address**
**Taqueria Los Gueros**
**93 N 17 South**
**East Rutherford, NJ 07073**
**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** supplier for debtor
**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **KNY 26671 LLC** Case number (if known) **25-10688 (CTG)**
Name

**Part 2:** Additional Page

**3.149** **Nonpriority creditor's name and mailing address**
**TASC account**
**PO Box 7308**
**Madison, WI 53704-7308**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** service for debtor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.150** **Nonpriority creditor's name and mailing address**
**The Hartford**
**1 Pennsylvania Plaza Suite 50**
**New York, NY 10119**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** service debtor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.151** **Nonpriority creditor's name and mailing address**
**The Labor Pros**
**424 E Central Blvd**
**Orlando, FL 32801**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$27,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** service for debtor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.152** **Nonpriority creditor's name and mailing address**
**Thermopatch Corp.**
**2204 Erie Blvd**
**Syracuse, NY 13224**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** service for debtor

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

**Part 2:** Additional Page

**3.153** **Nonpriority creditor's name and mailing address**
**Tingue**
**PO Box 824619**
**Philadelphia, PA 19182-4619**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$27,224.63**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** supplier for debtor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.154** **Nonpriority creditor's name and mailing address**
**T-Mobile**
**P.O. Box 742596**
**Cincinnati, OH 45274-2596**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Service to Debtor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.155** **Nonpriority creditor's name and mailing address**
**Tolls by Mail**
**PO Box 15183**
**Albany, NY 12212-5183**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$7,426.75**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** government service

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.156** **Nonpriority creditor's name and mailing address**
**Travelers Insurance**
**PO Box 660317**
**Dallas, TX 75266-0317**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$109.85**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** service for debtor

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

**Part 2:** Additional Page

**3.157 Nonpriority creditor's name and mailing address**
Triton Benefits & HR Solutions
1460 Route 9 North
Woodbridge, NJ 07095

Date or dates debt was incurred
Last 4 digits of account number

**As of the petition filing date, the claim is:** $4,513.73
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** service for debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.158 Nonpriority creditor's name and mailing address**
TSIBF Holdings
50 Biscayne Blvd Apt. 1710
Miami, FL 33132

Date or dates debt was incurred
Last 4 digits of account number

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** supplier for debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.159 Nonpriority creditor's name and mailing address**
Uline
PO Box 88741
Chicago, IL 60680-1741

Date or dates debt was incurred
Last 4 digits of account number

**As of the petition filing date, the claim is:** $3,841.63
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** supplier

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.160 Nonpriority creditor's name and mailing address**
URBY
200 Angelo Cifelli Dr.
Harrison, NJ 07029

Date or dates debt was incurred
Last 4 digits of account number

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** service for debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

**Part 2:** Additional Page

**3.161** **Nonpriority creditor's name and mailing address**
**US Coffee**
**51 Alpha Plaza**
**Hicksville, NY 11801**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** supplier for debtor

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.162** **Nonpriority creditor's name and mailing address**
**USPS**
**427 Harrison Ave**
**Harrison, NJ 07029**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Service to Debtor

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.163** **Nonpriority creditor's name and mailing address**
**Veckridge Chemical**
**60 Central Ave.**
**Kearny, NJ 07032**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Service to Debtor

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.164** **Nonpriority creditor's name and mailing address**
**Wachtel Missry**
**885 2nd Ave**
**New York, NY 10017**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** legal service

**Is the claim subject to offset?**
☑ No
❑ Yes

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

**Part 2:** Additional Page

**3.165** **Nonpriority creditor's name and mailing address**
**Wadley Donovan Gutshaw Consulting, LLC**
**991 US-22**
**Bridgewater, NJ 08807**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Service to Debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.166** **Nonpriority creditor's name and mailing address**
**Walmart**
**150 Harrison Ave**
**Kearny, NJ 07032**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Service to Debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.167** **Nonpriority creditor's name and mailing address**
**Water Doctor Inc.**
**734 Grand Ave Unit E**
**Ridgefield, NJ 07657-1042**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$277.19**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Service to Debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.168** **Nonpriority creditor's name and mailing address**
**Water Works Laboratory**
**P.O. Box 1780**
**Bloomfield, NJ 07003-1780**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$385.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Service to Debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

## Part 2: Additional Page

**3.169 Nonpriority creditor's name and mailing address**
**Weishaupt**
**2587 Millennium Dr. Unit A**
**Elgin, IL 60124**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Service to Debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.170 Nonpriority creditor's name and mailing address**
**William R. Seide Agency, LLC**
**Pompton Plains, NJ 07444**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Service to Debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.171 Nonpriority creditor's name and mailing address**
**Wynwood Capital**
**20200 W Dixie Highway,**
**Miami, FL 33180**

**Date or dates debt was incurred** 02/07/2025
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$400,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.172 Nonpriority creditor's name and mailing address**
**Y-pers Inc.**
**PO Box 9559**
**Philadelphia, PA 19124**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$4,734.45**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Service to Debtor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **KNY 26671 LLC**
Name

Case number *(if known)* **25-10688 (CTG)**

## Part 2: Additional Page

**3.173 Nonpriority creditor's name and mailing address**

**Zurich American**

**300 Interpace Pkwy Bldg. B**

**Parsippany, NJ 07054**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$0.00**

*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**
Name

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | **$953,019.45** |
| 5b. **Total claims from Part 2** | 5b. | + | **$4,766,570.20** |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | **$5,719,589.65** |

Fill in this information to identify the case:

Debtor name: KNY 26671 LLC

United States Bankruptcy Court for the: District of Delaware (State)

Case number (If known): 25-10688 (CTG) Chapter 11

❑ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   - ❑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Printers | Atlantic - Tomorrow's Office<br>PO Box 5149<br>White Plains, NY 10602-5149 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Truck rentals | Hub Truck Leasing & Rentals<br>94 Gazza Blvd,<br>Farmingdale, NY 11735 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | 1 Eastern Rd. Suite 2, Kearny NJ | KPIP Urban Renewal II, LLC<br>78 John Miller Way Suite 102<br>Kearny, NJ 07032 |
| | State the term remaining | 33 months | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **KNY 26671 LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **25-10688 (CTG)**

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Benjamin Gerut** | | **Eastern Funding** | ■ D **2.2**<br>☐ E/F<br>☐ G |
| 2.2 | **Benjamin Gerut** | | **PIRS Capital LLC** | ☐ D<br>■ E/F<br>☐ G |
| 2.3 | **Cooperative Laundry SMS LLC** | **1225 Fortuna Rd.<br>San Marcos, TX 78666** | **Parkside Funding Group LLC** | ■ D **2.8**<br>☐ E/F<br>☐ G |
| 2.4 | **Cooperative Laundry SMS LLC** | **1225 Fortuna Rd.<br>San Marcos, TX 78666** | **PIRS Capital LLC** | ☐ D<br>■ E/F<br>☐ G |
| 2.5 | **Deqser LLC** | **c/o Cooperative Laundry<br>1 Eastern Road<br>Kearny, NJ 07032** | **CSV Capital Partners LLC** | ■ D **2.1**<br>☐ E/F<br>☐ G |

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Deqser LLC** | **c/o Cooperative Laundry<br>1 Eastern Road<br>Kearny, NJ 07032** | **Eastern Funding** | ■ D **2.2**<br>☐ E/F<br>☐ G |
| 2.7 | **Deqser LLC** | **c/o Cooperative Laundry<br>1 Eastern Road<br>Kearny, NJ 07032** | **Wynwood Capital** | ☐ D<br>■ E/F<br>☐ G |
| 2.8 | **Kuzari Investor 26671 LLC** | **1 Eastern Road, Suite 2<br>Kearny, NJ 07032** | **Eastern Funding** | ■ D **2.2**<br>☐ E/F<br>☐ G |
| 2.9 | **Kuzari Investor 26671 LLC** | **1 Eastern Road, Suite 2<br>Kearny, NJ 07032** | **CSV Capital Partners LLC as assingee of Irazuk LLC** | ■ D **2.6**<br>☐ E/F<br>☐ G |
| 2.10 | **Kuzari Investor 26671 LLC** | **1 Eastern Road, Suite 2<br>Kearny, NJ 07032** | **Wynwood Capital** | ☐ D<br>■ E/F<br>☐ G |
| 2.11 | **Kuzari Investor 26671 LLC** | **1 Eastern Road, Suite 2<br>Kearny, NJ 07032** | **PIRS Capital LLC** | ☐ D<br>■ E/F<br>☐ G |
| 2.12 | **Prestige First Ave.Cleaning Corp** | **1 Eastern Road<br>Suite 2<br>Kearny, NJ 07032** | **MCA Servicing Co** | ■ D **2.6**<br>☐ E/F<br>☐ G |

Debtor **KNY 26671 LLC** Case number *(if known)* **25-10688 (CTG)**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.13 | **Sang Cho** | **12 Foxboro Road**<br>**Hampton Bays, NY 11946** | **CSV Capital Partners LLC** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.14 | **Sang Cho** | **12 Foxboro Road**<br>**Hampton Bays, NY 11946** | **MCA Servicing Co** | ■ D **2.6**<br>☐ E/F<br>☐ G |
| 2.15 | **Sang Cho** | **12 Foxboro Road**<br>**Hampton Bays, NY 11946** | **Eastern Funding** | ■ D **2.2**<br>☐ E/F<br>☐ G |
| 2.16 | **Sang Cho** | **12 Foxboro Road**<br>**Hampton Bays, NY 11946** | **Merchant Financial Corporation** | ■ D **2.7**<br>☐ E/F<br>☐ G |
| 2.17 | **Sang Cho** | **12 Foxboro Road**<br>**Hampton Bays, NY 11946** | **Parkside Funding Group LLC** | ■ D **2.8**<br>☐ E/F<br>☐ G |
| 2.18 | **Sang Cho** | **12 Foxboro Road**<br>**Hampton Bays, NY 11946** | **Wynwood Capital** | ☐ D<br>■ E/F<br>☐ G |
| 2.19 | **Sang Cho** | **12 Foxboro Road**<br>**Hampton Bays, NY 11946** | **PIRS Capital LLC** | ☐ D<br>■ E/F<br>☐ G |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**
**WILMINGTON DIVISION**

IN RE:
**KNY 26671 LLC**

CHAPTER **11**

DEBTOR(S)

CASE NO **25-10688 (CTG)**

**LIST OF EQUITY SECURITY HOLDERS**

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Kuzari Investor 26671 LLC**<br>1 Eastern Road, Suite 2, Kearny, NJ 07032 | | 100% | |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the **Chief Executive Officer** of the **Limited Liability Company** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **05/15/2025**

Signature: */s/ Sang Cho*
*Sang Cho, Chief Executive Officer*