**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| DEQSER LLC., et al.,[1] | Case No. 25-10687 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 15** |

# DECLARATION OF ROBERT J. IOMMAZZO

I, Robert J. Iommazzo, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am the Managing Director of Traxi LLC ("Traxi LLC") and submit this declaration based on my personal knowledge and experience to provide the Court with additional information regarding the above-captioned Debtors' communications with Traxi.

2. I exchanged communications with Sang Cho, on behalf of the Debtors, in November 2024 and December 2024 with respect to the Debtors' potentially engaging Traxi to undertake marketing for a potential DIP loan.

3. While Traxi had initial discussions with the Debtors regarding marketing a DIP, at no point was Traxi engaged by the Debtors to market a DIP loan, nor did Traxi undertake any efforts to market a DIP loan on behalf of the Debtors. Further, the discussions with the Debtors did not rise to even discussing formal engagement terms, including potential compensation for Traxi.

4. Annexed hereto as Exhibit A is an email chain from May 2025 that includes an email to Sang Cho from me dated May 13, 2025 confirming that Traxi never shopped a DIP for

[1] The Debtors in these Chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Deqser LLC (8269) and KNY 26671 LLC (9132).

the Debtors. Debtors' attorneys, Sandy Mayerson and David Hartheimer, were also included on the email chain in a subsequent email on May 13, 2025.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed On: May 16, 2025

*/s/ Robert J. Iommazzo*
Robert J. Iommazzo



172299027.1

# Exhibit "A"

**From:** Sang Cho <sc@cooperativelaundry.com>
**Sent:** Tuesday, May 13, 2025 6:49 PM
**To:** Robert J. Iommazzo <riommazzo@traxi.com>
**Cc:** Benjamin Gerut <benjamin.gerut@kuzarigroup.com>; sandy@mhlaw-ny.com; David@mhlaw-ny.com
**Subject:** Re: Chap 11 filing

Hey Bob

Wanted to connect you with Sandy and David (both ccd) - I believe you said you might know them also which is great!

I told them about your proposal and DIP comment - thanks for continuing to work on that!

--
Sang Cho | Chief Executive Officer
Kearny, NJ & San Marcos, TX
M 917.299.2536 | E sc@cooperativelaundry.com

---

**From:** Robert J. Iommazzo <riommazzo@traxi.com>
**Sent:** Monday, May 12, 2025 4:17:07 PM
**To:** Sang Cho <sc@cooperativelaundry.com>
**Cc:** Benjamin Gerut <benjamin.gerut@kuzarigroup.com>
**Subject:** RE: Chap 11 filing

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Sang,
See attached and call me to discuss.
We never shopped a DIP, just discussed it with you.
Thanks,
Bob

*Robert J. Iommazzo*
*Managing Director*
Traxi LLC
Naples, Florida

Office 212 810 2748
Mobile 201 803 1966

Business is Complex…. Solutions Don't Have to Be

TRAXI

**From:** Sang Cho <sc@cooperativelaundry.com>
**Sent:** Friday, May 9, 2025 4:52 PM
**To:** Robert J. Iommazzo <riommazzo@traxi.com>
**Cc:** Benjamin Gerut <benjamin.gerut@kuzarigroup.com>
**Subject:** Re: Chap 11 filing

Hi Bob

Ben and I are still reviewing the financial advisor proposal. Could you send a written proposal that I can share w our lawyers.

Separately, can you help me understand what you did when you canvased the DIP lender market for us?

Thank you

Sang

---
**Sang Cho** | Chief Executive Officer
Kearny, NJ & San Marcos, TX
**M** 917.299.2536 | **E** sc@cooperativelaundry.com

On Apr 23, 2025, at 1:01 PM, Robert J. Iommazzo <riommazzo@traxi.com> wrote:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Sang,
Sorry to hear that you had to put the company in an 11. Any chance we can help as the debtor's financial advisor?
Left you a VM earlier so call me if you can.
Thanks,
Bob

*Robert J. Iommazzo*
*Managing Director*
Traxi LLC
Naples, Florida

Office 212 810 2748
Mobile 201 803 1966

Business is Complex…. Solutions Don't Have to Be

TRAXI