Fill in this information to identify the case:

Debtor name **KNY 26671 LLC**

United States Bankruptcy Court for the: **District of Delaware**

Case number (if known): **25-10688 (CTG)**

☑ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** (MM/ DD/ YYYY) | to Filing date | ☑ Operating a business<br>☐ Other | **$1,825,200.65** |
| **For prior year:** | From **01/01/2024** (MM/ DD/ YYYY) | to **12/31/2024** (MM/ DD/ YYYY) | ☑ Operating a business<br>☐ Other | **$17,216,010.88** |
| **For the year before that:** | From **01/01/2023** (MM/ DD/ YYYY) | to **12/31/2023** (MM/ DD/ YYYY) | ☑ Operating a business<br>☐ Other | **$21,817,613.44** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** (MM/ DD/ YYYY) | to Filing date | | |

| | | | |
|---|---|---|---|
| **For prior year:** | From **01/01/2024** to **12/31/2024** (MM/ DD/ YYYY) | **insurance proceeds for laundry fire claim** | **$1,086,024.02** |
| | | **Kuzari Manager 9464 LLC - future fire insurance claim proceeds** | **$1,000,000.00** |
| | | **Total Gross Revenue:** | **$2,086,024.02** |
| **For the year before that:** | From **01/01/2023** to **12/31/2023** (MM/ DD/ YYYY) | | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Avendra**<br>**P.O. Box 715019**<br>**Philadelphia, PA 19171-5019** | **1/24/25**<br>**1/31/25**<br>**2/7/2025**<br>**2/13/2025** | **$20,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.2. | **Chempack Suppliers**<br>**28 Harrison Avenue Suite 914**<br>**Englishtown, NJ 07032** | **1/23/25**<br>**3/13/25** | **$13,939.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.3. | **Direct Energy**<br>**P.O. Box 32179**<br>**New York, NY 10087-2179** | **1/16/25** | **$8,670.57** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |

| | Creditor | Dates | Total amount | Reasons for payment |
|---|---|---|---|---|
| 3.4. | **Feenix Venture Partners**<br>Creditor's name<br>**1201 Broadway, Suite 701**<br>Street<br>**New York, NY 10001**<br>City State ZIP Code | **1/21/2025**<br>**2/3/2025**<br>**3/4/2025**<br>**3/17/2025** | **$43,649.64** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.5. | **Horizon Blue Cross Blue Shield**<br>Creditor's name<br>**PO Box BOX 10130**<br>Street<br>**Newark, NJ 07101-3130**<br>City State ZIP Code | **1/17/25** | **$20,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| 3.6. | **Hub Truck Leasing & Rentals**<br>Creditor's name<br>**94 Gazza Blvd,**<br>Street<br>**Farmingdale, NY 11735**<br>City State ZIP Code | **1/17/25** | **$45,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| 3.7. | **Hugo Neu Kearny Development LLC**<br>Creditor's name<br>**78 John Miller Way, Suite 102**<br>Street<br>**Kearny, NJ 07032**<br>City State ZIP Code | **01/27/2025**<br>**4/3/2025**<br>**4/8/2025** | **$149,407.86** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other |
| 3.8. | **IPFS Umbrella Insurance**<br>Creditor's name<br>**PO Box 412086**<br>Street<br>**Kansas City, MO 64141-2086**<br>City State ZIP Code | **1/14/2025**<br>**2/20/2025**<br>**3/25/2025** | **$128,641.08** | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.9. | **MCA Servicing Co**<br>Creditor's name<br>Street<br>City State ZIP Code | **1/14/2025**<br>**1/21/2025**<br>**1/28/2025**<br>**2/4/2025**<br>**2/14/2025**<br>**2/18/2025**<br>**3/18/2025** | **$195,566.00** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

3.10. **NJ EZPASS**
Creditor's name
Street
City State ZIP Code

**1/21/2025**
**2/3/2025**
**2/6/2025**
**2/18/2025**
**2/25/2025**
**3/5/2025**
**3/17/2025**
**3/24/2025**
**3/31/2025**

**$58,000.00**

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

3.11. **NJ Tax Division**
Creditor's name
Street
City State ZIP Code

**1/22/2025**

**$23,012.00**

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other **Sales taxes**

3.12. **Parkside Funding Group LLC**
Creditor's name
Street
City State ZIP Code

**1/17/2025**
**1/24/2025**
**1/31/2025**
**2/7/2025**
**2/14/2025**
**3/11/2025**

**$108,897.95**

- ☑ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☐ Other

3.13. **Penske Truck**
Creditor's name
Street
City State ZIP Code

**1/10/2025**
**2/10/2025**
**3/13/2025**

**$8,620.66**

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☑ Services
- ☐ Other

3.14. **PIRS Capital LLC**
Creditor's name
**1688 Meridian Ave Ste 700**
Street
**Miami Beach, FL 33139**
City State ZIP Code

**1/10/2025**
**1/17/2025**
**1/24/2025**
**1/31/2025**
**2/7/2025**
**2/14/2025**
**3/14/2025**

**$297,034.91**

- ☑ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☐ Other

| | Creditor | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| | | 3/28/2025 | | |
| | | 4/1/2025 | | |
| 3.15. | **Standard Textile**<br>Creditor's name<br>Street<br>City State ZIP Code | 1/10/2025 | $36,734.45 | ❑ Secured debt<br>❑ Unsecured loan repayments<br>☑ Suppliers or vendors<br>❑ Services<br>❑ Other |
| 3.16. | **Superior Oil Company**<br>Creditor's name<br>Street<br>City State ZIP Code | 1/10/2025<br>1/23/2025 | $11,197.85 | ❑ Secured debt<br>❑ Unsecured loan repayments<br>☑ Suppliers or vendors<br>❑ Services<br>❑ Other |
| 3.17. | **ADP TotalSource**<br>Creditor's name<br>**10200 Sunset Dr**<br>Street<br>**Miami, FL 33173-3033**<br>City State ZIP Code | 1/10/2025<br>1/17/2025<br>1/24/2025<br>1/31/2025<br>2/7/2025<br>2/12/2025<br>02/14/2025<br>02/21/2025<br>2/28/2025<br>3/7/2025<br>3/14/2025<br>3/21/2025<br>3/31/2025<br>4/4/2025 | $2,115,886.19 | ❑ Secured debt<br>❑ Unsecured loan repayments<br>❑ Suppliers or vendors<br>☑ Services<br>❑ Other |
| 3.18. | **Travelers**<br>Creditor's name<br>Street<br>City State ZIP Code | 1/13/2025 | $9,160.90 | ❑ Secured debt<br>❑ Unsecured loan repayments<br>❑ Suppliers or vendors<br>☑ Services<br>❑ Other |

| | Creditor | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 3.19. | **Triton HR** | **2/3/2025**<br>**3/5/2025** | **$9,653.11** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| 3.20. | **Amtrust** | **2/4/2025** | **$15,859.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| 3.21. | **Wynwood Capital**<br>**20200 W Dixie Highway**<br>**Miami, FL 33180** | **2/21/2025**<br>**2/28/2025** | **$37,333.33** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.22. | **Public Service Electric & Gas** | **2/7/2025** | **$130,404.36** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| 3.23. | **John Duffy Energy Services**<br>**465 Mulberry Street**<br>**Newark, NJ 07114** | **3/13/2025**<br>**3/20/2025**<br>**3/27/2025**<br>**4/3/2025**<br>**4/10/2025** | **$10,256.23** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

4.1. **Sang Cho** | | **$444,234.00** | **Compensation and expense reimbursement**
Creditor's name
**12 Foxboro Road**
Street
**Hampton Bays, NY 11946**
City State ZIP Code
**Relationship to debtor**

4.2. **Kuzari Manager 9467 LLC** | **7/2/2024** | **$800,000.00** | **Sale and transfer of future fire insurance claim proceeds (Valued at approximately $800,000.00)**
Creditor's name
**433 Park Avenue South 8th Floor**
Street
**New York, NY 10016**
City State ZIP Code
**Relationship to debtor**

4.3. **Cooperative Laundry SMS LLC** | | **$3,022,534.84** | **Intercompany loan, See attachment**
Creditor's name
**1225 Fortuna Rd.**
Street
**San Marcos, TX 78666**
City State ZIP Code
**Relationship to debtor**
**Affiliate**

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. Creditor's name<br>Street<br>City State ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| 6.1. | **JPMorgan Chase Bank N.A.**<br>Creditor's name<br>**250 Pehle Ave, Floor 1**<br>Street<br>**Saddle Brook, NJ 07663**<br>City State ZIP Code | **Froze accounts and refused to release funds. Has continued to fail to release both pre-petition and post-petition funds.**<br>XXXX– | **4/2025** | |

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **North Shore Linen, Inc. v KNY 26671 LLC**<br>Case number<br>**622402/2024** | **Action to recover damages for services rendered and unpaid.** | **Supreme Court of the State of New York -Nassau**<br>Name<br>**100 Supreme Court Drive**<br>Street<br>**Mineola, NY 11501**<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **FVP Opportunity Fund III, LP v. KNY 26671 LLC et al.**<br>Case number<br>**651451/2025** | **Action for summary judgment in lieu of complaint** | **SUPREME COURT OF THE STATE OF NEW YORK**<br>Name<br>**60 Center Street**<br>Street<br>**COUNTY OF NEW YORK**<br>**New York, NY 10007**<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Herbert Kannegiesser GmbH v KNY 26671, LLC**<br>Case number<br>**HUD-C-123-24** | **Action to recover damages under secured loan agreements and guarantees, with request for appointment of a receiver. Consolidated with HUD-L-1884-24 and HUD-C-75-24** | **Superior Court of New Jersey**<br>Name<br>**595 Newark Avenue**<br>Street<br>**Jersey City, NJ 07306**<br>City State ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.4. | **Kannegiesser ETECH, Inc. v KNY 26671, LLC**<br>Case number<br>**HUD-L-1941-24** | **Action to recover damages for unpaid commercial laundry equipment and services under a contract.** | **Superior Court of New Jersey**<br>Name<br>**595 Newark Avenue**<br>Street<br>**Jersey City, NJ 07306**<br>City State ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | **MCA Servicing Company v Cooperative Laundry SMS LLC et al.**<br>Case number<br>**E2025006845** | **Action for breach of merchant cash advance agreement and guaranty.** | **SUPREME COURT OF THE STATE OF NEW YORK** (Name)<br>**60 Center Street** (Street)<br>**COUNTY OF NEW YORK**<br>**New York, NY 10007** (City State ZIP Code) | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Pirs Capital, LLC v Kuzari Investor 26671 LLC et al.**<br>Case number<br>**652292/2025** | **Action for breach of a merchant cash advance agreement and guaranty** | **SUPREME COURT OF THE STATE OF NEW YORK** (Name)<br>**60 Center Street** (Street)<br>**COUNTY OF NEW YORK**<br>**New York, NY 10007** (City State ZIP Code) | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **KNY 26671 LLC dba Cooperative Laundry Tri-State v ML Plaza Owner LLC dba Hilton Meadowlands**<br>Case number<br>**157133/2024** | **Contract – Other** | **SUPREME COURT OF THE STATE OF NEW YORK** (Name)<br>**60 Center Street** (Street)<br>**COUNTY OF NEW YORK**<br>**New York, NY 10007** (City State ZIP Code) | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **MCA Servicing Company v KNY 26671 LLC, et al.**<br>Case number<br>**E2025006222** | **Action for breach of a merchant cash advance agreement and guaranty** | **Supreme Court of the State of New York** (Name)<br>**99 Exchange Blvd.** (Street)<br>**Monroe County**<br>**Rochester, NY 14614** (City State ZIP Code) | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Technology Insurance Company v KNY 26671 LLC**<br>Case number<br>**HUD-L-001501-25** | **Action for unpaid insurance premiums and default under a promissory note** | **Superior Court of New Jersey** (Name)<br>**583 Newark Avenue** (Street)<br>**Hudson County**<br>**Jersey City, NJ 07306** (City State ZIP Code) | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

8.1.

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | |
| Street | **Case title** | **Court name and address** |
| City State ZIP Code | **Case number** | Name |
| | **Date of order or assignment** | Street |
| | | City State ZIP Code |

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

9.1.

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| Recipient's name | | | |
| Street | | | |
| City State ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|---|
| 10.1. | | | | |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

11.1.

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **Mayerson & Hartheimer, PLLC** | | **4/9/2025** | **$75,000.00** |

**Address**
**845 3rd Ave Fl 11**
Street

**New York, NY 10022-6601**
City State ZIP Code

**Email or website address**
**david@mhlaw-ny.com**

**Who made the payment, if not debtor?**

11.2.

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **GELLERT SEITZ BUSENKELL & BROWN, LLC** | | **4/10/2025** | **$32,500.00** |

**Address**
**1201 N. Orange Street Suite 300**
Street

**Wilmington, DE 19801**
City State ZIP Code

**Email or website address**
**rgellert@gsbblaw.com**

**Who made the payment, if not debtor?**

11.3.

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **Mayerson & Hartheimer, PLLC** | | **7/2/2024-1 /14/2025** | **$15,000.00** |

**Address**
**845 3rd Ave Fl 11**
Street

**New York, NY 10022-6601**
City State ZIP Code

**Email or website address**
**david@mhlaw-ny.com**

**Who made the payment, if not debtor?**

11.4.

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **Mayerson & Hartheimer, PLLC** | | **4/10/2025** | **$75,000.00** |

**Address**

**845 3rd Ave Fl 11**
Street

**New York, NY 10022-6601**
City State ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

12.1.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**Trustee**

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

13.1.

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

**Address**

Street

City State ZIP Code

**Relationship to debtor**

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. Street<br>City State ZIP Code | From ____ To ____ |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. Facility name<br>Street<br>City State ZIP Code | | |

| Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|
| | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained. ______
Does the debtor have a privacy policy about that information?
☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?
☑ No. Go to Part 10.
☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| ______ | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?
☐ No
☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1 | ______ Name<br>______ Street<br>______<br>______ City State ZIP Code | XXXX– __ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other ______ | ______ | ______ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

19.1

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Address | | ❑ No<br>❑ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

20.1

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Address | | ❑ No<br>❑ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ☐ Pending |
| **Case number** | Street | | ☐ On appeal |
| | City State ZIP Code | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City State ZIP Code | City State ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City State ZIP Code | City State ZIP Code | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.<br>Name<br>Street<br>City State ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From ____ To ____ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

❑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Sokol Necaj**<br>Name<br>**c/o Cooperative Laundry 1 Eastern Road**<br>Street<br>**Kearny, NJ 07032**<br>City State ZIP Code | From ____ To ____ |
| 26a.2. **Jeimy Vasquez**<br>Name<br>**c/o Cooperative Laundry 1 Eastern Road**<br>Street<br>**Kearny, NJ 07032**<br>City State ZIP Code | From ____ To ____ |
| 26a.3. **Sang Cho**<br>Name<br>**12 Foxboro Road**<br>Street<br>**Hampton Bays, NY 11946**<br>City State ZIP Code | From ____ To ____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

❑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **Sax LLP**<br>Name<br>**P.O. Box 51049**<br>Street<br>**Newark, NJ 07101-5149**<br>City State ZIP Code | From ____ To ____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Sax LLP** (Name)<br>**P.O. Box 51049** (Street)<br>**Newark, NJ 07101-5149** (City, State, ZIP Code) | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1. **Eastern Funding LLC**
Name
**213 W 35th Street Suite 2W**
Street

**New York, NY 10001**
City State ZIP Code

**Name and address**

26d.2. **Merchant Financial Corporation**
Name
**1441 Broadway 17th Floor**
Street
**Attn Michael Marks**
**New York, NY 10018**
City State ZIP Code

**Name and address**

26d.3. **Deutche Leasing USA, Inc**
Name
**190 S. Lasalle Street 2150**
Street

**Chicago, IL 60603**
City State ZIP Code

**Name and address**

26d.4. **Numerous Parties Reviewed Financials**
Name
**in Data Room as Part of the Proposed Sale Process**
Street

City State ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| Street |
| City State ZIP Code |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Sang Cho** | **12 Foxboro Road Hampton Bays, NY 11946** | **CEO,** | **20.40%** |
| **Benjamin Gerut** | | **,** | **30.60%** |
| **Kuzari Asset Management LLC** | **220 East 42nd Street 29th Floor New York, NY 10016** | **,** | **0.00%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From<br>To |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Sang Cho**<br>Name<br>**12 Foxboro Road**<br>Street<br><br>**Hampton Bays, NY 11946**<br>City State ZIP Code | **$444,234.00** | | **Compensation and expense reimbursement** |

**Relationship to debtor**

**CEO**

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/16/2025**
MM/ DD/ YYYY

✗ /s/ Sang Cho
Signature of individual signing on behalf of the debtor

Printed name **Sang Cho**

Position or relationship to debtor **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

**Attachment - SOFA Part 2, Line 4.3**

| Date | Amount |
|---|---|
| 6/30/2024 | $278.44 |
| 6/30/2024 | $117,000.00 |
| 6/30/2024 | $560,227.35 |
| 7/25/2024 | $50,000.00 |
| 7/29/2024 | $75,000.00 |
| 7/29/2024 | $2,000.00 |
| 7/31/2024 | $161,000.00 |
| 8/5/2024 | $4,247.52 |
| 8/5/2024 | $10,000.00 |
| 8/5/2024 | $54,566.55 |
| 8/5/2024 | $55,494.15 |
| 8/5/2024 | $55,723.29 |
| 8/5/2024 | $59,472.54 |
| 8/5/2024 | $60,049.43 |
| 9/3/2024 | $80,000.00 |
| 9/6/2024 | $50,000.00 |
| 9/9/2024 | $2,198.00 |
| 9/9/2024 | $100,000.00 |
| 9/9/2024 | $140,000.00 |
| 9/20/2024 | $2,000.00 |
| 9/20/2024 | $2,000.00 |
| 9/20/2024 | $2,500.00 |
| 9/23/2024 | $2,000.00 |
| 9/27/2024 | $15,431.96 |
| 10/10/2024 | $50,000.00 |
| 10/11/2024 | $35,000.00 |
| 11/8/2024 | $70,000.00 |
| 11/18/2024 | $15,000.00 |
| 12/16/2024 | $30,000.00 |
| 12/20/2024 | $170,000.00 |
| 1/15/2025 | $123,345.61 |
| 1/16/2025 | $180,000.00 |
| 2/5/2025 | $15,000.00 |
| 2/12/2025 | $45,000.00 |
| 2/20/2025 | $20,000.00 |
| 3/12/2025 | $105,000.00 |
| 3/17/2025 | $260,000.00 |
| 3/25/2025 | $3,000.00 |
| 4/1/2025 | $240,000.00 |
| | **$3,022,534.84** |