# SCHEDULE 1

**13 Week Cash Flow**
**KNY 26671 LLC**

| | | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Flows Week Beginning ---->>>** | | 7/28/25 | 8/4/25 | 8/11/25 | 8/18/25 | 8/25/25 | 9/1/25 | 9/8/25 | 9/15/25 | 9/22/25 | 9/29/25 | 10/6/25 | 10/13/25 | 10/20/25 |
| **Cash Flows Week Ended ---->>>** | | 8/3/25 | 8/10/25 | 8/17/25 | 8/24/25 | 8/31/25 | 9/7/25 | 9/14/25 | 9/21/25 | 9/28/25 | 10/5/25 | 10/12/25 | 10/19/25 | 10/26/25 |
| **Net Flow Summary** | | | | | | | | | | | | | | |
| **Total Business Inflows** | | 319,451 | 319,451 | 319,451 | 319,451 | 319,451 | 319,451 | 319,451 | 293,219 | 283,161 | 335,985 | 339,564 | 343,142 | 351,626 |
| Bankruptcy Related Inflows | | | | | | | | | | | | | | |
| **$2.5m DIP Loan Facility** | | | | | | | 100,000 | | | | 150,000 | | | |
| MINUS: DIP Loan Interest | | (18,710) | | (18,710) | | | | (19,377) | | | | | (20,377) | |
| Other Funding Sources | | | | | | | | | | | | | | |
| **Total Inflows** | | *300,741* | *319,451* | *300,741* | *319,451* | *319,451* | *419,451* | *300,074* | *293,219* | *283,161* | *485,985* | *339,564* | *322,766* | *351,626* |
| **Total Business Outflows** | | 657,793 | 384,672 | 317,204 | 220,968 | 211,453 | 613,242 | 291,408 | 228,263 | 271,561 | 632,847 | 302,058 | 261,051 | 278,588 |
| Bankruptcy Related Outflows | | | | | | | | | | | | | | |
| Pre-petition Bridge Loan Costs | | | | | | | | | | | | | | |
| Professional Fees | | | | | | | 100,000 | | | | | | | |
| Bankruptcy - US Trustees Fee | 0.80% | 17,909 | | | | | | | | | 39,325 | | | |
| **Total Outflows** | | *675,702* | *384,672* | *317,204* | *220,968* | *211,453* | *713,242* | *291,408* | *228,263* | *271,561* | *672,172* | *302,058* | *261,051* | *278,588* |
| **Beg. Bank Balance** | | 255,938 | 308,129 | 242,907 | 226,444 | 324,927 | 432,925 | 139,134 | 147,800 | 212,756 | 224,355 | 38,168 | 75,674 | 137,389 |
| *Net Cash Flow* | | *(374,952)* | *(65,222)* | *(16,463)* | *98,483* | *107,998* | *(293,791)* | *8,666* | *64,956* | *11,600* | *(186,187)* | *37,505* | *61,715* | *73,038* |
| **End Bank Balance** | | 308,129 | 242,907 | 226,444 | 324,927 | 432,925 | 139,134 | 147,800 | 212,756 | 224,355 | 38,168 | 75,674 | 137,389 | 210,427 |
| **Sales, A/R & Borrowing Base** | | | | | | | | | | | | | | |
| **Revenue** | | 316,288 | 316,288 | 316,288 | 316,288 | 290,316 | 280,357 | 332,658 | 336,202 | 339,745 | 348,144 | 351,738 | 355,331 | 358,925 |
| **Collections Estimated** | | (316,288) | (316,288) | (316,288) | (316,288) | (316,288) | (316,288) | (316,288) | (290,316) | (280,357) | (332,658) | (336,202) | (339,745) | (348,144) |
| **SALES TAX - Collected from Collections** | | 3,163 | 3,163 | 3,163 | 3,163 | 3,163 | 3,163 | 3,163 | 2,903 | 2,804 | 3,327 | 3,362 | 3,397 | 3,481 |
| **Summary Outflows** | | | | | | | | | | | | | | |
| **COGS** | | | | | | | | | | | | | | |
| Total Payroll | | 165,123 | 165,123 | 165,123 | 165,123 | 156,127 | 152,678 | 170,793 | 172,020 | 173,247 | 176,156 | 177,401 | 178,645 | 179,890 |
| Routing & Transportation | | 61,500 | 16,500 | 61,500 | 16,500 | 16,500 | 61,500 | 16,500 | 16,500 | 16,500 | 61,500 | 16,500 | 16,500 | 16,500 |
| Utilities | | 121,244 | - | - | - | - | 118,755 | - | - | - | 123,526 | - | - | - |
| Rent | | 153,000 | - | - | - | - | 153,000 | - | - | - | 153,000 | - | - | - |
| Repairs, Maintenance, Supplies & Misc | | 50,973 | 61,500 | 15,500 | 15,500 | 15,500 | 15,500 | 25,500 | 15,500 | 15,500 | 15,500 | 25,500 | 15,500 | 15,500 |
| **SG&A** | | | | | | | | | | | | | | |
| Information Technology | | 3,300 | - | - | - | - | 3,300 | - | - | - | 3,300 | - | - | - |
| Insurance | | 59,138 | 85,383 | 15,252 | - | - | 85,383 | - | - | 42,000 | 75,383 | - | - | 42,000 |
| Ordinary Course Professional Fees | | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Sales Tax | | - | - | - | - | - | - | - | - | - | - | 34,770 | - | - |
| Other SG&A | | - | 25,303 | - | - | - | - | 31,109 | - | - | - | - | 25,779 | - |
| Recurring Expenses | | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| **DEBT** | | | | | | | | | | | | | | |
| Adequate Protection Payments for Lenders | | - | - | 23,333 | | - | - | 23,333 | - | - | - | 23,333 | - | - |
| Debt Service & Deposits | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Management Fee & Corporate Payroll** | | | | | | | | | | | | | | |
| Management Fee | | 18,977 | 6,326 | 18,977 | 6,326 | 5,806 | 5,607 | 6,653 | 6,724 | 6,795 | 6,963 | 7,035 | 7,107 | 7,178 |
| Corporate Payroll | | 14,038 | 14,038 | 7,019 | 7,019 | 7,019 | 7,019 | 7,019 | 7,019 | 7,019 | 7,019 | 7,019 | 7,019 | 7,019 |
| **Total Outflows** | | 657,793 | 384,672 | 317,204 | 220,968 | 211,453 | 613,242 | 291,408 | 228,263 | 271,561 | 632,847 | 302,058 | 261,051 | 278,588 |