IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DEQSER LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10687 (CTG)<br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on August 8, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Notice of Bar Dates for Filing Proofs of Claim Against the Debtors**

- **Proof of Claim Form**

Dated: August 15, 2025

Darleen Sahagun
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 15th day of August, 2025, by Darleen Sahagun, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these Chapter 11 cases, along with the last four (4) digits of their federal tax identification numbers, are: (i) Deqser LLC (8269) and (ii) KNY 26671 LLC (9132) (collectively, the "Debtors"). The Debtors' mailing address is: c/o Cooperative Laundry, 1 Eastern Road, Kearny, NJ 07032

# EXHIBIT A

**Exhibit A**
**Service List**

| Creditor | Method of Service |
|---|---|
| Abdush Shahid Ahmad | First Class Mail |
| Abner Omar Gonzalez | First Class Mail |
| Adina Perez | First Class Mail |
| Adriana J Cabrera Valdivieso | First Class Mail |
| Adriana Rodriguez | First Class Mail |
| Alberto Granda | First Class Mail |
| Alejandra Vargas | First Class Mail |
| Alejandro Marquez | First Class Mail |
| Alessandra Alvarez | First Class Mail |
| Alex Yaguachi | First Class Mail |
| Alexandra Jaquez Tejada | First Class Mail |
| Alexandra Manzaba | First Class Mail |
| Alexandra Olivares | First Class Mail |
| Alexandra Rodriguez | First Class Mail |
| Alfredo Jose Jerez | First Class Mail |
| Alfredo Poc Choc | First Class Mail |
| Alicia Roblero Angel | First Class Mail |
| Alirio Marvin Rubio | First Class Mail |
| Alirio Villamizar | First Class Mail |
| Altagracia Cruz | First Class Mail |
| Amada Toledo | First Class Mail |
| Amalia Felix Yan | First Class Mail |
| Ameer A Wright | First Class Mail |
| Amel Vitiello Lora | First Class Mail |
| Ampelio Blas | First Class Mail |
| Ampelio Fredito Blas Picon | First Class Mail |
| Ana Clase | First Class Mail |
| Ana M Macias | First Class Mail |
| Ana P Castillo Ramos | First Class Mail |
| Ana Quito | First Class Mail |
| Ana R Cortorreal | First Class Mail |
| Ana R Ventura | First Class Mail |
| Anabel Brazoban | First Class Mail |
| Andrea Germania Gutama | First Class Mail |
| Andreina Romero | First Class Mail |
| Andres Quesada | First Class Mail |
| Andres Rozo Rodriguez | First Class Mail |
| Andres Tarazona | First Class Mail |
| Andres Zambrano Ormaza | First Class Mail |
| Andrew Bright | First Class Mail |
| Andy Flores | First Class Mail |
| Andy Rodriguez | First Class Mail |
| Andy Tavarez | First Class Mail |
| Angel Delgado Rodriguez | First Class Mail |
| Antonio Quiej Huix | First Class Mail |
| Any M Thomas Hernandez | First Class Mail |
| Aramis Jerez | First Class Mail |
| Awilda Guerra | First Class Mail |
| Barbara Flores | First Class Mail |
| Belen Cotrina | First Class Mail |
| Belinda Perez | First Class Mail |
| Benjamin Gerut | First Class Mail |
| Beti Marisol Zamalloa | First Class Mail |
| Blanca Parra | First Class Mail |
| Blanca Rivera Perez | First Class Mail |
| Brian C Hobson | First Class Mail |
| Brian Mcsee | First Class Mail |
| Britany S Romero | First Class Mail |
| Camila Martinez | First Class Mail |
| Camilo Colmenares | First Class Mail |
| Carlos A Cervantes Alvarado | First Class Mail |
| Carlos Andres Cervantes Delgado | First Class Mail |
| Carlos Cotui Rodriguez | First Class Mail |
| Carlos L Jr. Trejos | First Class Mail |
| Carlos Ricaurte | First Class Mail |
| Carlos Taboada | First Class Mail |
| Carmen Choloquinga | First Class Mail |
| Carmen Cotrina | First Class Mail |
| Carmen Diaz Garcia | First Class Mail |
| Carmen M Quilli Quituizaca | First Class Mail |
| Carolina Gomez | First Class Mail |
| Catalina Padron | First Class Mail |
| Catherine Novoa | First Class Mail |
| Cecilia Altamirano | First Class Mail |
| Cedelina Huaman | First Class Mail |
| Cesar Garcia | First Class Mail |
| Cesar Ramirez | First Class Mail |
| Chela Paulina Cevallos | First Class Mail |
| Christian Montes | First Class Mail |
| Christian Valencia | First Class Mail |
| Claudia Lopez | First Class Mail |
| Coromoto Salazar | First Class Mail |
| Cristian Andres Alarcon Silva | First Class Mail |
| Cristian L Hidalgo Reyes | First Class Mail |
| Dahwin Diaz | First Class Mail |
| Damian Jimenez Vasquez | First Class Mail |
| Daneyda M Sanchez Moncada | First Class Mail |
| Daneyda Sanchez | First Class Mail |
| Dania Lopez | First Class Mail |
| Daniel Alejandro Suarez Perez | First Class Mail |
| Daniela Robles Lopez | First Class Mail |
| Danilo Polanco Jr | First Class Mail |
| Danny Granda | First Class Mail |
| Danny Rada | First Class Mail |
| Daren Diaz | First Class Mail |
| Darimel Lora Lara | First Class Mail |
| Dario Toro Arias | First Class Mail |
| David E Gomez Garcia | First Class Mail |
| Davyne White | First Class Mail |
| Dayana Bohorquez | First Class Mail |
| Delia Jumbo | First Class Mail |
| Deysi Recinos | First Class Mail |
| Diana Buestan | First Class Mail |
| Diana E Alvacora Lema | First Class Mail |
| Diana Pinilla | First Class Mail |
| Dicedi Ballesteros Carabali | First Class Mail |
| Dilcia Castaneda | First Class Mail |
| Domenica Valladares | First Class Mail |
| Douglas Sanchez | First Class Mail |
| Dykon Elliott | First Class Mail |
| Dylan Saba | First Class Mail |

**Exhibit A**
**Service List**

| Creditor | Method of Service |
|---|---|
| Edison Arias | First Class Mail |
| Edith Magana | First Class Mail |
| Edmeade Joseph | First Class Mail |
| Eduardo Portela | First Class Mail |
| Elena Cantos | First Class Mail |
| Elena Mendiburu | First Class Mail |
| Elizabeth Espinoza | First Class Mail |
| Elizabeth I Mamani Taza | First Class Mail |
| Elizabeth Miguelina Reyna Luciano | First Class Mail |
| Elizabeth Rojas | First Class Mail |
| Elizabeth Torres | First Class Mail |
| Elver Sebastian Rios Gonzalez | First Class Mail |
| Emely Roque | First Class Mail |
| Emili Adriana Garzon Rodriguez | First Class Mail |
| Emmanuel Maymi | First Class Mail |
| Erick Maduro | First Class Mail |
| Erick Obregon | First Class Mail |
| Erika Vaneza Climaco Garcia | First Class Mail |
| Estate of Donald Bogut | First Class Mail |
| Estate of Vilma Aracely Abarca Flores | First Class Mail |
| Esteban Brazoban | First Class Mail |
| Esther Migdalia Garcia | First Class Mail |
| Esther Valencia | First Class Mail |
| Evelyn Macedo Ravello | First Class Mail |
| Evelyn Naranjo | First Class Mail |
| Exalta Robles | First Class Mail |
| Ezequias rodolfo Rubio lopez | First Class Mail |
| Fiorela Valdivia | First Class Mail |
| Francis Munoz | First Class Mail |
| Francisco Jimenez Infante | First Class Mail |
| Francisco Martinez | First Class Mail |
| Franklin Buchelli | First Class Mail |
| Franklin Felipe | First Class Mail |
| Gabriel Rene Saldivar | First Class Mail |
| Geoel A Oretega-Soto | First Class Mail |
| Giovanna Arce | First Class Mail |
| Gonzalo Roman | First Class Mail |
| Graciela Armijos | First Class Mail |
| Guillermina Garcia Santivanez | First Class Mail |
| Hassan Annouar | First Class Mail |
| Hector L Nieves | First Class Mail |
| Hector Velez | First Class Mail |
| Helber Olmedo | First Class Mail |
| Henri Bellande | First Class Mail |
| Heribert Ruiz-Jimenez | First Class Mail |
| Herlinda Martinez | First Class Mail |
| Hernando Novoa Suarez | First Class Mail |
| Husam YAbdeen | First Class Mail |
| Irma Ochoa | First Class Mail |
| Isabel Noboa | First Class Mail |
| Isabel Sanchez | First Class Mail |
| Isabel Zavaleta | First Class Mail |
| Isaii Ascencios | First Class Mail |
| Ismena Caicedo | First Class Mail |
| Italo Robledo | First Class Mail |
| Ivan Joel Cedeno Robles | First Class Mail |
| Ivelisse Jimenez Castillo | First Class Mail |
| Ivette Calderon | First Class Mail |
| Jacqueline Castillo | First Class Mail |
| Jaime Galarza | First Class Mail |
| Jairo Espinal | First Class Mail |
| James Edward Cummings | First Class Mail |
| Janeth P Machuca Landa | First Class Mail |
| Jannina Palacios | First Class Mail |
| Jarleny Peguero | First Class Mail |
| Javier Colmenares | First Class Mail |
| Jayqwan Daniely | First Class Mail |
| Jeimy Vasquez | First Class Mail |
| Jennifer Zuniga | First Class Mail |
| Jenny Ferran Hiraldo De Molina | First Class Mail |
| Jesus Peraza Maduro | First Class Mail |
| Johan Munoz | First Class Mail |
| Johanna Gonzalez | First Class Mail |
| Jonathan M Vera Borboy | First Class Mail |
| Jonathan Martinez | First Class Mail |
| Jonathan Sanez | First Class Mail |
| Jorge A Cardoza Quesada | First Class Mail |
| Jorge Vilanez | First Class Mail |
| Jorge Zevallos | First Class Mail |
| Jose A Benitez | First Class Mail |
| Jose Aguilar | First Class Mail |
| Jose Alvarez | First Class Mail |
| Jose Bernardo Choloquinga | First Class Mail |
| Jose De Sosa Peguero | First Class Mail |
| Jose Gregorio Ortega Soto | First Class Mail |
| Jose Hernandez | First Class Mail |
| Jose K Martinez Argueta | First Class Mail |
| Jose Luis Frometa Artiles | First Class Mail |
| Jose R Lopez | First Class Mail |
| Jose Tomas Martinez | First Class Mail |
| Jose Ygnacio Vasquez Marte | First Class Mail |
| Jose Yungaicela | First Class Mail |
| Josefina Alvarez | First Class Mail |
| Josefina Velez De Cardenes | First Class Mail |
| Joselin Linarez Brito | First Class Mail |
| Joseph Fuller | First Class Mail |
| Josue Fonseca | First Class Mail |
| Jovany Ovalles | First Class Mail |
| Juan Alejandro Sanchez | First Class Mail |
| Juan C Gonzalez | First Class Mail |
| Juan Carlos Ramirez | First Class Mail |
| Juan Carlos Saguma | First Class Mail |
| Juan Enderica | First Class Mail |
| Juan Mendieta Granda | First Class Mail |
| Juan Pimentel Peralta | First Class Mail |
| Juana Fernandez | First Class Mail |
| Juana H Canales | First Class Mail |
| Judith Maobe | First Class Mail |
| Judith Mendoza | First Class Mail |
| Judith Valdez | First Class Mail |
| Julianna Anahi Jara Cabrera | First Class Mail |

Exhibit A
Service List

| Creditor | Method of Service |
|---|---|
| Julio Diaz | First Class Mail |
| Katherine Baes | First Class Mail |
| Katherine Rodriguez | First Class Mail |
| Kelvin Avendano Pacheco | First Class Mail |
| Kenia Argueta | First Class Mail |
| Kerly Rodriguez Serrano | First Class Mail |
| Kevin M Kozak | First Class Mail |
| Kevin Ruiz Nolasco | First Class Mail |
| Kimberly Flores | First Class Mail |
| Kleffer Sanchez | First Class Mail |
| Lady Vera | First Class Mail |
| Lariza Mendoza | First Class Mail |
| Laura Rojas | First Class Mail |
| Laura Sanchez | First Class Mail |
| Leidy Johana Martinez Vargas | First Class Mail |
| Lennon Lora | First Class Mail |
| Leonel De Jesus Martinez Martinez | First Class Mail |
| Leslie Gomez | First Class Mail |
| Leticia Chicas | First Class Mail |
| Libia Garcia | First Class Mail |
| Licendy Perez | First Class Mail |
| Lidia Aguinda | First Class Mail |
| Liliana Marin Rojas | First Class Mail |
| Lily Torres | First Class Mail |
| Linda Gonzalez | First Class Mail |
| Lisbeth M Santamaria Vinueza | First Class Mail |
| Lisbeth Rodriguez | First Class Mail |
| Lorena Carrasco | First Class Mail |
| Lorena Lopez | First Class Mail |
| Lorgia Del Carmen Largo Herrera | First Class Mail |
| Lourdes C Cruz | First Class Mail |
| Lucas Alfredo Pop Choc | First Class Mail |
| Luis A Aviles Vazquez | First Class Mail |
| Luis A Correa | First Class Mail |
| Luis E Matos Alcantara | First Class Mail |
| Luis E Toro Arias | First Class Mail |
| Luis Maria Morillo Mendez | First Class Mail |
| Luis Tavera Fernandez | First Class Mail |
| Mahadai Singh | First Class Mail |
| Manuel Beaz Baez | First Class Mail |
| Manuel Orea | First Class Mail |
| Marbil Cruz | First Class Mail |
| Marco Tabora | First Class Mail |
| Marcos Pop Chop | First Class Mail |
| Margarita Maria Alcantara Ortega | First Class Mail |
| Maria A Montilla Rodriguez | First Class Mail |
| Maria De La Cruz | First Class Mail |
| Maria Del Pilar Burgos Leon | First Class Mail |
| Maria Del Pillar Castillo | First Class Mail |
| Maria G Martinez | First Class Mail |
| Maria Guerrero | First Class Mail |
| Maria Irene Tonette Noble | First Class Mail |
| Maria Lopez | First Class Mail |
| Maria Macas | First Class Mail |
| Maria Martinez | First Class Mail |
| Maria Montilla | First Class Mail |
| Mariana Sanchez | First Class Mail |
| Mariela Bedon | First Class Mail |
| Marina Tinti | First Class Mail |
| Marisel Batista | First Class Mail |
| Marisela Ramos | First Class Mail |
| Marisol Vaca | First Class Mail |
| Maritza Bedon | First Class Mail |
| Maritza Moran Calle | First Class Mail |
| Mariuxi K Valladares | First Class Mail |
| Marlene Aguilar | First Class Mail |
| Marlene Suarez | First Class Mail |
| Marleny Roman Andia | First Class Mail |
| Martha Aguirre | First Class Mail |
| Martha Demera De Guazhco | First Class Mail |
| Martha Yupa | First Class Mail |
| Mary Ruiz | First Class Mail |
| Mary Y Velasquez | First Class Mail |
| Maryann Loconte | First Class Mail |
| Mauricio Araya | First Class Mail |
| Mauricio Carvajal | First Class Mail |
| Mercedes Pineyro | First Class Mail |
| Mercy Bravo | First Class Mail |
| Merlyn Santana | First Class Mail |
| Michael Austin Moore Jr. | First Class Mail |
| Michel Figueroa | First Class Mail |
| Michelle Reyes | First Class Mail |
| Miguel A Jr. Rodriguez | First Class Mail |
| Miguel Cevallos | First Class Mail |
| Milagros Ramirez | First Class Mail |
| Miriam Gonzalez | First Class Mail |
| Modesta Luna | First Class Mail |
| Moises Cotrina | First Class Mail |
| Monica Acosta Carpio | First Class Mail |
| Monica Alexandra Garcia | First Class Mail |
| Newman Robles | First Class Mail |
| Neysi Carolina Blandon Alfaro | First Class Mail |
| Nicholas Jayme | First Class Mail |
| Nicole Mella | First Class Mail |
| Nicole Mendez | First Class Mail |
| Nomey Ontaneda | First Class Mail |
| Norma Tapia | First Class Mail |
| Nubia Sanchez Argueta | First Class Mail |
| Ocival Marques | First Class Mail |
| Olga Choloquinga | First Class Mail |
| Olga Cueva Ochoa | First Class Mail |
| Olga Maria Choloquinga | First Class Mail |
| Omar Zamora | First Class Mail |
| Orlando Jerez | First Class Mail |
| Orlando Nolasco | First Class Mail |
| Pamela Morales | First Class Mail |
| Paola Pulido | First Class Mail |
| Patricia A Pacheco | First Class Mail |
| Patricia Johanna Valladares | First Class Mail |
| Patricio Fernando Procel | First Class Mail |
| Pauleth Loaiza | First Class Mail |

Exhibit A
Service List

| Creditor | | | | | Method of Service |
|---|---|---|---|---|---|
| Pedro C Llange Perez | | | | | First Class Mail |
| Ramon Abdulio | | | | | First Class Mail |
| Raquel Perez | | | | | First Class Mail |
| Raul Merino | | | | | First Class Mail |
| Ricardo Sanchez | | | | | First Class Mail |
| Richard Coy | | | | | First Class Mail |
| Richer Tapia | | | | | First Class Mail |
| Robert Machuca | | | | | First Class Mail |
| Robert Sayas | | | | | First Class Mail |
| Roberto Gonzalez | | | | | First Class Mail |
| Roberto Payano | | | | | First Class Mail |
| Robin Suarez | | | | | First Class Mail |
| Rocio Mainato | | | | | First Class Mail |
| Roger Sarango | | | | | First Class Mail |
| Ronald Mauricio Serrano | | | | | First Class Mail |
| Rosa Dominguez | | | | | First Class Mail |
| Rosa Esterlina Mijango De Gonzalez | | | | | First Class Mail |
| Rosa Marcatoma | | | | | First Class Mail |
| Rosa Quilli | | | | | First Class Mail |
| Rosa Tejada | | | | | First Class Mail |
| Rosario Nunez Delorbe | | | | | First Class Mail |
| Rosemary Negrin | | | | | First Class Mail |
| Ruth Stewart | | | | | First Class Mail |
| Ryan A Jerez Martinez | | | | | First Class Mail |
| Sander Rodriguez | | | | | First Class Mail |
| Sandra Aguilar | | | | | First Class Mail |
| Sandra Lara Aybar | | | | | First Class Mail |
| Santos Martinez Luna | | | | | First Class Mail |
| Seneyda Lopez Garcia | | | | | First Class Mail |
| Shary Nicolle Sierra Valladares | | | | | First Class Mail |
| Silvia Leticia Taperia Teletor | | | | | First Class Mail |
| Sokol Necaj | | | | | First Class Mail |
| Sonnia Siguencia | | | | | First Class Mail |
| Stanley Armour | | | | | First Class Mail |
| Stefania A Moran | | | | | First Class Mail |
| Stefano Malfa | | | | | First Class Mail |
| Stephany Ballesteros | | | | | First Class Mail |
| Steven Machuca | | | | | First Class Mail |
| Steven Ruben Luna Gutierrez | | | | | First Class Mail |
| Susan Garcia | | | | | First Class Mail |
| Susy A Sanchez Duran | | | | | First Class Mail |
| Tatiana Saguma | | | | | First Class Mail |
| Teresa Ibanez | | | | | First Class Mail |
| Teresa Marcatoma | | | | | First Class Mail |
| Treysi Cano | | | | | First Class Mail |
| Tyree Juan Anderson | | | | | First Class Mail |
| Valentin Colmenares | | | | | First Class Mail |
| Valeria A Garcia | | | | | First Class Mail |
| Veronica Ponce | | | | | First Class Mail |
| Victor A Arias Arizaga | | | | | First Class Mail |
| Victor Arias | | | | | First Class Mail |
| Vinicio Vega Hernandez | | | | | First Class Mail |
| Virginia Esth Andrade Balladares | | | | | First Class Mail |
| Vivian M Umana | | | | | First Class Mail |
| Viviana Rodriguez | | | | | First Class Mail |
| Wando Da Silva | | | | | First Class Mail |
| Wendy Araujo Valera | | | | | First Class Mail |
| William J Dugan | | | | | First Class Mail |
| Wiston Dudamel Colmenarez | | | | | First Class Mail |
| Xavier Di Luca | | | | | First Class Mail |
| Yandira Rojas | | | | | First Class Mail |
| Yanira P Benitez | | | | | First Class Mail |
| Yasmin Elizaber Rosa Martinez | | | | | First Class Mail |
| Yasna Ramirez | | | | | First Class Mail |
| Yeray Narvaez | | | | | First Class Mail |
| Yesenia Maltez | | | | | First Class Mail |
| Yessy Martinez | | | | | First Class Mail |
| Yolanda Del Carmen Rodriguez | | | | | First Class Mail |
| Yolanda Sanchez | | | | | First Class Mail |
| Ysrael Gomez | | | | | First Class Mail |
| Yudis Caballero | | | | | First Class Mail |
| ACS Testing, LLC | 2000 Mallory Lane #130-250 | Hendersonville, TN 37077 | | | First Class Mail |
| Adobe | 345 Park Avenue | San Jose, CA 95110-2704 | | | First Class Mail |
| ADT | 1501 Yamato Road | Boca Raton, FL 33431 | | | First Class Mail |
| Air Center Inc | 675 Rahway Avenue Unit #2 | Union, NJ 07083 | | | First Class Mail |
| Air Group | 1 Prince Road | Whippany, NJ 07981 | | | First Class Mail |
| Amec Electric LLC | 125 Liberty Street | Metuchen, NJ 08840 | | | First Class Mail |
| American Boiler Company | 1025 Commerce Av | Union, NJ 07083 | | | First Class Mail |
| American Laundry | 421 E 16th St | Paterson, NJ 07514-2640 | | | First Class Mail |
| Amtrust Audit | 800 Superior Avenue East | Cleveland, OH 44114 | | | First Class Mail |
| AmTrust North America | 800 Superior Ave | Cleveland, OH 44114 | | | First Class Mail |
| AmTrust North America, Inc. | c/o Maurice Wutscher LLP | 23611 Chagrin Blvd. Suite 207 | Beachwood, OH 44122 | | First Class Mail |
| Arc Group USA LLC | 1 Prince Road | Whippany, NJ 07981-2100 | | | First Class Mail |
| Atlantic - Tomorrow's Office | PO Box 5149 | White Plains, NY 10602-5149 | | | First Class Mail |
| Atlantic Tomorrows Office | Attn: Lorraine A. Seely | 134 W 26th Street | New York, NY 10001 | | First Class Mail |
| Avendra, LLC | P.O. Box 715019 | Philadelphia, PA 19171-5019 | | | First Class Mail |
| Bankruptcy Section MS A340 | Franchise Tax Board | PO BOX 2952 | Sacramento, CA 95812-2952 | | First Class Mail |
| Bayard P.A. | Ericka F. Johnson, Esq. | 600 North King Street, Suite 400 | Wilmington, DE 19801 | | First Class Mail |
| Bielli & Klauder, LLC | David M. Klauder, Esq. | 1204 N. King Street | Wilmington, DE 19801 | | First Class Mail |
| BJS Wholesale | 180 Passaic Avenue | Kearny, NJ 07632 | | | First Class Mail |
| Bogush Mechanical Service Company | 190 Main Avenue | Wallington, NJ 07057 | | | First Class Mail |
| Cali Carting | PO Box 440 | Kearny, NJ 07032 | | | First Class Mail |
| Chemaqua Inc. | 23261 Place | Chicago, IL 60673-1232 | | | First Class Mail |
| Chempac Suppliers | 28 Harrison Avenue | Suite 914 | Englishtown, NJ 07726 | | First Class Mail |
| Cleaners Supply | 1059 Powers Rd. | Conklin, NY 13748 | | | First Class Mail |
| Coffee Distributing Corp. | 200 Broadway | New Hyde Park, NY 11040 | | | First Class Mail |
| Cogency Global Inc. | 122 E 42ND St. | New York, NY 10168 | | | First Class Mail |
| Comcast Cable | 1701 JFK Boulevard | Philadelphia, PA 19103 | | | First Class Mail |
| Commercial Laundry Corp. | 601 S. Longwood St. | Baltimore, MD 21223 | | | First Class Mail |
| Concentra | PO Box 8750 | Elkridge, MD 21075-8750 | | | First Class Mail |
| Concrete Floor | 6801 Tilghman St #113 | Allentown, PA 18106 | | | First Class Mail |
| Connecticut State | 450 Columbus Blvd., Suite 1 | Department of Revenue Services | Hartford, CT 06103 | | First Class Mail |
| Constellation Newenergy | PO Box 54 | Gas Division, LLC | Carol Stream, IL 60197-5471 | | First Class Mail |
| Coop By Ryder | PO Box 748526 | Atlanta, GA 30374-8526 | | | First Class Mail |
| Cooperative Laundry SMS LLC | 1225 Fortuna Rd. | San Marcos, TX 78666 | | | First Class Mail |
| Core Staffing Services | 463 7th Ave #1800 | New York, NY 10018 | | | First Class Mail |
| Corporate Casuals | 52 Domino Dr. | Concord, MA 01742 | | | First Class Mail |
| Crown Castle | PO Box 28730 | New York, NY 10087-8730 | | | First Class Mail |
| Cuates GT Transportation LLC | 418 Clifton Avenue | Clifton, NJ 07011 | | | First Class Mail |
| DavEd Fire Systems | 307 West Pleasantview Avenue | Hackensack, NJ 07601 | | | First Class Mail |
| Davidoff Hutcher & Citron, LLP | Joseph Nicola Polito, Esq. | 605 3rd Ave | New York, NY 10158 | | First Class Mail |

**Exhibit A**
Service List

| Creditor | | Address | | | Method of Service |
|---|---|---|---|---|---|
| Davidoff Hutcher & Citron, LLP | Jonathan S. Pasternak, Esq. | 120 Bloomingdale Road, Suite 100 | White Plains, NY 10605 | | First Class Mail |
| Delaware Secretary of State | Po Box 5509 | Binghamton, NY 13902-5509 | | | First Class Mail |
| Department of Environmental Protection | P. O. Box 420 | Trenton, NJ 08625 | | | First Class Mail |
| Department of Labor | OSHA | 200 Constitution Ave NW | Washington , DC 20210 | | First Class Mail |
| Department of Motor Vehicles | 11 Greenwich Street | New York, NY 10004 | | | First Class Mail |
| Deutsche Leasing USA, Inc | 190 S. Lasalle Street | #2150 | Chicago, IL 60603 | | First Class Mail |
| Diamond Chemical | PO Box 51021 | Newark, NJ 07101-5121 | | | First Class Mail |
| Dicay & Marble Tile Serv Corp | 132 Shaw Ave | Valley Stream, NY 11580 | | | First Class Mail |
| Dilworth Paxson | PO Box 825921 | Philadelphia, PA 19182-5921 | | | First Class Mail |
| Direct Energy | P.O. Box 32179 | New York, NY 10087-2179 | | | First Class Mail |
| Direct Energy Business Marketing, LLC | c/o McDowell Hetherington LLP | 1001 Fannin, Suite 2400 | Houston, TX 77002 | | First Class Mail |
| Division of Taxation | Bankruptcy Section | PO Box 245 | Trenton, NJ 08695–0245 | | First Class Mail |
| Division of Taxation | Attn: Munir A Samad | PO Box 245 | Trenton, NJ 08695–0245 | | First Class Mail |
| EAM-Mosca Corporation | 675 Jaycee Drive | Hazleton, PA 18202 | | | First Class Mail |
| Eastern Funding | 213 West 35th St | 2W | New York, NY 10001 | | First Class Mail |
| Eastern Funding | PO Box 5451 | White Plains, NY 10602-5441 | | | First Class Mail |
| Eco Plumbing Heating & Air Conditioning | 217 OVERMOUNT AVE | Little Falls, NJ 07424 | | | First Class Mail |
| Ecolab | PO Box 32027 | New York, NY 10087-2027 | | | First Class Mail |
| Empire Commercial Services Lp. | 203 Main Street | Metuchen, NJ 08840 | | | First Class Mail |
| EMS Repairs | 907 E. Hazelwood Avenue | Rahway, NJ 07065 | | | First Class Mail |
| Environmental Protection Agency | Four Penn Center | 1600 JFK Blvd. | Philadelphia, PA 19103-2029 | | First Class Mail |
| Environmental Protection Agency | 290 Broadway | New York, NY 10007-1866 | | | First Class Mail |
| Environmental Protection Agency | 1200 Pennsylvania Avenue, N.W. | Washington , DC 20460 | | | First Class Mail |
| ERC Wiping Products | 19 Bennett Street | Lynn, MA 01905 | | | First Class Mail |
| Esbrook P.C. | Scott J. Leonhardt, Esq. | 1000 N. West Street, Suite 1200 | Wilmington, DE 19801 | | First Class Mail |
| Exair | 11510 Goldcoast Drive | Cincinnati, OH 45249-1621 | | | First Class Mail |
| FedEx | 465 Kearny Ave | Kearny, NJ 07032 | | | First Class Mail |
| Feenix Venture Partners | 1201 Broadway, Suite 701 | New York, NY 10001 | | | First Class Mail |
| Felhaber Larson | Will R. Tansey, Esq. | 220 South Sixth Street, Suite 2200 | Minneapolis, MN 55402 | | First Class Mail |
| Fleetwash, Inc. | 273 Passaic Ave | Fairfield, NJ 07004 | | | First Class Mail |
| FMX Facilities Management Express LLC | 800 Yard St. | Columbus, OH 43212 | | | First Class Mail |
| Folgore Mobile Welding, Inc. | 526 Roosevelt Ave | Carteret, NJ 07008 | | | First Class Mail |
| Foster & Wolkind, P.C | Peter B. Foster, Esq. | 80 Fifth Avenue, Suite 1401 | New York, NY 10011 | | First Class Mail |
| Fox Rothschild LLP | Michael R. Herz, Esq. | 49 Market Street | Morristown, NJ 07960 | | First Class Mail |
| Fox Rothschild LLP | Jordan B. Kaplan, Esq. | 49 Market Street | Morristown, NJ 07960 | | First Class Mail |
| Fox Rothschild LLP | Stephanie Slater Ward, Esq. | 1201 N. Market Street, Suite 1200 | Wilmington, DE 19801 | | First Class Mail |
| Freehand Fabrication LLC | 1174 Roberts Blvd | Vineland, NJ 08360 | | | First Class Mail |
| Global Expositions Inc. | 2600 West Olive 5th floor | Burbank, CA 91505 | | | First Class Mail |
| Global Industrial | 2505 Mill Center Parkway | Suite 100 | Buford, GA 30518 | | First Class Mail |
| Grainger | 100 Grainger Parkway | Lake Forest, IL 60045 | | | First Class Mail |
| Great American Gas & Electric LLC | 550 Mamaroneck Ave | Harrison, NY 10528 | | | First Class Mail |
| HACH | 2207 Collections Center Drive | Chicago, IL 60693 | | | First Class Mail |
| Hale Trailer | PO Box 1400 | Voorhees, NJ 08043 | | | First Class Mail |
| Hashmall, David | 220 South 6th Street | Suite 2200 | Minneapolis, MN | | First Class Mail |
| Health & Safety Institute | PO Box 809321 | Chicago, IL 60680-9321 | | | First Class Mail |
| Hollie Yanaga Ltd | 10430 Tomkinson Drive | Scotts, MI 49088 | | | First Class Mail |
| Horizon Blue Cross Blue Shield | PO Box BOX 10130 | Newark, NJ 07101-3130 | | | First Class Mail |
| HPC Pest Services | 6204 Park Avenue | West New York, NJ 07093 | | | First Class Mail |
| HR Direct | PO Box 669390 | Pompano Beach, FL 33066-9390 | | | First Class Mail |
| Hub Truck Leasing & Rentals | 94 Gazza Blvd, | Farmingdale, NY 11735 | | | First Class Mail |
| Hub Truck Rental Corp. | Attn: Donna Blanc | 94 Gazza Blvd. | Farmingdale, NY 11735 | | First Class Mail |
| Hudson Regional Health Commission | 595 County Avenue | Secaucus, NJ 07094 | | | First Class Mail |
| Hugo Neu Kearny Development LLC | 78 John Miller Way, Suite 102 | Kearny, NJ 07032 | | | First Class Mail |
| HVAC Metals | 183 Garfield Ave. | Kearny, NJ 07032 | | | First Class Mail |
| Indeed Inc. | 200 West 6th Street, Floor 36 | Austin, TX 78701 | | | First Class Mail |
| Integrated Power Services | Moniue Ogden | 6312 78th St | Riverview, FL 33578 | | First Class Mail |
| Integrated Scale Systems | 20-B Kulick Road | Fairfield, NJ 07004 | | | First Class Mail |
| Internal Revenue Service | 20 Washington Pl | Newark, NJ 07102 | | | First Class Mail |
| Internal Revenue Service | P.O. Box 7346 | Philadelphia, PA 19101-7346 | | | First Class Mail |
| IPFS Corporation | 170 Northpointe Parkway | Suite 300 | Amherst, NY 14228 | | First Class Mail |
| Irazuk LLC | 443 Park Ave. S, 8 Fl | New York, NY 10016 | | | First Class Mail |
| Jackson Lewis | 200 Connell Drive | Suite 2000 | Berkeley Heights, NJ 07922 | | First Class Mail |
| Jackson Lewis P.C. | 1133 Westchester Ave | Suite S125 | West Harrison, NY 10604 | | First Class Mail |
| John Duffy Energy Services | 465 Mulberry Street | Newark, NJ 07114 | | | First Class Mail |
| Joseph DiOrio | 1301 Atwood Ave. Suite 215 N | Johnston, RI 02919-4933 | | | First Class Mail |
| JP Morgan Chase | 250 Pehle Ave, Floor 1 | Saddle Brook, NJ 07663 | | | First Class Mail |
| JPMorgan Chase Bank N.A. | 250 Pehle Ave, Floor 1 | Saddle Brook, NJ 07663 | | | First Class Mail |
| JP's Plumbing & Heating Corp | 116 Linner Street | Bayonne, NJ 07002 | | | First Class Mail |
| K&L Gates LLP | Daniel M. Eliades, Esq. | One Newark Center, Tenth Floor | 1085 Raymond Boulevard | Newark, NJ  07102 | First Class Mail |
| K&S Kitchen | 520 White Plains Rd. | Tarrytown, NY 10591 | | | First Class Mail |
| K.W. Rastall, LLC | PO Box 7174 | North Brunswick, NJ 08902 | | | First Class Mail |
| Kannegeisser - eTech | 2425 109th Street | Grand Prairie, TX 75050 | | | First Class Mail |
| Kannegeisser ETECH, Inc. | 2090 Elm St SE | Minneapolis, MN 55414 | | | First Class Mail |
| Kannegeisser GmbH | c/o Deutsche Leasing USA, Inc. | 190 S. Lasalle Street | Suite 2150 | Chicago, IL 60603 | First Class Mail |
| Kapture Pest Control | 48 Bi-State Plaza 560 | Old Tappan, NJ 07675 | | | First Class Mail |
| Kearny Municipal Utilities Authority | 39 Central Ave. | Kearny, NJ 07032 | | | First Class Mail |
| Kemco Systems Co. LLC | 11500 47th St. | Clearwater, FL 33762 | | | First Class Mail |
| Ken's Marine Service, Inc. | 1 Ingham Avenue | Bayonne, NJ 07002 | | | First Class Mail |
| Kimball Midwest | Dept, L-2780 | Columbus, OH 43260-2780 | | | First Class Mail |
| KPIP Urban Renewal II, LLC | 78 John Miller Way | Suite 102 | Kearny, NJ 07032 | | First Class Mail |
| Kuzari Asset Management LLC | 1 Eastern Road | Suite 2 | Kearny, NJ 07032 | | First Class Mail |
| Lease Admin Center | 4680 Parkway Dr | Ste 300 | Mason, OH 45040 | | First Class Mail |
| LI Clean Water | 202 Bethpage-Sweet Hollow Rd. | Old Bethpage, NY 11804 | | | First Class Mail |
| Lieberman & Klestzick | 381 Sunrise Highway | Suite 302 | Lynbrook, NY 11563 | | First Class Mail |
| LinenTech by Nextek Systems | 1601 N Oak Street #308 | Myrtle Beach, SC 29577 | | | First Class Mail |
| Little Red Kitchen NJ | 603 4th Avenue | Brooklyn, NY 11215 | | | First Class Mail |
| Mackk Mechanical | 114 Beach Road | Mount Laurel, NJ 08054 | | | First Class Mail |
| Mandelbaum Salsburg P.C | 3 Becker Farm Rd. | Suite 105 | Roseland, NJ 07068 | | First Class Mail |
| Master Group HVAC | 3400 NJ-35 | Hazlet, NJ 07730 | | | First Class Mail |
| Maurice Wutscher, LLP | Alan C. Hochheiser, Esq. | 23611 Chagrin Blvd. Suite 207 | Beachwood, OH 44122 | | First Class Mail |
| MAXI-PRESS | 80 Turnpike Dr | Ste 4 | Middlebury, CT 06762 | | First Class Mail |
| MCA Servicing Co | 333 W Commercial Street | Suite 324 | East Rochester, NY 14445 | | First Class Mail |
| McCarter & English LLP | Kate Roggio Buck, Esq. | Renaissance Centre | 405 N. King Street, 8th Floor | Wilmington, DE 19801 | First Class Mail |
| McCarter & English LLP | Daniel P. D'Alessandro, Esq. | Four Gateway Center | 100 Mulberry Street | Newark, NJ  07102 | First Class Mail |
| Mclaughlin & Stern, LLP | Jason Scott Giaimo, Esq. | 260 Madison Avenue | New York, NY 10016 | | First Class Mail |
| McMaster-Carr | PO Box 7690 | Chicago, IL 60680-7690 | | | First Class Mail |
| McMaster-Carr Supply Co. | Attn: Michael Kaluzny | 200 New Canton Way | Robbinsville, NJ 08691-2343 | | First Class Mail |
| Merchant Financial Corporation | 1441 Broadway, 17th Floor | Attn Michael Marks | New York, NY 10018 | | First Class Mail |
| Metlife | PO Box 783895 | Philadelphia, PA 19178-3895 | | | First Class Mail |
| Metro Fire and Safety | 509 Washington Avenue | Carlstadt, NJ 07072 | | | First Class Mail |
| Metro Hydraulic Jack Co. | 1271 McCarter Highway | Newark, NJ 07104 | | | First Class Mail |
| Michael Johnson, Esq. | 1 Whitehall St Ste 200 | New York, NY 10004 | | | First Class Mail |
| Minda Supply | 380 Franklin Turnpike | Mahwah, NJ 07430 | | | First Class Mail |
| Miura America CO . LTD | PO Box 936203 | Atlanta, GA 31193 | | | First Class Mail |
| Morris James LLP | Eric J. Monzo, Esq. | 500 Delaware Avenue, Suite 1500 | Wilmington, DE 19801 | | First Class Mail |
| Morrison and Tenenbaum Law | 87 Walker Street | New York, NY 10013 | | | First Class Mail |
| Mosmi D. Bhakta | 5425 Wisconsin Ave Ste 700 | Chevy Chase, MD 20815 | | | First Class Mail |
| Motion Industries NJ | 141 Market St | Kenilworth, NJ 07033 | | | First Class Mail |
| Motor Vehicle Commission | Customer Advocacy Office | P.O. Box 403 | Trenton, NJ 08666-0403 | | First Class Mail |
| New Jersey Division of Taxation | PO Box 999 | Trenton, NJ 08646-0999 | | | First Class Mail |
| New York IT Services | 650 Halstead Ave | Mamaroneck, NY 10543 | | | First Class Mail |

**Exhibit A**
Service List

| Creditor | Address | | | | Method of Service |
|---|---|---|---|---|---|
| New York State Attorney General | Justice Building, 2nd Floor | Managing Attorney's Office | Empire State Plaza | Albany, NY 12224 | First Class Mail |
| New York State Dept. of Taxation | PO BOX 5300 | BANKRUPTCY SECTION | Albany, NY 12205-0300 | | First Class Mail |
| New York State Tax | PO Box 61000 | Albany, NY 12261-0001 | | | First Class Mail |
| Nextiva | 2975 Regent Blvd | Suite 100 | Irving, TX 75063 | | First Class Mail |
| NFPA National Fire Protect | 1 Batterymarch Park | Quincy, MA 02169-7471 | | | First Class Mail |
| NJ Department of Health | P. O. Box 360 | Trenton, NJ 08625-0360 | | | First Class Mail |
| NJ Department of Labor | 1 John Fitch Plaza | Trenton, NJ 08625 | | | First Class Mail |
| NJ Ezpass | 375 NJ-21 | Newark, NJ 07114 | | | First Class Mail |
| NJ Government Services | 20 Washington Place | Newark, NJ 07102 | | | First Class Mail |
| North Shore Linen, Inc. | 20 Rider Pl | Freeport, NY 11520-4612 | | | First Class Mail |
| North Shore Linen, Inc. | Attn: Larry Gentile | 20 Rider Pl | Freeport, NY 11520-4612 | | First Class Mail |
| NYC Finance Parking | P.O. Box 3640 | Church Street Station | New York, NY 10008-3640 | | First Class Mail |
| Office of Attorney General | 16th Floor, Strawberry Square | Commonwealth of Pennsylvania | Harrisburg, PA 17120 | | First Class Mail |
| Office of the Attorney General | 165 Capitol Avenue | State of Connecticut | Hartford, CT 06106 | | First Class Mail |
| Office of the U.S. Attorney | District of Delaware | 1313 N Market Street | PO Box 2046 | Wilmington, DE 19801 | First Class Mail |
| Office of the U.S. Attorney for District of Delaware | PO Box 2046 | 1313 N Market Street | Wilmington, DE 19801 | | First Class Mail |
| Office of the United States Trustee | Jon Lipshie, Esq. | 844 King Street, Suite 2207 | Lockbox 35 | Wilmington, DE 19801 | First Class Mail |
| Oracle Netsuite | 15612 Collections Center Drive | Chicago, IL 60693 | | | First Class Mail |
| Overhead Door Company of Central Jersey | 952 Route 202 | Somerville, NJ 08876 | | | First Class Mail |
| PA Department of Transportation | 1101 South Front Street | Harrisburg, PA 17104 | | | First Class Mail |
| Parkside Funding Group LLC | 865 NJ-33 Business | Suite 3 Unit 192 | Freehold, NJ 07728 | | First Class Mail |
| Passaic Valley Sewerage Commission | P.O.BOX 28444 | New York, NY 10087-8444 | | | First Class Mail |
| Pennsylvania Division of Taxation | PO Box 280646 | Harrisburg, PA 17128 | | | First Class Mail |
| Penske Truck Leasing | P.O. Box 563 | Reading, PA 19603-0563 | | | First Class Mail |
| Petroleum Shell | 1000 Communipaw Ave | Jersey City, NJ 07304 | | | First Class Mail |
| Piekarski Law PLLC | Michael Keith Johnson, Esq. | 17 State Street Suite 1800 | New York, NY 10004-1501 | | First Class Mail |
| PIRS Capital LLC | 1688 Meridian Ave | Ste 700 | Miami Beach, FL 33139 | | First Class Mail |
| Precision Electric Motor Works, Inc. | 18 Sebago St | Clifton, NJ 07013 | | | First Class Mail |
| Prestige Poly LLC | 121 15th Street | Brooklyn, NY 11215 | | | First Class Mail |
| Principal | PO Box 77202 | Minneapolis, MN 55480-7200 | | | First Class Mail |
| Professional Search Network | 900 Lanidex Plaza | Suite 245 | Parsippany, NJ 07054 | | First Class Mail |
| PSE&G | PO Box 14444 | New Brunswick, NJ 08906-4444 | | | First Class Mail |
| PSE&G | Attn: MATTHEW J COONEY | PO Box 14444 | New Brunswick, NJ 08906-4444 | | First Class Mail |
| Pump Express | 190 Main Avenue | Wallington, NJ 07057 | | | First Class Mail |
| PVSC Annual Permit | 600 Wilson Avenue | Newark, NJ 07105 | | | First Class Mail |
| Raich Ende Malter & Co. LLP | 100 Campus Dr #106 | Florham Park, NJ 07932 | | | First Class Mail |
| Randstad | 140 Broadway #3630 | New York, NY 10005 | | | First Class Mail |
| Raymond of New Jersey LLC | 1000 Brighton St. | Union, NJ 07083 | | | First Class Mail |
| Redirect Health | 13430 North Scottsdale Road | Scottsdale, AZ 85254 | | | First Class Mail |
| REFUEL OPERATING CO., LLC | 4105 Faber Place Dr. | Suite 300 | North Charleston, SC 29405 | | First Class Mail |
| Regency Group | 251 W 39th St. | New York, NY 10018 | | | First Class Mail |
| Reitler Kailas & Rosenblatt LLP | Lauren McKelvey, Esq. | 885 Third Ave, 20th Floor | New York, NY 10022 | | First Class Mail |
| Riker Danzig LLP | Tara J. Schellhorn, Esq. | Headquarters Plaza | One Speedwell Avenue | Morristown, NJ 07962-1981 | First Class Mail |
| Ruskin Moscou Faltischek P.C. | Michael S. Amato, Esq. | 1425 RXR Plaza | East Tower, 15th Floor | Uniondale, NY 11556 | First Class Mail |
| Safety Building Cleaning Corp. | Attn: Sam Herzfeld | 5 West 37th Street, Suite 803 | New York, NY 10018 | | First Class Mail |
| Safety Facility Services | 5 West 37th Street #803 | New York, NY 10018 | | | First Class Mail |
| Safety NJ LLC | 33 West St #101 | Bloomfield, NJ 07003 | | | First Class Mail |
| Safety Skills | 519 NW 23rd St Suite #200 | Oklahoma City, OK 73103 | | | First Class Mail |
| Saf-Gard | 2058 NJ-27 | Nixon Plaza | Edison, NJ 08817 | | First Class Mail |
| Sang Cho | 12 Foxboro Road | Hampton Bays, NY 11946 | | | First Class Mail |
| Sax LLP | P.O. Box 51049 | Newark, NJ 07101-5149 | | | First Class Mail |
| SEM/BDS | 756 Phillips Street | Stroudsburg, PA 18360 | | | First Class Mail |
| Skyline Equipment, LLC | 6525 Cunningham Rd. | Building C | Houston, TX 77041 | | First Class Mail |
| Smartsign | 300 Cadman Plz W #1303 | Brooklyn, NY 11201 | | | First Class Mail |
| Sobel Westex Pool Inventory | PO Box 848933 | Los Angeles, CA 90084-8933 | | | First Class Mail |
| Southside Complete Inc. | 30 Broad St. | Suite 1407 | New York, NY 10004 | | First Class Mail |
| Stadium Pizza | 321 NJ-440 | Jersey City, NJ 07305 | | | First Class Mail |
| Staff Benefits Management | 2307 Fenton Parkway #107-126 | San Diego, CA 92108 | | | First Class Mail |
| Standard Internet Services LLC | PO Box 772273 | Detroit, MI 48177-2273 | | | First Class Mail |
| Standard Textile | PO Box 772273 | Detroit, MI 48177-2273 | | | First Class Mail |
| State of New Hampshire | 109 Pleasant Street | Concord, NH 03302-3718 | | | First Class Mail |
| State of New Jersey | 25 Market Street | Office of the Attorney General | Trenton, NJ 08625 | | First Class Mail |
| Steadyflow Services Inc. | PO Box 294 | Basking Ridge, NJ 07920 | | | First Class Mail |
| Superior Oil Company | 10 Mary Street | Newark, NJ 07105 | | | First Class Mail |
| Talay Trailer Sales & Rentals | 275 Feldman Court | Bay Shore, NY 11706 | | | First Class Mail |
| Talay Trailer Sales & Rentals | Attn: Howard Kassman | 275 Feldman Court | Bay Shore, NY 11706 | | First Class Mail |
| Taqueria Los Gueros | 93 N 17 South | East Rutherford, NJ 07073 | | | First Class Mail |
| TASC account | PO Box 7308 | Madison, WI 53704-7308 | | | First Class Mail |
| Technology Insurance Company, Inc | 15 Trafalgar Square | Suite 200 | Nashua, NH 03063 | | First Class Mail |
| The Hartford | 1 Pennsylvania Plaza | Suite 50 | New York, NY 10119 | | First Class Mail |
| The Labor Pros | 424 E Central Blvd | Orlando, FL 32801 | | | First Class Mail |
| The Travelers Indemnity Company | Attn: Katie Beliveau | 40 Media Drive, Suite 100 | Queensbury, NY 12804 | | First Class Mail |
| Thermopatch Corp. | 2204 Erie Blvd | Syracuse, NY 13224 | | | First Class Mail |
| Tingue | PO Box 824619 | Philadelphia, PA 19182-4619 | | | First Class Mail |
| T-Mobile | P.O. Box 742596 | Cincinnati, OH 45274-2596 | | | First Class Mail |
| Tolls by Mail | PO Box 15183 | Albany, NY 12212-5183 | | | First Class Mail |
| Town of Kearny Fire Dept. | Town Hall Park | 402 Kearny Ave. | Kearny, NJ 07032 | | First Class Mail |
| Travelers Insurance | PO Box 660317 | Dallas, TX 75266-0317 | | | First Class Mail |
| Triton Benefits & HR Solutions | 1460 Route 9 North | Woodbridge, NJ 07095 | | | First Class Mail |
| TSIBF Holdings | 50 Biscayne Blvd | Apt. 1710 | Miami, FL 33132 | | First Class Mail |
| U.S. Department of Labor | 200 Constitution Ave NW | Washington , DC 20210 | | | First Class Mail |
| Uline | PO Box 88741 | Chicago, IL 60680-1741 | | | First Class Mail |
| Uline | Attn: Kari Williams | 12575 Uline Drive | Pleasant Prairie, WI 53158 | | First Class Mail |
| URBY | 200 Angelo Cifelli Dr. | Harrison, NJ 07029 | | | First Class Mail |
| US Coffee | 51 Alpha Plaza | Hicksville, NY 11801 | | | First Class Mail |
| USPS | 427 Harrison Ave | Harrison, NJ 07029 | | | First Class Mail |
| Veckridge Chemical | 60 Central Ave. | Kearny, NJ 07032 | | | First Class Mail |
| Wachtel Missry | 885 2nd Ave | New York, NY 10017 | | | First Class Mail |
| Wadley Donovan Gutshaw Consulting, LLC | 991 US-22 | Bridgewater, NJ 08807 | | | First Class Mail |
| Walmart | 150 Harrison Ave | Kearny, NJ 07032 | | | First Class Mail |
| Water Doctor Inc. | 734 Grand Ave Unit E | Ridgefield, NJ 07657-1042 | | | First Class Mail |
| Water Works Laboratory | P.O. Box 1780 | Bloomfield, NJ 07003-1780 | | | First Class Mail |
| Weisberg Law | Matthew B. Weisberg, Esq. | 7 South Morton Ave. | Morton, PA 19070 | | First Class Mail |
| Weishaupt | 2587 Millennium Dr. | Unit A | Elgin, IL 60124 | | First Class Mail |
| William R. Seide Agency, LLC | Pompton Plains, NJ 07444 | | | | First Class Mail |
| Wynwood Capital | 20200 W Dixie Highway, | Suite 608 | Miami, FL 33180 | | First Class Mail |
| Y-pers Inc. | PO Box 9559 | Philadelphia, PA 19124 | | | First Class Mail |
| Zurich American | 300 Interpace Pkwy | Bldg. B | Parsippany, NJ 07054 | | First Class Mail |