# SCHEDULE I

# SCHEDULE I
## Cure Schedule

**Landlord Payment Schedule**

| | **Total** | **26-Jan** | **26-Feb** | **26-Mar** | **26-Apr** | **26-May** | **26-Jun** | **26-Jul** | **26-Aug** | **26-Sep** | **26-Oct** | **26-Nov** | **26-Dec** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rent Cure | $ 146,432 | $ 42,390 | $ 42,390 | | | | *$ 61,652* | | | | | | |
| Legal + Fees | $ 150,000 | | | | | | | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 |
| Security Deposit | $ 300,000 | | | | | | | $ 50,000 | $ 50,000 | $ 50,000 | $ 50,000 | $ 50,000 | $ 50,000 |
| 2024 Sewer | $ 146,455 | | $ 29,291 | $ 29,291 | $ 29,291 | $ 29,291 | $ 29,291 | | | | | | |
| 2025 Sewer | $ 400,000 | | | | | | | $ 50,000 | $ 50,000 | $ 50,000 | $ 50,000 | $ 50,000 | $ 150,000 |
| Total | $ 1,142,887 | $ 42,390 | $ 71,681 | $ 29,291 | $ 29,291 | $ 29,291 | $ 90,943 | $ 125,000 | $ 125,000 | $ 125,000 | $ 125,000 | $ 125,000 | $ 225,000 |

| | |
|---|---|
| Rent Cure | post-petition cure previously agreed, pre-petition April, 25 stub rent to be paid in June, amnount to be confirmed |
| Legal + Fees | $150k total, $25k/mth July through December |
| Sec. Deposit Replen | $300k total $50k/mth July through December |
| 2024 Sewer Bill | payment plan previously agreed |
| 2025 Sewer Bill | usage has already occured, bill to be issued May 2026, installment payments due 8/31, 9/30, 11/15, 12/31 - tenant to start escrowing $50k per mth starting July 2026 through Dec 2026 with true-up if/as necessary on Dec 2026 |