# SCHEDULE II

SCHEDULE II
Lease Modification Schedule

**Landlord Payment Schedule**

| | **Total** |
|---|---|
| 2026 Sewer | $ 400,000.00 |
| 2027 Sewer | $ 400,000.00 |
| 2028 Sewer | $ 400,000.00 |
| 2029 Sewer | $ 399,996.33 |
| Total | $ 1,599,996.33 |

| | |
|---|---|
| Rent and Additional Rent | continue paying as per lease |
| Water | estimated, continue paying current |
| Legal Fees/Late Fees/Interest Charges | to be paid in accordance to the lease after 1/15/2026 |
| 2026 Sewer Bill | usage from 10/25 to 09/26, bill to be issued May 2027, installment payments due 8/31, 9/30, 11/15, 12/31 - tenant to pay landlord $50k per mth starting January 2027 through August 2027 in order to be set aside in a reserve account with true-up if/as necessary on Sep 2027 |
| 2027 Sewer Bill | usage from 10/26 to 09/27, bill to be issued May 2028, installment payments due 8/31, 9/30, 11/15, 12/31 - tenant to pay landlord $50k per mth starting September 2027 through April 2028 in order to be set aside in a reserve account with true-up if/as necessary on July 2028 |
| 2028 Sewer Bill | usage from 10/27 to 09/28, bill to be issued May 2029, installment payments due 8/31, 9/30, 11/15, 12/31 - tenant to pay landlord $50k per mth starting May 2028 through Dec 2028 in order to be set aside in a reserve account with true-up if/as necessary on July 2029 |
| 2029 Sewer Bill | usage from 10/28 to 09/29, Tenant to pay landlord $33,333 per mth starting Jan 2029 through Dec 2029 in order to be set aside in a reserve account with true-up if/as necessary on July 2030 |