# SCHEDULE 3

*W. LANE MILLER P.C.*
1203 US HIGHWAY 9 SOUTH
WOODBRIDGE, NEW JERSEY 07095
732-855-9898 E MAIL: LANE@WLMILLERLAW.COM
NJ Attorney ID#: 010761984
**ATTORNEYS FOR PLAINTIFF**

KPIP URBAN RENEWAL II, LLC

Plaintiff(s),

vs.

KNY26671 LLC D/B/A
COOPERATIVE LAUNDRY TRI-STATE
LLC

Defendant(s)

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION
SPECIAL CIVIL PART
HUDSON COUNTY
TENANCY SECTION

CIVIL ACTION

DOCKET NO.: HUD-LT-001842-25

**CONSENT REINSTATING MATTER AND ENTERING JUDGMENT FOR POSSESSION**

This matter being opened to the Court upon the filing of the complaint in the above matter, and it appearing that a) the Defendant during the pendency of this action had filed bankruptcy in the US Bankruptcy Court for the District of Delaware in a matter currently captioned In Re: Deqser LLC, and bearing Case#: 25-10687 (~~CMG~~ CTG)" which action automatically stayed this proceeding; and b) this matter had been dismissed without prejudice as a result thereof and c) the Bankruptcy Court has vacated the stay as to this dispossess action and d) the Tenant and Landlord having resolved the issue of the rights of possession of the Premises as set forth below, and for good cause shown:

Effective ______ 2026, ~~2025~~, it is Ordered, Stipulated and Agreed as follows:

1. This matter is reopened and restored to the active calendar and
2. **A JUDGMENT OF POSSESSION is and shall be entered in favor of Landlord effective as of the entry hereof and a WARRANT OF REMOVAL shall issue immediately.**

**SIGNATURE PAGES TO FOLLOW**

The Court finds that the parties have knowingly and voluntarily entered into the above agreement and for good cause shown, the agreement is accepted by the Court and parties are Ordered to comply with the terms thereof. The Court retains jurisdiction for purposes of enforcing this Order and the parties' agreement.

______________________________JSC

**The parties have agreed to this Order as indicated by their signatures below. Each party represents that they are entering into this Agreement knowingly and voluntarily.**

**KPIP Urban Renewal II, LLC**

By:__________________________

**W. Lane Miller, P.C.**
**Attorney for Plaintiff**

By:__________________________

**KNY26671 LLC d/b/a**
**COOPERATIVE LAUNDRY**
**TRI STATE LLC**

By:__________________________

**Attorney for Defendant**

By:__________________________
Mayerson & Hartheimer, PLLC