**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| DEQSER LLC, *et al.*,[1] | Case No. 25-10687 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Related to Docket No. 497 & 522** |

**ORDER GRANTING MOTION OF AVENDRA LLC**
**FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

Upon consideration of the *Motion of Avendra, LLC for Allowance and Payment of Administrative Expense Claim* (the "Motion")[2] filed by Avendra, LLC ("Avendra") for entry of an order (i) allowing its administrative expense claim in an aggregate amount of at least $112,742.17, and (ii) directing the Debtors to pay such allowed administrative expense claim within five business days of entry of this Order; and the Court having jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference of the United States District Court for the District of Delaware, dated February 29, 2012*; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that proper and adequate notice of the Motion and hearing thereon has been given and that no other or further notice is necessary; and the Court having found that good and sufficient cause

[1] The Debtors in these Chapter 11 cases, along with the last four (4) digits of their federal tax identification numbers, are: (i) Deqser LLC (8269) and (ii) KNY 26671 LLC (9132). The Debtors' mailing address is: c/o Cooperative Laundry, 1 Eastern Road, Kearny, NJ 07032.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning set forth in the Motion.

exists for the granting of the relief requested in the Motion after having given due deliberation upon the Motion and all of the proceedings had before the Court in connection with the Motion, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Avendra is entitled to and shall have an allowed administrative expense claim for amounts incurred through July 22, 2026 in the amount of at least $106,371.09 (the "Administrative Expense Claim").

3. Debtors shall pay to Avendra the Administrative Expense Claim on the effective date of the Debtors' plan.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

5. The Court retains jurisdiction to hear and determine all matters arising or related to the implementation, interpretation, or enforcement of this Order.

**Dated: August 19th, 2026**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**