**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>DEQSER LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10687 (CTG)<br>(Jointly Administered)<br><br>**Hearing Date: October 1, 2026 at 3:00 pm (ET)**<br>**Objection Deadline: September 16, 2026 at 4:00 pm (ET)** |

**NOTICE OF DEBTORS' APPLICATION PURSUANT TO SECTIONS 327(a) AND 328(a) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 2014(a), AND LOCAL RULES 2014-1 AND 2016-2(h) TO (I) EMPLOY AND RETAIN SC&H GROUP, INC. AS INVESTMENT BANKER FOR THE DEBTORS NUNC PRO TUNC TO AUGUST 25, 2026 AND (II) WAIVE CERTAIN INFORMATIONAL REQUIREMENTS UNDER LOCAL RULES**

**PLEASE TAKE NOTICE** that on September 2, 2026, the debtors and debtors in possession (the "Debtors") filed the *Debtors' Application Pursuant to Sections 327(a) and 328(a) of The Bankruptcy Code, Bankruptcy Rule 2014(a), and Local Rules 2014-1 and 2016-2(h) to (I) Employ and Retain SC&H Group, Inc. as Investment Banker For The Debtors Nunc Pro Tunc to August 25, 2026 and (II) Waive Certain Informational Requirements Under Local Rules* (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that if you oppose the Application or if you want the court to consider your views regarding the Application, you must file a written response with the Court detailing your objection or response by **September 16, 2026, at 4:00 p.m. (ET).** You must also serve a copy of your response upon undersigned counsel for the Debtors.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Application is scheduled for **October 1, 2026,** at **3:00 pm (ET)** before the Honorable Craig T. Goldblatt in Courtroom No.

[1] The Debtors in these Chapter 11 cases, along with the last four (4) digits of their federal tax identification numbers, are: (i) Deqser LLC (8269) and (ii) KNY 26671 LLC (9132) (collectively, the "Debtors"). The Debtors' mailing address is: c/o Cooperative Laundry, 1 Eastern Road, Kearny, NJ 07032.

7, 3rd Floor, in the United States Bankruptcy Court located at 824 N. Market Street, Wilmington, Delaware 19801.

**IF YOU DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE APPLICATION AND MAY GRANT OR OTHERWISE DISPOSE OF THE APPLICATION BEFORE THE SCHEDULED HEARING DATE.**

Dated: September 2, 2026

GELLERT SEITZ BUSENKELL & BROWN LLC

*/s/ Ronald S. Gellert*
Ronald S. Gellert (DE 4259)
1201 North Orange Street, Suite 300
Wilmington, DE 19801
Tel:(302) 425-5806
rgellert@gsbblaw.com

and

MAYERSON & HARTHEIMER, PLLC
Sandra E. Mayerson, Esq. (admitted *pro hac vice*)
David H. Hartheimer, Esq. (admitted *pro hac vice*)
Mayerson & Hartheimer, PLLC
845 Third Avenue, 11th Floor
New York, NY 10022
Tel: (646) 778-4381
Fax: (646) 778-4384
sandy@mhlaw-ny.com
david@mhlaw-ny.com

*Counsel for Debtors and Debtors in Possession*