**CERTIFICATE OF SERVICE**

I, Ronald S. Gellert, Esq., hereby certify that on September 2, 2026, I caused a true and correct copy of the foregoing *Debtors' Application Pursuant to Sections 327(a) and 328(a) of The Bankruptcy Code, Bankruptcy Rule 2014(a), and Local Rules 2014-1 and 2016-2(h) to (I) Employ and Retain SC&H Group, Inc. as Investment Banker For The Debtors Nunc Pro Tunc to August 25, 2026 and (II) Waive Certain Informational Requirements Under Local Rules* to be filed and served via CM/ECF upon those parties registered to receive such electronic notifications and upon the parties on the attached service list via electronic mail or first class mail.

Dated: September 2, 2026 By: */s/ Ronald S. Gellert*
Ronald S. Gellert (No. 4259)

MCA Servicing Company
333 W Commercial Street, Suite 324
East Rochester, NY 14445

Maurice Wutscher, LLP
Alan C. Hochheiser, Esq.
23611 Chagrin Blvd. Suite 207
Beachwood, OH 44122

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Atlantic - Tomorrow's Office
PO Box 5149
White Plains NY 10602-5149

Wynwood Capital Group
20200 W Dixie Highway, Suite 608
Miami, FL 33180

PIRS Capital, LLC
1688 Meridian Ave. Ste 700
Miami Beach, FL 33139

Parkside Funding Group
865 NJ-33 Business Suite 3
Unit 192
Freehold, NJ 07728

Avendra, LLC
P.O. Box 715019
Philadelphia PA 19171-5019

North Shore Linen Inc
20 Rider Pl
Freeport NY 11520-4612

PSE&G
PO Box 14444
New Brunswick NJ 08906-4444

Horizon BlueCross Blue Shield of NJ
PO Box 10130
Newark NJ 07101-3130

Direct Energy Business
P.O. Box 32179
New York NY 10087-2179

HUB Truck
94 Gazza Blvd
Farmingdale NY 11735

Jackson Lewis
200 Connell Drive
Suite 2000
Berkeley Heights NJ 7922

Safety Facility Services
5 West 37th Street #803
New York NY 10018

Diamond Chemical Co., Inc.
PO Box 51021
East Rutherford NJ 07101-5121

Sax LLP
P.O. Box 51049
Newark, NJ 07101-5149

Feenix Payment Systems LLC
1201 Broadway,
New York, NY 10001

Irazauk
443 Park Ave South, 8th
New York, NY 10016

Jonathan S. Pasternak, Esq.
Davidoff Hutcher & Citron, LLP
120 Bloomingdale Road, Suite 100
White Plains, New York 10605

Michael C. Marabondo, Esq.
Law Offices of Salvatore Marabondo
921 Bergen Ave., Suite 403
Jersey City, NJ 07306

Mario De Benedetti
Superior Investment Portfolio LLC
125 East 74th street
New York, NY 10021

Jon Lipshie, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Eric J. Monzo, Esq.
Jason S. Levin, Esq.
MORRIS JAMES LLP
3205 Avenue North Blvd., Suite 100
Wilmington, DE 19803

Joseph M. DiOrio, Esq.
Pannone Lopes Devereaux & O'Gara LLC
1301 Atwood Ave. Suite 215 N
Johnston, RI 02919

David M. Klauder, Esq.
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE 19801

Joseph L. Schwartz, Esq.
Daniel A. Bloom, Esq.
Riker Danzig LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981

Ericka F. Johnson, Esq.
Ashly L. Riches, Esq.
BAYARD, P.A.
600 North King Street, Suite 400
Wilmington, DE 19801

Scott J. Leonhardt, Esq.
Katherine R. Welch, Esq.
Esbrook P.C.
1000 N. West Street, Suite 1200
Wilmington, DE 19801

Michael S. Amato, Esq.
Sheryl P. Giugliano, Esq.
Ruskin Moscou Faltischek P.C.
1425 RXR Plaza
East Tower, 15th Floor
Uniondale, NY 11556

Kate Roggio Buck, Esq.
McCarter & English LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801

Will R. Tansey, Esq.
David L. Hashmall, Esq.
Felhaber Larson
220 South Sixth Street, Suite 2200
Minneapolis, MN 55402

Howard A. Cohen, Esq.
Fox Rothschild LLP
1201 N. Market Street, Suite 1200
Wilmington, DE 19801

Michael R. Herz, Esq.
FOX ROTHSCHILD LLP
49 Market Street
Morristown, NJ 07960

THE ROSNER LAW GROUP LLC
Frederick B. Rosner, Esq.
824 N. Market Street, Suite 810
Wilmington, DE 19801

Daniel M. Eliades, Esq.
David S. Catuogno, Esq.
K&L GATES LLP
One Newark Center, Tenth Floor
1085 Raymond Boulevard
Newark, NJ 07102

Kenneth A. Listwak, Esq.
TROUTMAN PEPPER LOCKE LLP
1313 N. Market Street, Suite 1000
Wilmington, Delaware 19801

W. Steven Bryant, Esq.
TROUTMAN PEPPER LOCKE LLP
300 Colorado Street, Suite 2100
Austin, TX 78701

Laurel D. Roglen, Esq.
Margaret A. Vesper, Esq.
BALLARD SPAHR LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-3034