**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>DEQSER LLC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10687 (CTG)<br><br>(Jointly Administered)<br><br>**Re: D.I. 531** |

**RESERVATION OF RIGHTS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS WITH RESPECT TO DEBTORS' APPLICATION TO EMPLOY AND RETAIN SC&H GROUP, INC. AS INVESTMENT BANKER**

The Official Committee of Unsecured Creditors (the "Committee") for the jointly administered bankruptcy estates of Deqser LLC, *et al.* (the "Debtors"), the debtor and debtors-in-possession in the above-captioned jointly administered chapter 11 cases, by and through its undersigned counsel, submits this reservation of rights (the "Reservation of Rights") with respect to the *Debtors' Application Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rule 2014(a), and Local Rules 2014-1 and 2016-2(h) to (I) Employ and Retain SC&H Group, Inc. as Investment Banker for the Debtors Nunc Pro Tunc to August 25, 2026 and (II) Waive Certain Informational Requirements Under Local Rules* (the "Application") [D.I. 531], and respectfully states as follows:

## INTRODUCTION

Throughout the pendency of these chapter 11 cases the Committee has consistently advocated for the Debtors to pursue a sale process to maximize the value of their estates for the benefit of all stakeholders. The Committee is pleased that the Debtors have finally initiated that

[1] The Debtors in these Chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Deqser LLC (8269) and KNY 26671 LLC (9132).

process by seeking to retain an investment banker to assist with marketing the Debtors' assets and exploring strategic alternatives.

While the Committee is supportive of the retention of SC&H Group, Inc. ("SC&H") as investment banker, the Committee files this Reservation of Rights in connection with the Application to preserve its rights with respect to certain matters that may arise as the sale process progresses. The Committee remains deeply concerned about the ongoing accumulation of administrative expense claims in these cases, which has been significant and will continue to accrue during the sale process. The Committee is hopeful that the commencement of a sale process will provide a path forward that addresses the administrative expense burden and promotes a greater likelihood of a meaningful recovery for unsecured creditors. However, as of the date of this filing, no sale motion or bid procedures motion have been filed, which raises timing and process concerns for the Committee. These cases have been beset by delays and accumulating costs and it is important that the sale process proceeds efficiently, transparently, expeditiously.

## RESERVATION OF RIGHTS

***Weekly Reporting Requirement***

The Committee requests that, as a condition of its retention, SC&H be required to provide weekly detailed reporting to the Committee on the status of the sale process and marketing efforts. The Committee has a fiduciary duty to the unsecured creditors of the Debtors' estates and requires timely and regular updates to fulfill its oversight function. Weekly reporting will enable the Committee to monitor the progress of the sale process, evaluate SC&H's marketing efforts and potential bids, and ensure that the process is being conducted in a manner that maximizes value for the estates. As of this filing, the Committee and Debtors are discussing reporting language to include in the proposed form of order approving SC&H's retention.

***Reservation of Rights Regarding Bid Procedures and Sale Process***

As noted above, no sale or bid procedures motion has been filed as of the date of this filing. The Committee reserves all rights to be heard on the terms and conditions of any sale process, including without limitation the bid procedures, the form of asset purchase agreement, the proposed timeline for the sale, any proposed stalking horse bids, any stalking horse bid protections associated with any stalking horse bid (including, but not limited to, any break-up fees, expense reimbursement, or other bid protections), and any other related relief that may be sought.

This Reservation of Rights is filed without prejudice to the Committee's ability to raise any and all objections or concerns with respect to the Application, the sale process, any bid procedures, any stalking horse designation, or any other related matters. The Committee expressly reserves the right to supplement or amend this Reservation of Rights, and the right to object, on any grounds, prior to or at the hearing on the Application, and to be heard before the Court regarding same.

*Remainder of page intentionally left blank.*

## CONCLUSION

Wherefore, for the reasons set forth herein, any order approving the retention of SC&H shall be subject to the relief set forth herein and any other further relief as the Court deems just and proper.

Dated: September 25, 2026

**FOX ROTHSCHILD LLP**

By: */s/ Stephanie Slater Ward*
Stephanie Slater Ward (DE 6922)
1201 N. Market Street, Suite 1200
Wilmington, DE 19801
Phone: (302) 427-5507
Facsimile: (302) 656-8920
Email: sward@foxrothschild.com

*-and-*

Michael R. Herz, Esq. (admitted *pro hac vice*)
49 Market Street
Morristown, NJ 07960
Phone (973) 992-4800
Email: mherz@foxrothschild.com

*Counsel to the Official Committee of Unsecured Creditors*