**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>DEQSER LLC, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10687 (CTG)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos: 531, 542** |

**JOINDER OF HERBERT KANNEGIESSER GMBH AND KANNEGIESSER NORTH AMERICA, LLC TO THE RESERVATION OF RIGHTS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS WITH RESPECT TO DEBTORS' APPLICATION TO EMPLOY AND RETAIN SC&H GROUP, INC. AS INVESTMENT BANKER**

Herbert Kannegiesser GmbH and Kannegiesser North America, LLC, f/k/a Kannegiesser ETECH, LLC (together, "Kannegiesser"), submit this Joinder in support of the *Reservation of Rights of the Official Committee of Unsecured Creditors with Respect to Debtors' Application to Employ and Retain SC&H Group, Inc. as Investment Banker* [Docket. No. 542] ("Reservation of Rights"). In support thereof, Kannegiesser respectfully represents:

Kannegiesser hereby joins in support of the Reservations of Rights. All concerns raised and arguments made by the Committee of Unsecured Creditors in the Reservation of Rights are incorporated herein. Kannegiesser reserves all rights to the same extent as set forth in the Reservation of Rights.

WHEREFORE, for the reasons set forth herein and the Reservation of Rights, Kannegiesser requests that any order approving the retention of SC&H Group, Inc. be subject to the conditions and relief set forth in the Reservation of Rights.

[*Remainder of Page Intentionally Left Blank*]

Dated: September 25, 2026

**McCARTER & ENGLISH, LLP**

*/s/ Lawrence J. O'Brien*
Kate R. Buck (No. 5140)
Lawrence J. O'Brien (No. 7000)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801
Telephone: (302) 984-6300
Facsimile: (302) 984-6399
kbuck@mccarter.com
lobrien@mccarter.com

-and-

**FELHABER, LARSON, FENLON & VOGT, A PROFESSIONAL ASSOCIATION**
Will R. Tansey #323056 (admitted *pro hac vice*)
220 South Sixth Street, Suite 2200
Minneapolis, MN 55402
Telephone: (612) 339-6321
wtansey@felhaber.com

*Attorneys for Herbert Kannegiesser GmbH and Kannegiesser North America, LLC, f/k/a Kannegiesser ETECH, LLC*