**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>DEQSER LLC, *et al*.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-10687 (CTG)<br>(Jointly Administered)<br><br>**Re: D.I. 551** |

**NOTICE OF APPEAL**

**Part 1: Identify the Appellant**

1. Name of Appellant: HUB Truck Rental Corp.

2. Position of appellant in the adversary proceeding or bankruptcy case that is the subject of this appeal: section 365(d)(5) post-petition creditor.

**Part 2: Identify the Subject of this Appeal**

1. Describe the judgment, order, or decree appealed from: *Order Regarding Memorandum Opinion - Motion to Compel Payment under § 365(d)(5)* entered at Dkt. No. 528 on August 21, 2026 and *Order Denying Hub Truck Rentals Motion for partial reconsideration* entered at Dkt. No. 551 on October 2, 2026 (copies of the Orders are attached hereto respectively at **Exhibits A and B**).

**Part 3: Identify the Other Parties to the Appeal**

1. Deqser LLC, Debtor

   Ronald S. Gellert
   Gellert Seitz Busenkell & Brown, LLC
   1201 North Orange Street
   Suite 300
   Wilmington, DE 19801
   302-425-5806

[1] The Debtors in these Chapter 11 cases, along with the last four (4) digits of their federal tax identification numbers, are: (i) Deqser LLC (8269) and (ii) KNY 26671 LLC (9132) (together, the "Debtors"). The Debtors' mailing address is: c/o Cooperative Laundry, 1 Eastern Road, Kearny, NJ 07032.

Email: rgellert@gsbblaw.com

David Hartheimer
Mayerson & Hartheimer, PLLC
845 3rd Ave., 11th Floor
New York, NY 10022
(646) 778-4380
Email: david@mhlaw-ny.com

Date: October 12, 2026
Wilmington, Delaware

Respectfully submitted,

**THE ROSNER LAW GROUP LLC**

*<u>/s/ Frederick B. Rosner</u>*

Frederick B. Rosner (DE 3995)
Chan (Cora) Dong (DE 7393)
824 Market Street, Suite 810
Wilmington, DE 19801
Phone: (302) 777-1111
Email: rosner@teamrosner.com
dong@teamrosner.com

*Counsel for HUB Truck Rental Corp.*