# **Exhibit A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| DEQSER, LLC*, et al.*, | Case No. 25-10687 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Related Docket Nos. 481, 511** |

# ORDER

For the reasons set forth in its Memorandum Opinion dated August 21, 2026 [D.I. 527 ], Hub Truck Rental's Motion to compel immediate payment under § 365(d)(5) of the Bankruptcy Code [D.I. 481] is granted in part and denied in part. As set forth in the Memorandum Opinion, the debtors are required to make payment to Hub Truck Rental, in the amount of $184,099.46, for amounts that first arose within the period prescribed by the statute, within ten calendar days of the issuance of this Order. The rights of all parties with respect to administrative claim treatment of other amounts sought by Hub Truck Rental (including its claim for attorneys' fees) are fully reserved.

Hub Truck Rental's motion *in limine* [D.I. 511] is denied as moot.

Dated: August 21, 2026

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE