# Exhibit B

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| DEQSER, LLC, *et al.*, | Case No. 25-10687 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Related Docket Nos. 481, 511, 532** |

**ORDER**

For the reasons set forth on the record during the October 1, 2026 hearing, Hub Truck Rental's Motion for partial reconsideration [D.I. 532] is hereby DENIED.

As set forth on the record, this Court has amended its original Memorandum Opinion with respect to Hub's original motion [D.I. 527] to revise the language of footnote 30 and to correct a typographical error on page 19. The Amended Memorandum Opinion is docketed at D.I. 550.

Dated: October 2, 2026

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE