**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>DEQSER LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-10687 (CTG)<br><br>Jointly Administered<br><br>**Re: Docket Nos. 454, 456, 457, 566, 567, 568**<br><br>**Hearing Date:**<br>November 16, 2026, at 3:00 p.m. (ET)<br><br>**Debtors' Objection Deadline:**<br>November 5, 2026, at 4:00 p.m. (ET) |

**RE-NOTICE OF HEARING ON MOTION OF NEXTERA ENERGY SERVICES NEW JERSEY, LLC AND NEXTERA ENERGY SERVICES NEW YORK, LLC FOR RELIEF FROM THE AUTOMATIC STAY FOR CAUSE UNDER 11 U.S.C. § 362(d)(1) TO TERMINATE CERTAIN ASSUMED EXECUTORY CONTRACTS**

To:

*(Counsel to Debtors)*
Ronald S. Gellert
**GELLERT SEITZ BUSENKELL & BROWN LLC**
1201 North Orange Street, Suite 300
Wilmington, DE 19801
rgellert@gsbblaw.com

*(Counsel to Debtors)*
Sandra E. Mayerson
David H. Hartheimer
**MAYERSON & HARTHEIMER, PLLC**
845 Third Avenue, 11th Floor
New York, NY 10022
sandy@mhlaw-ny.com; david@mhlaw-ny.com

*(Counsel to the Official Committee of Unsecured Creditors)*
Michael Herz
**FOX ROTHSCHILD LLP**
49 Market Street
Morristown, NJ 07860
mherz@foxrothschild.com

*(Counsel to the Official Committee of Unsecured Creditors)*
Stephanie Slater Ward and Howard A. Cohen
**FOX ROTHSCHILD LLP**
1201 N. Market Street, Suite 1200
Wilmington, DE 19899-2323
sslater@foxrothschild.com
hcohen@foxrothschild.com

Jonathan Lipshie
J. Caleb Boggs Federal Building
844 N. King Street, Room 2207
Lockbox 35

All parties requesting notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure

[1] The Debtors in these Chapter 11 cases, along with the last four digits of their federal tax identification number, are: (i) Deqser LLC (8269) and (ii) KNY 26671 LLC (9132) (collectively, the "Debtors"). The Debtors' mailing address is c/o Cooperative Laundry, 1 Eastern Road, Kearny, NJ 07032.

Wilmington, DE 19801
jon.lipshie@usdoj.gov
ustpregion03.wl.ecf@usdoj.gov

**PLEASE TAKE NOTICE** that, on June 29, 2026, NextEra Energy Services New Jersey, LLC ("NES NJ") and NextEra Energy Services New York, LLC ("NES NY" and together with NES NJ, the "NES Parties"), by and through their undersigned attorneys, filed the *Motion of NextEra Energy Services New Jersey, LLC and NextEra Energy Services New York, LLC for Relief from the Automatic Stay for Cause Under 11 U.S.C. § 362(d)(1) to Terminate Certain Assumed Executory Contract* (the "Motion") (Docket No. 454) and the declaration of Renee Pegeron in support thereof (filed under seal at Docket No. 456, with a redacted version filed at Docket No. 457).

**PLEASE TAKE FURTHER NOTICE** that, on October 22, 2026, the NES Parties, by and through their undersigned attorneys, filed the *Supplement to Motion for Relief from the Automatic Stay for Cause Under 11 U.S.C. § 362(d)(1) to Terminate Certain Assumed Executory Contracts* (Docket No. 566) and the declaration of Renee Pegeron in support thereof (filed under seal at Docket No. 567 with a redacted version filed at Docket No. 568).

**PLEASE TAKE FURTHER NOTICE** that any objections or other responses (and the supporting documentation required by Bankr. D. Del. L.R. 4001-1(c)) to the Motion were due to be filed with the Court and be served upon the undersigned counsel for the NES Parties, so as to be received **on or before July 6, 2026 at 4:00 p.m. (ET)**.[2]

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Motion was originally scheduled at the United States Bankruptcy Court for the District of Delaware before the Honorable Craig T. Goldblatt, in Courtroom #7, 3rd Floor, 824 North Market Street, Wilmington, Delaware 19801, on July 13, 2026 at 10:00 a.m. (ET), but such hearing was adjourned. The Motion is now scheduled to be heard on **November 16, 2026, at 3:00 p.m. (ET).**

*[Signature Page Follows]*

[2] The deadline for the Debtors to file and serve a response or objection to the Motion is hereby extended to November 5, 2026, at 4:00 p.m. (ET).

Dated: October 22, 2026
Wilmington, Delaware

Respectfully Submitted,

*/s/ Kenneth A. Listwak*

Kenneth A. Listwak (DE No. 6300)
**TROUTMAN PEPPER LOCKE LLP**
1313 N. Market Street, Suite 1000
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Email: kenneth.listwak@troutman.com

-and-

W. Steven Bryant (admitted *pro hac vice*)
Texas Bar No. 24027413
Federal I.D. No. 32913
**TROUTMAN PEPPER LOCKE LLP**
300 Colorado Street, Suite 2100
Austin, Texas 78701
Phone: (512) 305-4726
Fax: (512) 305 4800
Email: steven.bryant@troutman.com

*Counsel for NextEra Energy Services New Jersey, LLC and NextEra Energy Services New York, LLC*