IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DEQSER LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-10687 (CTG)<br><br>Jointly Administered<br><br>**Related to Docket Nos. 566, 568, 569, & 570** |

**CERTIFICATE OF SERVICE**

I, Kenneth A. Listwak, hereby certify that on the 22nd day of October, 2026, I caused the following document to be served upon the parties set forth on the attached service list, in the manner indicated; and all ECF participants in these cases were served electronically through the Court's ECF noticing system, at their respective email addresses registered with the Court:

- *Supplement to Motion of NextEra Energy Services New Jersey, LLC and NextEra Energy Services New York, LLC for Relief from the Automatic Stay for Cause Under 11 U.S.C. § 362(d)(1) to Terminate Certain Assumed Executory Contracts [DI 566]*
- *Supplemental Declaration in Support [REDACTED] Supplemental Declaration of Renee Pegeron in Support of Motion of NextEra Energy Services New Jersey, LLC and NextEra Energy Services New York, LLC for Relief from the Automatic Stay for Cause Under 11 U.S.C. § 362(d)(1) to Terminate Certain Assumed Executory Contracts [DI 568]*
- *Motion of NextEra Energy Services New Jersey, LLC and NextEra Energy Services New York LLC for Entry of an Order Authorizing the Filing Under Seal of Portions of Certain Exhibits Filed in Connection with Lift Stay Motion [DI 569]*
- *Re-Notice of Hearing on Motion of NextEra Energy Services New Jersey, LLC and NextEra Energy Services New York, LLC for Relief from the Automatic Stay for Cause Under 11 U.S.C. § 362(d)(1) to Terminate Certain Assumed Executory Contracts [DI 570]*

[1] The Debtors in these Chapter 11 cases, along with the last four digits of their federal tax identification number, are:
(i) Deqser LLC (8269) and (ii) KNY 26671 LLC (9132) (collectively, the "Debtors"). The Debtors' mailing address is c/o Cooperative Laundry, 1 Eastern Road, Kearny, NJ 07032.

Dated: October 22, 2026
Wilmington, Delaware

Respectfully Submitted,

*<u>/s/ Kenneth A. Listwak</u>*
Kenneth A. Listwak (DE No. 6300)
**TROUTMAN PEPPER LOCKE LLP**
1313 N. Market Street, Suite 1000
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Email: kenneth.listwak@troutman.com

-and-

W. Steven Bryant (admitted *pro hac vice*)
Texas Bar No. 24027413
Federal I.D. No. 32913
**TROUTMAN PEPPER LOCKE LLP**
300 Colorado Street, Suite 2100
Austin, Texas 78701
Phone: (512) 305-4726
Fax: (512) 305 4800
Email: steven.bryant@troutman.com

*Counsel for NextEra Energy Services New Jersey, LLC and NextEra Energy Services New York, LLC*

**DEQSER LLC, *et al.***
**Case No. 25-10687 (CTG)**
**R. 2002 Service List**

**Parties Served by First Class Mail**

MCA Servicing Company
333 W Commercial Street, Suite 324
East Rochester, NY 14445

Atlantic - Tomorrow's Office
PO Box 5149
White Plains NY 10602-5149

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

PIRS Capital, LLC
1688 Meridian Ave. Ste 700
Miami Beach, FL 33139

Wynwood Capital Group
20200 W Dixie Highway, Suite 608
Miami, FL 33180

PSE&G
PO Box 14444
New Brunswick NJ 08906-4444

Parkside Funding Group
865 NJ-33 Business Suite 3
Unit 192
Freehold, NJ 07728

Avendra, LLC
P.O. Box 715019
Philadelphia PA 19171-5019

North Shore Linen Inc
20 Rider Pl
Freeport NY 11520-4612

Direct Energy Business
P.O. Box 32179
New York NY 10087-2179

Horizon BlueCross Blue Shield of NJ
PO Box 10130
Newark NJ 07101-3130

HUB Truck
94 Gazza Blvd
Farmingdale NY 11735

Safety Facility Services
5 West 37th Street #803
New York NY 10018

Jackson Lewis
200 Connell Drive
Suite 2000
Berkeley Heights NJ 7922

Sax LLP
P.O. Box 51049
Newark, NJ 07101-5149

Diamond Chemical Co., Inc.
PO Box 51021
East Rutherford NJ 07101-5121

Irazauk
443 Park Ave South, 8th
New York, NY 10016

Feenix Payment Systems LLC
1201 Broadway,
New York, NY 10001

**DEQSER LLC, *et al.***
**Case No. 25-10687 (CTG)**
**R. 2002 Service List**

Michael C. Marabondo
**LAW OFFICES OF SALVATORE MARABONDO**
921 Bergen Ave., Suite 403
Jersey City, NJ 07306

**Parties Served by Email and First-Class Mail**

*(Counsel to Debtors)*
Ronald S. Gellert
**GELLERT SEITZ BUSENKELL & BROWN LLC**
1201 North Orange Street, Suite 300
Wilmington, DE 19801
rgellert@gsbblaw.com

*(Counsel to Debtors)*
Sandra E. Mayerson
David H. Hartheimer
**MAYERSON & HARTHEIMER, PLLC**
845 Third Avenue, 11th Floor
New York, NY 10022
sandy@mhlaw-ny.com
david@mhlaw-ny.com

*(Counsel to the Official Committee of Unsecured Creditors)*
Michael Herz
**FOX ROTHSCHILD LLP**
49 Market Street
Morristown, NJ 07860
mherz@foxrothschild.com

*(Counsel to the Official Committee of Unsecured Creditors)*
Stephanie Slater Ward and Howard A. Cohen
**FOX ROTHSCHILD LLP**
1201 N. Market Street, Suite 1200
Wilmington, DE 19899-2323
sslater@foxrothschild.com
hcohen@foxrothschild.com

Alan C. Hochheiser
**MAURICE WUTSCHER, LLP**
23611 Chagrin Blvd. Suite 207
Beachwood, OH 44122
ahochheiser@mauricewutscher.com

Jonathan S. Pasternak
**DAVIDOFF HUTCHER & CITRON, LLP**
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
jsp@dhclegal.com

Joseph M. DiOrio
**PANNONE LOPES DEVEREAUZ & O'GARA LLC**
1301 Atwood Ave. Suite 215 N
Johnston, RI 02919
jdiorio@pldolaw.com

Eric J. Monzo and Jason S. Levin
**MORRIS JAMES LLP**
3205 Avenue North Blvd., Suite 100
Wilmington, DE 19803
emonzo@morrisjames.com
jlevin@morrisjames.com

Ericka F. Johnson and Ashly L. Riches
**BAYARD, P.A.**
600 North King Street, Suite 400
Wilmington, DE 19801
ejohnson@bayardlaw.com
ariches@bayardlaw.com

David M. Klauder
**BIELLI & KLAUDER, LLC**
1204 N. King Street
Wilmington, DE 19801
dklauder@bk-legal.com

**DEQSER LLC, *et al.***
**Case No. 25-10687 (CTG)**
**R. 2002 Service List**

Joseph L. Schwartz and Daniel A. Bloom
**RIKER DANZIG LLP**
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
jschwartz@riker.com
dbloom@riker.com

Michael S. Amato and Sheryl P. Giugliano
**RUSKIN MOSCOU FALTISCHEK P.C.**
1425 RXR Plaza
East Tower, 15th Floor
Uniondale, NY 11556
mamato@rmfpc.com
sgiugliano@rmfpc.com

Scott J. Leonhardt and Katherine R. Welch
**ESBROOK P.C.**
1000 N. West Street, Suite 1200
Wilmington, DE 19801
scott.leonhardt@esbrook.com
katherine.welch@esbrook.com

Will R. Tansey and David L. Hashmall
**FELHABER LARSON**
220 South Sixth Street, Suite 2200
Minneapolis, MN 55402
wtansey@felhaber.com
dhashmall@felhaber.com

Kate Roggio Buck
**MCCARTER & ENGLISH LLP**
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
kbuck@mccarter.com

Daniel M. Eliades and David S. Catuogno
**K&L GATES LLP**
One Newark Center, Tenth Floor
1085 Raymond Boulevard
Newark, NJ 07102
daniel.eliades@klgates.com
david.catuogno@klgates.com

David Tabakin
**REITLER KAILAS & ROSENBLATT LLP**
885 Third Ave, 20th Floor
New York, New York 10022
dtabakin@reitlerlaw.com

Frederick B. Rosner
**THE ROSNER LAW GROUP LLC**
824 N. Market Street, Suite 810
Wilmington, DE 19801
rosner@teamrosner.com